UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-23564-Civ-COOKE/GOODMAN

DAVID WILLIAMS and CAROLL ANGLADE,
*individually and on behalf of all others*
*similarly situated*,

                Plaintiffs,

vs.

RECKITT BENCKISER LLC and
RB HEALTH (US) LLC,

                Defendants.

_____/

**JOINT NOTICE OF AGREEMENT TO CHOICE
OF MEDIATOR**

    All parties agree to the following as their choice for a mediator in this matter:

Jill R. Sperber
Sperber Dispute Resolution, Inc.
PO Box 3662
Dana Point, CA 92629

Dated:  December 7, 2020          Respectfully submitted,

                                              /s/ *Jonathan B. Cohen*
                                              Jonathan B. Cohen (Fla. Bar No. 27620)
                                              Rachel Soffin (Fla. Bar No. 18054)
                                              **GREG COLEMAN LAW PC**
                                              First Tennessee Plaza
                                              800 S. Gay Street, Suite 1100
                                              Knoxville, TN 37929
                                              Telephone: (865) 247-0080
                                              Facsimile: (865) 522-0049
                                              jonathan@gregcolemanlaw.com
                                              rachel@gregcolemanlaw.com

Daniel K. Bryson
Martha A. Geer
Patrick M. Wallace
**WHITFIELD BRYSON LLP**
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: 919-600-5035
dan@whitfieldbryson.com
martha@whitfieldbryson.com
pat@whitfieldbryson.com

Matthew D. Schultz (Fla. Bar No. 640326)
**LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, PA**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140
mschultz@levinlaw.com

Nick Suciu
**BARBAT, MANSOUR, & SUCIU PLLC**
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Telephone:(313) 303-3472
nicksuciu@bmslawyers.com

*Attorneys for Plaintiffs and the Class*

Charles C. Sipos
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (205) 359-3983
csipos@perkinscoie.com

David T. Biderman
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (205) 359-3983
dbiderman@perkinscoie.com

Ilana Arnowitz Drescher
Lori P. Lustrin
Melissa Cade Pallett-Vasquez
**BILZIN SUMBERG BAENA PRICE AXELROD**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
(305) 350-2412
idrescher@bilzin.com
llustrin@bilzin.com
mpallett@bilzin.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

/s/ *Jonathan B. Cohen*
Jonathan B. Cohen