UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-23564-Civ-COOKE/GOODMAN

DAVID WILLIAMS and CAROLL ANGLADE,
*individually and on behalf of all others
similarly situated*,

                Plaintiffs,

vs.

RECKITT BENCKISER LLC and
RB HEALTH (US) LLC,

                Defendants.

_____/

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY CASE DEADLINES

The undersigned counsel, with consent of Defendants, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents. Plaintiffs' counsel anticipates filing the Settlement Agreement and related documents, including an amended consolidated complaint, with the Court as part of a Motion for Preliminary Approval on or before January 15, 2021. Accordingly, the Parties jointly request the Court stay all operative briefing and case management deadlines pending the resolution of the forthcoming Motion for Preliminary Approval, and that it hold in abeyance or deny without prejudice as moot Defendants' pending motion to dismiss [Dkt. No. 39] and first-filed motion [Dkt. No. 22].

### CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

I HEREBY CERTIFY that on January 6, 2021, counsel for Plaintiffs conferred with Defendants' counsel in a good-faith effort to resolve by agreement the issues raised in this Motion. Defendants' counsel agrees with the relief sought.

Dated:  January 7, 2021

Respectfully submitted,

/s/ Jonathan B. Cohen
Jonathan B. Cohen (Fla. Bar No. 27620)
Rachel Soffin (Fla. Bar No. 18054)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
jonathan@gregcolemanlaw.com
rachel@gregcolemanlaw.com

Daniel K. Bryson
Martha A. Geer
Patrick M. Wallace
**WHITFIELD BRYSON LLP**
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: 919-600-5035
dan@whitfieldbryson.com
martha@whitfieldbryson.com
pat@whitfieldbryson.com

Matthew D. Schultz (Fla. Bar No. 640326)
**LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, PA**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140
mschultz@levinlaw.com

Nick Suciu
**BARBAT, MANSOUR, & SUCIU PLLC**
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Telephone:(313) 303-3472
nicksuciu@bmslawyers.com

*Attorneys for Plaintiffs and the Class*

Charles C. Sipos
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (205) 359-3983
csipos@perkinscoie.com

David T. Biderman
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (205) 359-3983
dbiderman@perkinscoie.com


Ilana Arnowitz Drescher
Lori P. Lustrin
Melissa Cade Pallett-Vasquez
**BILZIN SUMBERG BAENA PRICE AXELROD**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
(305) 350-2412
idrescher@bilzin.com
llustrin@bilzin.com
mpallett@bilzin.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2021, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

/s/ Jonathan B. Cohen
Jonathan B. Cohen