# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-cv-23564-MGC

DAVID WILLIAMS and CAROLL
ANGLADE, THOMAS MATTHEWS,
MARTIZA ANGELES, and HOWARD
CLARK, *individually and on behalf of all
others similarly situated*,

     Plaintiffs,

v.

RECKITT BENCKISER LLC and
RB HEALTH (US) LLC,

     Defendants.

---

### DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING INJUNCTIVE RELIEF

152468103.2

# TABLE OF CONTENTS

**Page**

I.    THE PROPOSED INJUNCTIVE RELIEF PROVIDES A MEANINGFUL BENEFIT TO THE CLASS ............................................................................................2

    A.    The Proposed Injunctive Relief Makes Significant Labeling and Marketing Changes ...............................................................................................................2

    B.    The Proposed Injunctive Relief Is a Critical Term of the Settlement Agreement ...........................................................................................................3

    C.    A Significant Body of Scientific Evidence Supports the Proposed Injunctive Relief ......................................................................................................4

    D.    Cognitive Indicators ........................................................................................5

    E.    Neurofactor (Whole Coffee Cherry Extract) ..................................................6

        1.    Robinson Study .....................................................................................6

        2.    The Auburn Study .................................................................................7

        3.    The Reed Study .....................................................................................8

        4.    The Reyes-Izquierdo Studies ...............................................................9

    F.    Phosphatidylserine (PS) ...............................................................................10

        1.    Crook Studies ......................................................................................10

        2.    Kato-Kataoka Study ...........................................................................12

        3.    Yong Study .........................................................................................12

    G.    Melon Concentrate ........................................................................................13

        1.    Milesi Study .......................................................................................13

        2.    Carillon Study ....................................................................................14

II.    COURTS HAVE APPROVED SIMILAR INJUNCTIVE RELIEF IN SIMILAR CONSUMER FRAUD CASES ...................................................................................15

III.    THE COURT SHOULD APPROVE THIS CLASS SETTLEMENT ...........................18

    A.    Judicial Policy Favoring Class Settlements ..................................................18

    B.    Resolution of Multiple Federal Class Action Lawsuits ................................18

    C.    The Settlement Agreement Provides Significant Monetary and Injunctive Relief. ..........................................................................................................18

IV.    CONCLUSION .........................................................................................................19

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*Arnold v. Fitflop USA LLP*, No. 11–CV–0973 W(KSC),
   2014 WL 1670133 (S.D. Cal. Apr. 28, 2014)........................................................17

*Bezdek v. Vibram USA Inc.*,
   79 F. Supp. 3d 324 (D. Mass. Jan. 16, 2015)........................................................17

*Bezdek v. Vibram USA Inc.*,
   809 F.3d 78 (1st Cir. 2015)........................................................17

*Carey v. New Balance Athletic Shoe, Inc.*,
   No. 1:11-cv-10001-LTS (D. Mass. Jan. 18, 2013)........................................17

*Collins v. Quincy Bioscience, LLC*,
   No. 19022864 *(S.D. Fla.)* ........................................................15

*Dennis v. Kellogg Co.*,
   No. 3:09-cv-01786-IEG-WMC (S.D. Cal.) ........................................15, 16

*Geis v. Airborne Health, Inc. et al.*,
   No. 07CV04238 (D.N.J.)........................................................16

*Gemelas v. The Dannon Company*,
   Case No. CV-08-236 (N.D. Ohio) ........................................................16

*Hazlin v. Botanical*,
   No. 13-cv-0618-KSC, 2015 WL 11237634 (S.D. Cal. May 20, 2015)........................17

*In re U.S. Oil & Gas Litig.*,
   967 F.2d 489 (11th Cir. 1992) ........................................................18

*Lee v. Ocwen Loan Servicing, LLC*,
   2015 WL 5449813 (S.D. Fla. Sept. 14, 2015) ........................................................18

*Montoya v. PNC Bank, N.A.*,
   2016 WL 1529902 (S.D. Fla. Apr. 13, 2016) ........................................................18

*Rikos v. Proctor & Gamble Co.*,
   No. 1:11-CV-226 (S.D. Ohio)........................................................17

*Smith v. WM. Wrigley Jr. Co.*,
   No. 0:09-cv-60646 (S.D Fla.) ........................................................16

*Weeks v. Kellogg Company*,
   No. CV 09-08102 (MMM), 2013 WL 6531177 (C.D. Cal. Nov. 23, 2013) .........................17

**TABLE OF AUTHORITIES**
(continued)

Page(s)

**OTHER AUTHORITIES**

Crook TH., *Treatment of Age-Related Cognitive Decline: Effects of Phosphatidylserine, in Anti-Aging Medical Therapeutics*, Vol II, edited by R.M. Klatz, Health Quest Publications, Chicago, 1998, 20-29 .............................................11

J. Carillon, et al., *Dietary Supplementation with a Superoxide Dismutase-Melon Concentrate Reduces Stress, Physical and Mental Fatigue in Healthy People: A Randomised, Double-Blind, Placebo-Controlled Trial*. Nutrients Journal (2014), 6, 2348-2359 ...............................................................................................14

Kato-Kataoka, A, Sakai, M, Ebina, R, Nonaka, C, Asano, T, & Miyamori, T (2010). *Soybean-derived phosphatidylserine improves memory function of the elderly Japanese subjects with memory complaints.* J. Clin Biochem Nutr, 47(3), 246-255.....................................................................................................12

M. Milesi, et al., *Effect of an oral supplementation with a proprietary melon juice concentrate (Extramel) on stress and fatigue in healthy people: a pilot, double-blind, placebo-controlled clinical trial,* Nutrition Journal, 8:40 (2009) ...................13

Reed, R.A., Mitchell, E.S., Saunders, C et al, *Acute Low and Moderate Doses of a Caffeine-Free Polyphenol-Rich Coffeeberry Extract Improve Feelings of Alertness and Fatigue Resulting from the Performance of Fatiguing Cognitive Tasks*. J Cogn Enhanc 3, 193–206 (2019) .............................................................8

Reyes-Izquierdo T, Argumedo R, Shu C, Nemzer B, Pietrzkowski Z. *Stimulatory Effect of Whole Coffee Fruit Concentrate Powder on Plasma Levels of Total and Exosomal Brain-Derived Neurotrophic Factor in Healthy Subjects: An Acute Within-Subject Clinical Study.* Food and Nutrition Sciences, 2013, 4, 984-990....................................................................................................................9

Reyes-Izquierdo T, Nemzer B, Shu C, Huynh, L, Argumedo R, Keller R, & Pietrzkowski Z., *Modulatory effect of coffee fruit extract on plasma levels of brain-derived neurotrophic factor in healthy subjects.* British Journal of Nutrition, 2013 110(3), 420-425 ...............................................................................9

Robinson J, Hunter J, Reyes-Izquierdo T, et al., *Cognitive short- and long-term effects of coffee cherry extract in older adults with mild cognitive decline, Aging, Neuropsychology, and Cognition*, 2019 Dec 12;1-17 ..................................................6

Robinson J, Yanes J, Reid M, *Neurophysiological effects of a polyphenol-rich whole coffee cherry extract in older adults with mild cognitive decline: A randomized study* ...................................................................................................7

**TABLE OF AUTHORITIES**
(continued)

**Page(s)**

T. H. Crook, J. Tinklenberg, J. Yesavage, W. Petrie, M. G. Nunzi, D. C. Massari
(1991). *Effects of phosphatidylserine in age‑ associated memory impairment.*
Neurology May 1991, 41 (5) 644-649 ....................................................................................10

T. Yong, et al, *Research on Human Memory Enhancement by Phosphatidylserine
Fortified Milk.* Chongqing Medicine 40(30) (2011) ............................................................12

On April 23, 2021, the Court granted Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 52). Shortly afterwards, on April 25, 2021, the Court issued its Order Requiring Memoranda on Injunctive Relief (ECF No. 58) ("April 25 Order"), requesting the parties: (1) explain how the proposed injunctive relief is not illusory and provides a meaningful benefit to the class; (2) provide examples of relevant orders in other class action cases involving fraudulent misrepresentations where similar injunctive relief to the relief proposed here was granted; and (3) discuss why this Court should approve this settlement.

Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants" or "RB Health") take seriously the Court's concerns. Defendants submit this brief to allay those concerns by offering proof not before the Court at the time of its April 25 Order, which demonstrates how Defendants' marketing claims are backed by reliable and competent scientific evidence. Plaintiffs' counsel have reviewed this evidence, as well as this submission, and concur that the injunctive relief provides meaningful benefits to the Class. And to further address the Court's April 25 Order, the parties have agreed to a redline of the Settlement's injunctive relief provision to clarify that the revised Neuriva labeling makes claims only as to the products' active ingredients, which have indisputably been "Clinically Tested" and "Science Tested," as the revised labels and marketing state. Defendants respectfully submit that, armed with this additional information, the Court can confidently conclude that its April 23 Preliminary Approval Order was correct and that, at the appropriate time, Final Approval will be equally warranted. This is so for several reasons.

First, the proposed injunctive relief provides a meaningful benefit to the Class because it includes substantial labeling and marketing changes bargained for by Plaintiffs on behalf of the Class and negotiated during multiple mediations. The injunctive relief is not illusory as it was crafted after Plaintiffs received and reviewed discovery providing extensive scientific support for the labeling claims that the injunctive relief permits.

This injunctive relief allows for RB Health to continue to, with modification, make claims concerning the ingredients in its Neuriva products: Neuriva Original, Neuriva Plus, and

-1-

Neuriva De-Stress (collectively "Neuriva"). As a science-based company, RB Health went to great effort to extensively study three ingredients in Neuriva—NeuroFactor, soy-PS (phosphatidylserine), and melon concentrate containing a potent antioxidant, SuperOxide Dismutase ("SOD")—so that their advertised benefits would be well-backed. Several well-designed scientific studies show that Neuriva's active ingredients support key indicators of brain health, such as focus, accuracy, memory, learning, and concentration. RB Health thus has overwhelming scientific evidence relating to these ingredients; the Settlement's terms allowing continued claims as to these ingredients was informed by this science.

Second, many class settlement agreements with similar injunctive relief, including examples from within this District, have been readily approved.

Finally, particularly when this additional information now before the Court is accounted for, the Settlement warrants approval. The Settlement was reached after extensive discovery, negotiations, and multiple sessions of mediation. It resolves pending federal class actions where, given the strength of Defendants' science, vigorous defenses were available and, if the litigation went forward, the Class might have received nothing. And beyond the injunctive relief, the backing for which this submission seeks to further clarify, the Settlement provides other significant benefits to the Class including monetary relief.

For all these reasons, Defendants' respectfully ask that the approval process proceed as contemplated by the Settlement, culminating in Final Approval.

## I.   THE PROPOSED INJUNCTIVE RELIEF PROVIDES A MEANINGFUL BENEFIT TO THE CLASS

### A.   The Proposed Injunctive Relief Makes Significant Labeling and Marketing Changes

As part of this Settlement, Defendants agreed to injunctive relief that changes certain labeling and marketing which clarifies Defendants' use of the scientific and clinical studies that substantiate their claims. The Settlement Agreement's (ECF No. 52-1) injunctive relief required, among other things, the following changes on Neuriva product labels and ancillary marketing:

- Change any reference to the ingredients (NeuroFactor, soy-PS, and melon

152468103.2

concentrate), not the products themselves, from "Clinically Proven" to "Clinically Tested" or similar language; and

- Change any reference to the ingredients (NeuroFactor, soy-PS, and melon concentrate), not the products themselves, from "Science Proved" to "Science Tested" or similar language.

The revised claims do not refer to the products themselves, rather to the products' ingredients. An example product label with the proposed changes is depicted in Exhibit B to the Settlement Agreement, which states "Clinically Tested Naturally Sourced Ingredients."

To clarify Section IV.A of the Settlement Agreement to include depictions of the specific labeling and marketing changes to be made and to fully clarify that the revised claims refer to the product's ingredients and not the product as a whole, the parties will file an Amended Settlement Agreement[1] which makes clear that the language changing "Clinically Proven" to "Clinically Tested" and "Science Proved" to "Science Tested" applies to the ingredients in Neuriva, not the product itself. The relevant injunctive relief provision in the Amended Settlement Agreement now provides:

- Change any reference to "Clinically Proven" to "Clinically Tested" or similar language, with such language as to the studies or testing referring to the Products' *ingredients*, not the Product as a whole; and

- Change any reference to "Science Proved" to "Science Tested" or similar language, with such language as to the studies or testing referring to the Products' *ingredients*, not the Product as a whole.

As shown below, ample scientific research substantiates the claims made for the ingredients.

**B.    The Proposed Injunctive Relief Is a Critical Term of the Settlement Agreement**

Abundant scientific substantiation supports the marketing statements challenged in this Action. Nonetheless, following extensive mediations, Plaintiffs and Defendants negotiated the

---

[1] See Exhibit 20 for a redlined version of the Amended Settlement Agreement to be filed.

proposed injunctive relief which modified certain labeling claims. Absent this Settlement, Defendants would not have agreed to this injunctive relief, which represents a significant concession by RB Health. Defendants also provided substantial confirmatory discovery to Plaintiffs including all of the scientific evidence and substantiation relating to the marketing claims at issue and the proposed injunctive relief. Plaintiffs and Class Counsel agree that the active ingredients in Neuriva have been clinically tested. Accordingly, this compromise provides a substantial and meaningful benefit to the Class.

**C.     A Significant Body of Scientific Evidence Supports the Proposed Injunctive Relief**

Significant research on Neurofactor and PS establishes that these ingredients have a positive, demonstrated impact on brain health and, in particular, five specific indicators of cognitive function: focus, accuracy, memory, learning, and concentration. Three human clinical studies on Neurofactor (the Robinson study, the Auburn study and the Reed study) show a statistically significant and clinically relevant improvement compared to placebo in performance on common cognitive assessments related to focus, accuracy, memory, learning and concentration. Two other published studies on Neurofactor (the two Reyez-Izquierdo studies) show an increased level of a neuroprotein known to strengthen connections between neurons (brain-derived neutrophic factor ("BDNF")) in the brains of subjects taking Neurofactor compared to placebo.

Clinical studies likewise show that PS (phosphatidylserine) supplementation can support memory and other brain functions. In fact, a long body of research supports the conclusion that supplementation with PS (including soy-PS) supports brain health, and PS has been sold as part of brain health supplements for many years. RB Health's substantiation is not limited to these studies. The benefits of Neurofactor and PS have also been reviewed and validated by Dr. Gary W. Small, M.D., the Chair of Psychiatry at Hackensack University Medical Center and the

Physician in Chief, Behavioral Health, at Hackensack Meridian Health.[2] This independent review further corroborates the strength of Defendants' substantiation for its labeling claims.

Finally, clinical studies demonstrate supplementation with melon concentrate containing high levels of SuperOxide Dismutase ("SOD") reduces stress and mental and physical fatigue.

**D.     Cognitive Indicators**

Five key indicators of cognitive function include focus, concentration, accuracy, memory, and learning. As detailed in Dr. Small's Declaration, the two major components of memory, (learning and recall) require ability to focus attention and concentrate on information.[3] When we learn new information, we must focus attention on the information we wish to recall. The recall process requires concentrating and focusing on what we wish to retrieve from our stored memories.[4] Therefore, focus and concentration are required for learning, which, in turn, ladders up to memory. Certain forms of memory are critical to reasoning and thinking.

Learning and memory refer to the processes of acquiring, retaining, and retrieving information in the central nervous system. They create stable long-term memories that include declarative (recall of events and facts) and nondeclarative (conditioning, skill learning) forms. Learning and memory are thus closely related concepts. Learning is the acquisition of skill or knowledge, while memory is the expression of what you've acquired. Another difference is the speed with which the two things happen. If you acquire the new skill or knowledge slowly and laboriously, that's learning. If acquisition is instant, that's memory. Memory is not a singular cognitive trait but a group of traits, such as short-term memory, long-term memory, associative memory and more. Long-term memory is a core aspect of human learning because it permits a wide range of skills and behaviors important for survival. Thus, strengthening memory is an essential step in our learning process, and some of the clinically validated tools discussed herein to assess learning are actually tools for associative memory.

---

[2] Declaration of Dr. Gary Small ("Small Decl."), filed concurrently herewith as Exhibit 1.
[3] *Id.*, at 27.
[4] *Id.*

E.      **Neurofactor (Whole Coffee Cherry Extract)**

Neurofactor is a trade name used to refer to whole coffee cherry extract (CCE). CCE is derived from coffee cherry, which surrounds and protects coffee beans when they are roasted and processed to produce coffee. Unlike the coffee beans themselves, coffee cherry extract contains a unique profile of polyphenols.[5] As discussed further by Dr. Small, the mechanism of action of CCE (Neurofactor) is directly linked to an increase in plasma levels of brain derived neurotropic factor ("BDNF"). BDNF is a neuro-protein directly involved in neurogenesis (formation of new neurons in the brain) and is the most prevalent growth factor in the central nervous system (CNS), essential for the development of the CNS and for neuronal plasticity. BDNF influences a variety of functions: maintaining health of existing brain cells, inducing growth of new neurons and synapses, and supporting overall cognitive function, including memory and learning. Neurofactor supplementation at the levels provided by Neuriva Original (100 mg/day) and Neuriva Plus (200 mg/day) have been the subject of five unique clinical trials assessing cognitive performance.

1.      **Robinson Study**

This recent peer reviewed and published clinical study on Neurofactor found improved working memory (short-term memories briefly held in mind). Robinson J, Hunter J, Reyes-Izquierdo T, et al., *Cognitive short- and long-term effects of coffee cherry extract in older adults with mild cognitive decline, Aging, Neuropsychology, and Cognition*, 2019 Dec 12;1-17 ("Robinson Study"), attached as Exhibit 2. This was a 28-day double-blinded, placebo-controlled study of 71 adults with mild memory impairment, which compared performance after 28 days of supplementation to the performance of the placebo group. *See id.* at 131. The study employed the N-Back test[6] and found a statistically significant reduction of reaction time in those supplementing with 100mg CCE (the amount in Neuriva Original and Neuriva De-Stress) once

---

[5] Polyphenols are plant compounds with antioxidant properties.
[6] While there are several well-accepted cognitive tests for assessing working memory, the N-back test is generally considered the gold standard. The N-back test is the most stable, reliable, and robust assessment for working memory, and its neural underpinnings are well-established. In this test, an individual is shown a sequence of stimuli, then has to indicate whether it matches the stimulus that was shown in earlier steps. *See* Small Decl. at 33.

per day and twice per day (200mg = the amount in Neuriva Plus) (p=<0.05 and p=<0.01 respectively) vs. placebo. *See id*. at 134. The study concluded: "these results suggest CCE, when taken in the morning twice per day, is associated with cognitive changes related to reduced fatigue, sustained attention, neuronal efficiency and improved accuracy." *Id*. at 131.

The statistically significant reductions in reaction times were shown at 7 days and continued for the entire 28-day study period. *See id*. Specifically, the CCE groups demonstrated a 41.25% and 32.05% reduction in reaction time compared to a 11.50% decrease in the placebo group at day 28, as compared to baseline. *See id*. at 138. The researchers concluded that "CCE has a significant impact on reaction time in as little as 7 days and persisting throughout the 28-day study period." *Id*. at 142. In addition, the researchers concluded: "Overall, the reductions in reaction time suggest that, during periods of cognitive challenge, CCE may a.) improve processing speed; and/or b.) support reduced mental fatigue; and/or c.) support attention, motivation, focus, and/or alertness." *Id*.

The researchers noted that, "Our results are consistent with previous reports on coffee cherry extract." *Id*. Citing the results of the Reed Study (discussed below), they note, "an acute single serving of 100mg of the coffee cherry extract in a beverage resulted in significant reductions in mental fatigue, higher levels of alertness, and appeared to prevent a reduction in performance on a delayed word recall task compared to placebo." *Id*. at 142-43. Finally, "there appears to be converging evidence for cognitive enhancement as a result of CCE ingestion." *Id*. at 143.

### 2.    The Auburn Study

The results of the Robinson Study are consistent with a second clinical study. Robinson J, Yanes J, Reid M, *Neurophysiological effects of a polyphenol-rich whole coffee cherry extract in older adults with mild cognitive decline: A randomized study* ("Auburn Study"), attached as Exhibit 3. The Auburn Study used cognitive tests, brain imaging, and blood BDNF assessments to compare 100mg of Neurofactor (CCE) consumption to a placebo in eight subjects. The

Auburn study used an acute, randomized, double-blind, within subject, cross-over design. See id. at 149.

The participants were given both the N-back test and the Go/No-Go test[7] to measure reaction time and accuracy. *See id*. at 154. The study found statistically significant and clinically relevant reaction time reductions during the N-back task for the Neurofactor group compared to placebo. *See id.* at 161. It also found better accuracy on the Go/No-Go task for the Neurofactor group as compared to placebo. *See id.*

BDNF levels were also assessed at four time points (pre-CCE, post-CCE, pre-placebo, post-placebo). *See id*. at 149. The study found a significant increase in exosomal BDNF within 90 minutes after ingestion of CCE (when compared to pre-CCE ingestion), while no differences in exosomal BDNF were observed in the placebo group. *See id*. at 161. In addition, cognitive imaging scans were conducted at all four time points to assess neurofunctional and neurometabolic outcomes using functional magnetic resonance imaging (fMRI) and magnetic resonance spectroscopy (MRS), respectively. Scan results showed that CCE supplementation increased efficiency of pivotal regions of the brain contributing to cognition. *See id*. at 166.

These results suggest that Neurofactor is associated with acute neurophysiological and cognitive changes supporting increased neural efficiency and increased sustained attention.

### 3.    The Reed Study

The Reed Study was a block-randomized, double-blind, placebo-controlled, cross-over study on 30 healthy adults (primarily college-aged and graduate students who were free of chronic health conditions). Reed, R.A., Mitchell, E.S., Saunders, C et al, *Acute Low and Moderate Doses of a Caffeine-Free Polyphenol-Rich Coffeeberry Extract Improve Feelings of Alertness and Fatigue Resulting from the Performance of Fatiguing Cognitive Tasks*. J Cogn Enhanc 3, 193–206 (2019) attached as Exhibit 4 ("Reed Study"). The study compared the effects

---

[7] Another common test to assess cognitive performance is the Go/No-Go test. The test examines cognitive and inhibitory control, two mental functions important for reasoning and accuracy of mental tasks. The test can be used to measure behavioral inhibition and the interaction between affect (i.e., emotional expressions) and cognition. It requires the subject to emit a simple motor response to one cue, while at the same time inhibiting the response to another cue. *See id*., p. 10.

of supplementing with 300mg and 100mg coffeeberry extracts to beverages without the extract (placebo) and with 75mg caffeine (positive control). *See id.* at 175. Authors measured outcomes before and twice after participants consumed the beverage. The study found that ingestion of both the 300mg and 100mg coffeeberry extract beverages statistically significantly attenuated perceptions of increased fatigue (p=.034) and decreased alertness (p=.041) after completing fatiguing cognitive tasks. *See id.*

### 4.   The Reyes-Izquierdo Studies

Two other published clinical trials found that supplementation with 100mg of Neurofactor significantly increased BDNF levels in the blood of healthy individuals after approximately 60 minutes. Reyes-Izquierdo T, Nemzer B, Shu C, Huynh, L, Argumedo R, Keller R, & Pietrzkowski Z., *Modulatory effect of coffee fruit extract on plasma levels of brain-derived neurotrophic factor in healthy subjects.* British Journal of Nutrition, 2013 110(3), 420-425, attached as Exhibit 5 ("Reyes-Izquierdo Study 1"); Reyes-Izquierdo T, Argumedo R, Shu C, Nemzer B, Pietrzkowski Z. *Stimulatory Effect of Whole Coffee Fruit Concentrate Powder on Plasma Levels of Total and Exosomal Brain-Derived Neurotrophic Factor in Healthy Subjects: An Acute Within-Subject Clinical Study.* Food and Nutrition Sciences, 2013, 4, 984-990 attached as Exhibit 6 ("Reyes-Izquierdo Study 2"). The first study showed significant increases in plasma BDNF levels by 148% compared to baseline. *See* Reyes-Izquierdo Study 1 at 193. The second study, conducted to confirm and further investigate this effect, similarly resulted in an increase of plasma BDNF by 91% compared to placebo. *See* Reyes-Izquierdo Study 2 at 200. The two Reyes-Izquierdo Studies both showed significant levels BDNF increase after the ingestion of Neurofactor.

Together, the results of these five studies—which illustrate statistically significant and relevant differences in cognitive tests, cognitive imaging, BDNF levels, and self-reported alertness and fatigue in those supplementing with Neurofactor compared to placebo—provide RB Health with reliable and competent scientific evidence to state that Neurofactor is clinically tested to support brain health.

**F.     Phosphatidylserine (PS)**

The other key ingredient in Neuriva is Sharp PS, a branded form of phosphatidylserine ("PS"). PS is the major acidic phospholipid in the brain that is mainly present in the inner leaflet of the plasma membrane, which is a membrane of lipids (*i.e*., fats) and proteins that form the external boundary of the cytoplasm or material comprising the living part of a cell.[8] PS plays an essential role in keeping nerve cell membranes healthy and in forming myelin, the insulating sheath surrounding many nerve fibers.[9] A body of evidence supports the functional significance of PS in the brain, and PS is known to facilitate activation of signaling proteins and receptors critical for neuronal survival, differentiation, and synaptic neurotransmission. Despite its constitutive nature, membrane PS is often an indispensable participant in signaling events and/or influences the signaling in a concentration-dependent manner. These PS functions are associated with normal memory formation and learning, so in other words, PS role keeps your mind and memory sharp.

Dr. Small's Declaration and clinical studies have shown the role of PS supplementation in supporting cognitive function across age groups and ranges of cognitive function.

**1.     Crook Studies**

In the first Crook study, a double-blind, fully randomized, placebo-controlled study, 149 patients with age-associated memory impairment (AAMI) were treated for 12 weeks with either a formulation of 300mg PS or placebo. T. H. Crook, J. Tinklenberg, J. Yesavage, W. Petrie, M. G. Nunzi, D. C. Massari (1991). *Effects of phosphatidylserine in age - associated memory impairment.* Neurology May 1991, 41 (5) 644-649, attached as Exhibit 7 ("Crook Study 1"). Participants were evaluated (a) for the following five memory related measures at five different time points (start of the treatment and after 3, 6, 12 and 16 weeks of treatment), (b) Name Face association: acquisition, (c) Name Face association: Delayed Recall, Facial Recognition (Delayed Non-Matching to Sample Paradigm), Telephone Number Recall (with Interference) and Misplaced Objects Recall. Patients given PS improved, relative to those treated

---

[8] Small Decl. at 35 (citing Mozzi et al, 2003).
[9] *Id.* (citing Glade and Smith (2015)).

with placebo, and showed statistically significant improvement for Name Face association: acquisition, Name Face association: Delayed Recall, and Facial Recognition (Delayed Non-Matching to Sample Paradigm), all at two different time points. *See id.* at 209. Sub-groups with low baseline scores showed the most significant improvement on both computerized and neuropsychological performance tests and also on clinical global ratings of improvement. *See id.* at 206.

A second Crook study from 1998 compared a soy-based PS (LIPAMIN-PS) with a bovine sourced PS. Crook TH., *Treatment of Age-Related Cognitive Decline: Effects of Phosphatidylserine, in Anti-Aging Medical Therapeutics*, Vol II, edited by R.M. Klatz, Health Quest Publications, Chicago, 1998, 20-29, attached as Exhibit 8 ("Crook Study 2"). Participants in the trial included 50 patients whose average age was 60.5 years (52% women) and was conducted in the same manner as the 1991 Crook study. *See id.* 221. The subjects were treated for 12 weeks with 300 mg LIPAMIN-PS®, and tests were performed at the start of the treatment and after 3, 6, 9 and 12 weeks of treatment. *See id.* Additional patients were treated for 12 weeks with 100mg LIPAMIN-PS®. *See id.* at 223. Just as in the earlier study, learning and memory performance were measured by means of a complex configuration of tests for the determination of clinically relevant data, which were evaluated by computerized means. *See id.* at 221. The results were then compared to the values for BC-PS and the placebo in the previous study. *See id.*

In the 1998 study, the researchers concluded the "strongest effect of LIPAMIN-PS® was shown with regard to the capacity to learn and remember names. *See id.* at 223. The reversal of the aging process amounted to nearly 14 years. *See id.* The performance of a 66-year-old subject, after 12 weeks of treatment with PS, was comparable to the performance of a 52-year-old. *See id.* The improvements of the other capacities (Learning and Remembering Written Information, Recognition of Previously Seen Persons, Dialing a 10 digit number from Memory, Immediate Remembering of Names), "while not as considerable, were statistically significant." *Id.*

### 2.     Kato-Kataoka Study

In the Kato-Kataoka study from 2010, a double-blind clinical trial on 78 elderly Japanese participants with memory complaints examined the effect of PS (100 and 300 mg/day) following six months of PS supplementation and at three months' follow-up. Kato-Kataoka, A, Sakai, M, Ebina, R, Nonaka, C, Asano, T, & Miyamori, T (2010). *Soybean-derived phosphatidylserine improves memory function of the elderly Japanese subjects with memory complaints.* J. Clin Biochem Nutr, 47(3), 246-255 attached as Exhibit 9 ("Kato-Kataoka Study"). This study used Hasegawa's dementia scale (HDS-R), which is a compilation of neuropsychological tests commonly used to assess mental status that measures the participant's orientation, memory, attention and verbal fluency. *See id*. at 228. As a result, both groups taking PS started with a low baseline then showed statistically significant increases in cognitive function, specifically in word list recall and verbal list recall, supporting improved memory claims. *See id*. at 227. Furthermore, these results were maintained after three months of follow up (at nine months). *See id*. at 234.

### 3.     Yong Study

In the Yong study, a randomized, placebo-controlled study from 2011, 120 high school students were assessed using clinical memory scale with computerized multimedia method (CM) before and after supplementation with PS. T. Yong, et al, *Research on Human Memory Enhancement by Phosphatidylserine Fortified Milk.* Chongqing Medicine 40(30) (2011), attached as Exhibit 10 ("Yong Study"). In this study, students were randomized to receive either 250ml milk supplemented with 100 mg PS or 250ml unsupplemented milk (placebo) daily for 40 days. *See id*. at 238. The students were then evaluated using the ipad multimedia software CM prepared according to test requirements of the clinical memory scale prepared by Psychology Institute of Chinese Academy of Sciences and then scored for directed memory, associative learning, free memory of images, and recognition of meaningless figures and portrait features-linked memory scales of the subject. *See id*. at 239. The software contained two sets of test questions: A and B (two sets of questions had the same nature and similar contents) and

-12-

participants were given the sets of questions in a crossover manner. *See id*. A dose of 100 mg/day PS was demonstrated to improve cognitive performance (various aspects of memory and learning). *See id*. at 240. Specifically, as compared with the control group, the mean values of directed memory, associative learning, free memory of images, recognition of meaningless figures, and portrait features-linked memory scales of the intervention group showed statistically significant increases: 20.5%, 14.1%, 7.0%, 8.3% and 7.6%, respectively. *See id*. at 241.

Together, this research demonstrates that there is a strong relationship between PS supplementation and cognitive performance across age ranges and cognitive ability (*e.g*., ranging from healthy high school-age children to elderly adults with cognitive decline).

## G.      Melon Concentrate

An active ingredient in Neuriva De-Stress, melon concentrate contains a potent antioxidant, SuperOxide Dismutase ("SOD"). SOD is one of the main antioxidant enzymes found in living cells and organisms. M. Milesi, et al., *Effect of an oral supplementation with a proprietary melon juice concentrate (Extramel) on stress and fatigue in healthy people: a pilot, double-blind, placebo-controlled clinical trial,* Nutrition Journal, 8:40 (2009), attached as Exhibit 11 ("Milesi Study"). Clinical studies have shown that melon concentrate containing high level of SOD showed a protective effect against DNA damage resulting from oxidative stress. *See id*. at 246. A growing body of evidence demonstrates that a daily intake of melon juice concentrate rich in SOD may have a positive effect on signs and symptoms of stress and fatigue. *See id*.

### 1.      Milesi Study

In the Milesi study, a randomized, double blind, placebo controlled clinical study was conducted with seventy healthy volunteers aged between 30 and 55 years, who feel daily stress and fatigue. *See id*. at 245. They took a dietary supplement with melon concentrate containing 140 IU SOD (the amount of SOD in Neuriva De-Stress) or a placebo one time daily for four weeks. *See id*. Stress and fatigue were measured using four well-known observational psychometric scales: Ferreri Anxiety Rating Diagram, Cohen Perceived Stress scale, SF-12

Health Survey, and Epworth Sleepiness scale. *See id*. This clinical study showed that oral supplementation with melon concentrate containing 140 IU of SOD—known as having antioxidant effect and for fighting against antioxidant activity on cellular level and fighting against oxidative stress—showed positive effect on several signs and symptoms of perceived stress and fatigue compared to placebo. *See id*.

### 2. Carillon Study

The Carillon study aimed to confirm the results of the earlier Milesi study and determine whether the daily intake of SOD melon concentrate can reduce stress and fatigue in human patients over a longer period (12 weeks). J. Carillon, et al., *Dietary Supplementation with a Superoxide Dismutase-Melon Concentrate Reduces Stress, Physical and Mental Fatigue in Healthy People: A Randomised, Double-Blind, Placebo-Controlled Trial*. Nutrients Journal (2014), 6, 2348-2359, attached as Exhibit 12 ("Carillon Study"). This was another randomized, double-blind, placebo-controlled study performed on 61 healthy people divided in two groups: active supplement and placebo for 12 weeks. *See id*. at 253. The active supplement group was given one capsule per day containing 10 mg of SOD-melon concentrate (140 IU of SOD) and starch while the placebo group received starch only. *See id*. Stress and fatigue were evaluated using four psychometric scales: Cohen Perceived Stress scale Health Survey, SF-36, Stroop tests and Prevost subjective fatigue scale. *See id*. The supplementation with SOD-melon concentrate significantly decreased perceived stress and fatigue (physical and mental) compared to placebo. *See id*. Researchers concluded that melon concentrate (with 140 IU SOD) supplementation appears to be an effective and natural way to reduce stress and fatigue. *See id*.

Together, Dr. Small's declaration, the clinical studies on Neurofactor, PS, and melon concentrate (SOD) provide more than adequate substantiation for the proposed labeling and marketing changes, and therefore, demonstrate that the proposed injunctive relief provides meaningful benefit to the Class.

## II.    COURTS HAVE APPROVED SIMILAR INJUNCTIVE RELIEF IN SIMILAR CONSUMER FRAUD CASES

Several consumer class actions have involved settlements with similar injunctive relief to that proposed here and have obtained final approval.  In particular, whereas here, "competent and reliable scientific evidence" supports the challenged claims, they are allowed. The confirmatory discovery provided by Defendants shows such evidence and supports the claims. In addition, RB Health is modifying "proven" claims to "tested" with respect to the ingredients themselves.

*Collins v. Quincy Bioscience, LLC*, No. 19022864 *(S.D. Fla.).* The settlement approved by this Court in *Collins* provided for injunctive relief similar to that agreed to here in at least two respects. First, the injunction agreed to prohibited the makers of Prevagen, a brain health supplement, from making certain memory claims unless backed by "competent and reliable scientific evidence." Ex. 13 at 268. Here, RB Health has provided, and shown, the existence of extensive "competent and reliable scientific evidence" for its claims. This follows the FTC's evidentiary standard for substantiation, which is relied on in the Settlement Agreement through its citation to the FDA's Dietary Supplement Guidance that incorporates the FTC standard. *See* Settlement Agreement § IV.A.5. Second, the agreed-to injunction limits Defendants' ability to further modify the claims subject to the injunction unless Reckitt possesses "competent and reliable scientific evidence" for the change and provides it to Plaintiffs' counsel. *Id.* If Plaintiffs' Counsel challenge the representation or its support, this Court retains jurisdiction to resolve the issue. *Id.* Again, this mirrors a similar term in the *Collins* settlement, that limited Prevagen's ability to make claims unless they possessed "competent and reliable scientific evidence." Ex. 13 at 268. Thus, there is substantial overlap between the two matters in terms of the substance of the parties' agreed-upon injunctive relief.

*Dennis v. Kellogg Co*., **No. 3:09-cv-01786-IEG-WMC (S.D. Cal.)**. In a case alleging that Kellogg falsely claimed its "Frosted Mini-Wheats branded cereal has been clinically shown to improve kids' attentiveness by nearly 20%," the court approved injunctive relief permitting Kellogg to make qualified claims with clarifying language such as "Clinical studies have shown that kids who eat a filling breakfast like Frosted Mini-Wheats have an 11% better attentiveness

-15-

in school that kids who skip breakfast,' or words to the same effect." Ex. 14 at 280. The court noted that this injunctive relief "constitutes a substantial concession by Defendant." *Id.* at 289. Here, too, RB Health has agreed to (1) qualify its claims by substituting "clinically proven" with "clinically tested" (same for "scientifically proven") and (2) clarify that the claims apply to the ingredients, not the product as whole. And as in *Kellogg*, RB Health may state clinical studies have "shown."

**Gemelas v. The Dannon Company, Case No. CV-08-236 (N.D. Ohio).** Dannon allegedly made misleading statements that its yogurt product was "scientifically proven" and "clinically proven" to provide health benefits. The court approved injunctive relief that Dannon could reference "scientifically proven" or "clinically proven" provided it qualifies the claims with explanatory language, *e.g.*, the product is part of a balanced diet and healthy lifestyle. Ex. 15 at 300.

**Geis v. Airborne Health, Inc. et al., No. 07CV04238 (D.N.J.).** The court approved a class-wide settlement in a case alleging that a Walgreens' supplement product falsely claimed to prevent the common cold, among other health benefits. Ex. 16 at 309. As part of the injunctive relief, Walgreens could make "clinically tested" statements and any other representation "about research that has been performed" so long as "Competent and Reliable Scientific Evidence exists substantiating such claim." *Id.* at 311.

**Smith v. WM. Wrigley Jr. Co., No. 0:09-cv-60646 (S.D Fla.).** Plaintiffs alleged that Wrigley's claim that "its Eclipse® gum and mints brand is 'scientifically proven to help kill the germs that cause bad breath'" was false and deceptive in violation of FDUTPA. The court approved injunctive relief that Wrigley "shall not be prohibited from making claims about the Product if, at the time they are made, the representations are true and non-misleading and, as appropriate, are supported by competent and reliable scientific evidence that substantiates the representations." Ex. 17 at 364. As well, nothing prohibited Wrigley "from communicating the results of one or more clinical studies on the Products provided the results are in a truthful and non-misleading fashion." *Id.*

-16-

*Bezdek v. Vibram USA Inc*., **No. 1:12-cv-10513-DPW (D. Mass)**. The court approved a settlement involving Vibram's statements that the benefits of running barefoot have long been supported by scientific research. Per the court-approved injunctive relief, Vibram would refrain from statements that its running shoes were "effective in strengthening muscles or preventing injury," or provide any health benefit, "unless that representation is true, non-misleading and is supported by competent and reliable scientific evidence." Ex. 18 at 372. Vibram also agreed to refrain from misrepresenting "any test, study, or research relating to Vibram's FiveFingers footwear or products similar." *Id* at 373.  The court noted that "I find the injunctive relief to be a valuable contribution to this settlement agreement." *Bezdek v. Vibram USA Inc*., 79 F. Supp. 3d 324, 346 (D. Mass. Jan. 16, 2015). The Court of Appeal for the First Circuit affirmed. *Bezdek v. Vibram USA Inc*., 809 F.3d 78 (1st Cir. 2015).

*Rikos v. Proctor & Gamble Co*., **No. 1:11-CV-226 (S.D. Ohio)**. In a case involving an over-the-counter probiotic supplement that purported to help build and maintain a healthy digestive system, the court granted final approval with injunctive relief stating "P&G shall not make the clinically proven' five symptom relief claims contained on the Align packaging . . . absent new supporting clinical data and/or analysis," which was defined as "competent and reliable scientific evidence." Ex. 19 at 438.[10]

---

[10] *See also Hazlin v. Botanical*, No. 13-cv-0618-KSC, 2015 WL 11237634 (S.D. Cal. May 20, 2015) (final approval where defendant agreed to refrain from statements that its glucosamine supplement provides joint benefits unless it has "competent and reliable scientific evidence," overruling objections that relief was "too limited"); *Arnold v. Fitflop* USA LLP, No. 11–CV–0973 W(KSC), 2014 WL 1670133 (S.D. Cal. Apr. 28, 2014) (final approval where defendant agreed to refrain from representations that sandals support posture, toning, and joint strain unless it has "competent and reliable scientific evidence," overruling objections); *Weeks v. Kellogg Company*, No. CV 09-08102 (MMM) (RZx), 2013 WL 6531177 (C.D. Cal. Nov. 23, 2013) (final approval where defendant agreed to refrain from representations that its cereal products improve children's health and immunity system unless it has "competent and reliable scientific evidence"); *Carey v. New Balance Athletic Shoe, Inc*., No. 1:11-cv-10001-LTS (D. Mass. Jan. 18, 2013) (final approval where defendant agreed to refrain from representations that shoes strengthen muscles unless it has at least one "well controlled human clinical study" or other "competent and reliable scientific evidence").

### III.     THE COURT SHOULD APPROVE THIS CLASS SETTLEMENT

**A.     Judicial Policy Favoring Class Settlements**

As this Court has repeatedly recognized, "[t]here is a strong judicial policy in favoring the pretrial settlement of class actions." *Lee v. Ocwen Loan Servicing, LLC*, 2015 WL 5449813, at *4 (S.D. Fla. Sept. 14, 2015) (*citing In re U.S. Oil & Gas Litig*., 967 F.2d 489, 493 (11th Cir. 1992) ("Public policy strongly favors pretrial settlement of class action lawsuits"). Settlement "has special importance in class actions with their notable uncertainty, difficulties of proof, and length. Settlements of complex cases contributed greatly to the efficient utilization of scarce judicial resources, and achieve the speedy resolution of justice." *Montoya v. PNC Bank, N.A.*, 2016 WL 1529902, at *7 (S.D. Fla. Apr. 13, 2016). This policy applies in full force here. This Settlement Agreement is the product of arms' length negotiations, conducted in good faith, by counsel on both sides with significant experience in complex class action litigation.

**B.     Resolution of Multiple Federal Class Action Lawsuits**

This global Settlement effectively resolves three separate pending federal class action lawsuits and a fourth unfiled class action regarding Neuriva. Indeed, the Settlement would provide immediate, substantial relief on a nationwide class basis to thousands of consumers from the alleged false and misleading advertising as opposed to protracted litigation.

Defendants maintain that they have more than adequate substantiation to support the advertising statements challenged in this action. If required, Defendants would be prepared to try these cases and are confident that they would prevail at trial. But trial carries risk, for both sides. Accordingly, the parties negotiated this Settlement to mitigate risk and reach a compromise that substantially benefits class members. The Settlement also confirms Defendants' ability to pay.

**C.     The Settlement Agreement Provides Significant Monetary and Injunctive Relief.**

The Settlement Agreement followed extensive, arm's length negotiations including multiple mediation sessions. The Settlement Agreement is the product of significant give and take by the parties. Now, each class member stands to recover direct monetary and injunctive relief as a result of the Settlement Agreement. As discussed above, the Settlement includes

-18-

proposed injunctive relief which would provide meaningful benefit to consumers in the form of substantial changes to Neuriva's labeling and marketing. Consumers will obtain a wealth of information regarding Neuriva and more clarity to assist with their purchasing decisions. In addition to injunctive relief, the Settlement Agreement provides substantial monetary relief of $8,000,000 to the Class. Accordingly, this Settlement strikes a balance between a financial benefit to the Class as well as meaningful injunctive relief, which falls well within the range of reasonableness.

## IV.    CONCLUSION

Defendants respectfully submit this supplemental brief regarding injunctive relief in response to the Court's specific inquiries and request for additional information. Defendants have clearly demonstrated, that the proposed injunctive relief will provide a meaningful benefit to class members. Further, Defendants have provided examples of other consumer class action settlements with similar injunctive relief that have received final approval by the court. Finally, Defendants outlined the many reasons why the Court should approve this Class Settlement.

Dated:  May 24, 2021

Respectfully Submitted,

*/s/ Lori P. Lustrin*
Melissa C. Pallett-Vasquez, Esq.
Florida Bar No.: 715816
Lori P. Lustrin, Esq.
Florida Bar. No.: 59228
**BILZIN SUMBERG BAENA PRICE**
 **& AXELROD LLP**
1450 Brickell Avenue, 23rd Flor
Miami, Florida  33131-3456
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593
Email:  mpallett@bilzin.com
Email:  llustrin@bilzin.com

*/s/ David T. Biderman*
David T. Biderman, *Pro Hac Vice*
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California  90067-1721
Telephone:  (310) 788-9900
Facsimile:  (310) 788-3399
Email:  DBiderman@perkinscoie.com

Charles C. Sipos, *Pro Hac Vice*
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101-3099
Telephone:  (206) 359-3983
Facsimile:  (206) 359-4983
Email:  CSipos@perkinscoie.com

*Counsel for Defendants*
*Reckitt Benckiser LLC and RB Health (US)*
*LLC*

-20-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 24, 2021, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

*/s/ Lori P. Lustrin*
Lori P. Lustrin