UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-cv-23564-MGC

DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *on behalf of himself and all others similarly situated*,

 Plaintiffs,

v.

RECKITT BENCKISER LLC and RB HEALTH (US) LLC,

 Defendants.

Theodore H. Frank,

Objector.

## NOTICE OF INTENTION TO APPEAR

    COMES NOW Theodore H. Frank, by and through his counsel, to give notice that he intends to appear at any fairness hearing in conjunction with his objection to the proposed settlement in the above-captioned matter. Frank gives notice that he intends to appear at the fairness hearing scheduled for August 17, 2021, through his counsel M. Frank Bednarz and/or Matthew Sarelson, who wishes to discuss matters raised in his objection. Frank does not intend to call any witnesses at the fairness hearing, but reserves the right to make use of all documents

entered on to the docket by any settling party or objector and the right to cross-examine any witnesses who testify at the hearing in support of final approval.

Date: July 26, 2021                                   Respectfully submitted,

<u>/s/ Matthew Seth Sarelson</u>
Matthew Seth Sarelson
DHILLON LAW GROUP, INC.
2100 Ponce De Leon Blvd. Ste 1290
Coral Gables, FL 33134
Telephone: 305-773-1952
Email: Msarelson@dhillonlaw.com

M. Frank Bednarz (*pro hac vice* admission pending)
IL ARDC No. 6299073
HAMILTON LINCOLN LAW INSTITUTE
  CENTER OF CLASS ACTION FAIRNESS
1145 E. Hyde Park Blvd. Unit 3A
Chicago, IL 60615
Phone: 801-706-2690
Email: frank.bednarz@hlli.org

*Attorneys for Objector Theodore H. Frank*