UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-cv-23564-MGC

DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *on behalf of himself and all others similarly situated*,

 Plaintiffs,

v.

RECKITT BENCKISER LLC and RB HEALTH (US) LLC,

 Defendants.

Theodore H. Frank,

Objector.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for M. Frank Bednarz, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. M. Frank Bednarz may appear and participate in this action on behalf of Objector Theodore H. Frank. The Clerk shall provide electronic notification of all electronic filings to M. Frank Bednarz, at frank.bednarz@hlli.org.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
United States District Judge Marcia G. Cooke.

Copies furnished to: All Counsel of Record