**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION
Case No.: 1:20-cv-23564-MGC

DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *on behalf of himself and all others similarly situated*,

Plaintiffs,

v.

RECKITT BENCKISER LLC and RB HEALTH (US) LLC,

Defendants.

Theodore H. Frank,

Objector.

**OBJECTOR THEODORE H. FRANK'S**
**NOTICE OF FILING CORRECTED BEDNARZ DECLARATION**

Objector Theodore H. Frank hereby files this corrected version of the Bednarz declaration filed at D.E. 76. Exhibit D was omitted due to a technical error.

Respectfully submitted,

/s/ Matthew Seth Sarelson
Matthew Seth Sarelson
**DHILLON LAW GROUP, INC.**
2100 Ponce De Leon Blvd. Ste 1290
Coral Gables, FL 33134
Telephone: 305-773-1952
Email: Msarelson@dhillonlaw.com
Counsel for Objector Theodore H. Frank