# EXHIBIT A

# SUPPLEMENTAL DECLARATION OF DR. GARY W. SMALL

## I.     Introduction

In my Declaration, submitted on May 21, 2021 ("Declaration"), I provided my assessment of certain ingredient claims made for the Neuriva dietary supplements (Neuriva Original, Neuriva Plus and Neuriva De-Stress) in the context of the totality of scientific evidence available regarding the product ingredients. There, I provided a background on cognitive health and the Neuriva ingredients, as well as a summary of the scientific evidence supporting the benefits of those ingredients.

I have reviewed the Objection of Theodore H. Frank ("Frank Objection") and the lay opinions contained therein criticizing the science and clinical studies supporting the Neuriva ingredient claims.  In this Supplement Declaration, I will address the specific issues raised in the Frank Objection and further discuss the totality of scientific evidence supporting the Neuriva ingredient claims.

## II.    Scientific Support for the Ingredients in Neuriva

Scientific research supports the promotional and implied claims that individuals who take Whole Coffee Cherry Extract (WCCE) and Phosphatidylserine (PS), the ingredients in Neuriva, experience a noticeable improvement in cognitive function including focus, concentration, memory, learning, reasoning, and accuracy. These ingredients, at doses that are included in the formulation, were shown in clinical studies to increase BDNF and help with mental focus, accuracy memory, learning and concentration which contribute to reasoning and accuracy.

Studies show that WCCE in healthy individuals increases brain-derived neurotrophic factor (BDNF; Reyes-Izquierdo et al, 2013a; 2013b), which increases neurotransmission (Ng

et al, 2019) and supports development and growth of dendritic connections in the brain (Yamada et al, 2002). It is also involved in neuronal maturation during development (Grande et al, 2010; Kowianski et al, 2018), as well as memory and learning (Grande et al, 2010). Research demonstrating the cognitive benefits of WCCE has been performed on healthy adults (Reed et al, 2018; Reyes-Izquierdo et al, 2013a; 2013b) as well as those with mild cognitive impairments (Robinson et al, 2019; Robinson et al, 2021).

PS is a major component of brain tissue that mostly resides in the plasma membrane, which is a membrane of lipids (i.e., fats) and proteins that form the external boundary of the cytoplasm or material comprising the living part of a cell (Mozzi et al, 2003). PS plays an essential role in keeping nerve cell membranes healthy and in forming myelin, the insulating sheath surrounding many nerve fibers (Glade and Smith 2015). These PS functions are associated with normal memory formation and learning. PS also plays an important role in maintaining accuracy in mental tasks, and human studies suggest that its level decreases with age (Kato-Kataoka et al, 2010). Soybean-derived PS has been shown to improve cognitive performance in both healthy young adults (Yong et al, 2011) and those with mild cognitive impairments (Crook et al, 1991a; 1998b; Kato-Kataoka et al, 2010).

The other active ingredient in Neuriva De-Stress, melon concentrate contains a potent antioxidant, SuperOxide Dismutase ("SOD"). SOD is one of the main antioxidant enzymes found in living cells and organisms. Clinical studies have shown that melon concentrate containing high levels of SOD showed a protective effect against DNA damage resulting from oxidative stress. (Milesi et al, 2009). Clinical studies have shown that supplementation with melon concentrate containing high levels of SOD decreases stress and fatigue.

### III. Frank Objection

Based on my review of Mr. Frank's Objection and Declaration, as submitted to the court, I understand that Mr. Frank is an attorney and purported class member of the Neuriva class settlement. He is not a physician, scientist or expert in aging and memory or in the diagnosis and treatment of age-related cognitive decline. Therefore, the opinions stated in the Frank Objection are Mr. Frank's lay opinions regarding the totality of scientific evidence supporting the Neuriva ingredient claims. I will address those opinions here.

#### A. Use of Ingredient Studies to Support Ingredient Claims

The Frank Objection first takes issue with the fact that the Neuriva ingredient claims are supported by clinical studies regarding those very ingredients, rather than studies of the products themselves or studies involving a combination of ingredients. However, studies regarding individual ingredients are regularly used to support claims relating to dietary supplement products. For instance, there is significant scientific evidence connecting memory to caffeine consumption. There is no debate regarding the ability of caffeine, an active ingredient in many dietary supplements, to bolster memory, specifically working memory. Similarly, there is ample scientific support for the claims relating to the active ingredients (WCCE, PS and SOD) in Neuriva.

Moreover, the FDA guidance that the Frank Objection cites does indicate that an ingredient study can be used as substantiation for an ingredient claim. "We recommend that the studies being used as substantiation for dietary supplement claims identify a specific dietary supplement **or ingredient** . . . ."[1] The Frank Objection refers to Example 5 in the FDA guidance as a basis for invalidating the clinical studies supporting the Neuriva ingredient

---

[1] *See* Exhibit A to Frank Bednarz Declaration at page 5.

claims. However, Example 5 is distinguishable and inapplicable here because the revised claims on Neuriva labeling do not refer to the products themselves, rather to the products' ingredients. And the clinical studies at issue support Neuriva's ingredient claims and not the products themselves.

### B. Pilot Studies

Further, although some of the studies supporting the Neuriva ingredient claims are referenced as a "pilot study", that does not diminish the results or conclusions reached in those studies for a number of reasons. First, the term "pilot study" may be defined differently by one journal versus another journal, and is usually defined as such because of a relatively small sample size. Therefore, a study may be arbitrarily referenced as a pilot study according to a particular journal's parameters in how it determines and defines what constitutes a pilot study.

Second, nearly all of the scientific evidence supporting the Neuriva ingredient claims, including the pilot studies, are all peer reviewed and published studies involving randomized, double-blind, placebo-controlled test designs, which is the gold standard for studies of safety and efficacy of clinical interventions. These kinds of studies remain the most convincing research design in which randomly assigning the intervention can eliminate the influence of unknown or immeasurable confounding variables such as placebo effects that may otherwise lead to biased and incorrect estimate of treatment effects. Also, randomization eliminates confounding by baseline variables and blinding eliminates confounding by co-interventions, thus eliminating the possibility that the observed effects of intervention are due to differential use of other treatments. The advantage of trial over an observational study is the ability to demonstrate causality.

Third, a study involving a large sample may be statistically significant, but this does

-4-

not necessarily mean that its results are clinically meaningful. For example, a study involving thousands of subjects may show a statistically significant result but lead to minimal differences (e.g., just a few percentage points) between outcomes of the active treatment and placebo treatment groups. Meanwhile, when multiple pilot studies involving randomized, double-blind, placebo-controlled test designs all reach similar statistically significant results, they can in the aggregate be viewed as not only statistically significant but also clinically meaningful.

### C. Study Populations

The Frank Objection also attempts to invalidate some of the studies because they were performed on healthy young adults while the products are intended for the elderly with cognitive impairment. However, there is nothing referenced in the Frank Objection or in the Neuriva ingredient claims to indicate that Neuriva is intended solely for the elderly with cognitive impairment. Rather, the Neuriva ingredient claims state generally that the ingredients help with cognitive function.

Moreover, many of the studies supporting the Neuriva ingredient claims were indeed performed on elderly adults with mild cognitive impairment. (Robinson et al, 2019; Robinson et al, 2021; Crook et al, 1991a; 1998b; Kato-Kataoka et al, 2010), in addition to studies involving healthy young adults. Accordingly, the fact that the clinical studies regarding WCCE and PS involve all age groups, both young and old, as well as both healthy adults and those with mild cognitive impairment provides further credibility to the significance of the results reached in those studies regarding the cognitive benefits of treatment with WCCE and PS.

### D. Blood Brain Barrier

Finally, the Frank Objection asserts that Neuriva cannot work because its "natural

-5-

ingredients" are food, which gets digested into constituent parts before they enter one's bloodstream. However, an ingredient does not necessarily have to cross the blood brain barrier to be effective. There are many effective supplements and medicines whose active ingredients do not cross the blood brain barrier, but instead the ingredients are absorbed into the body through the digestive tract. Also, the mechanism of action of WCCE is tightly linked to an increase in levels of BDNF, an important neuroprotein involved in cognitive function and the most prevalent growth factor in the central nervous system (Autry and Monteggia 2012). Research indicates that WCCE increases BDNF levels. (Robinson et al, 2021; Reyes-Izquierdo et al, 2013a; 2013b). BDNF is a neurotrophin critical for the survival, growth, and maintenance of neurons, and is involved in learning, memory and in emotional and cognitive function (Loprinzi and Frith. 2019). It plays an important role in supporting neurogenesis, which is the growth and development of neurons in the brain (Henry et al, 2007). Investigators (Aimone et al, 2014) have demonstrated the importance of neurogenesis to memory and learning and its role in the adult hippocampus.

Although WCCE may not cross the blood brain barrier, research shows that BDNF does. (Robinson et al, 2021; Reyes-Izquierdo et al; 2012a; 2013b). Therefore, individuals who supplement with WCCE will have increased levels of BDNF which crosses the blood brain barrier and improves cognitive function.

**IV.     Clinical Studies of WCCE (Neurofactor)**

<u>**Robinson Study (2019)**</u>

This peer reviewed and published study involved a randomized double-blinded, placebo-controlled test performed on 71 adults with mild memory impairment. (Robinson et al, 2019). The results demonstrated more than just the potential for WCCE to provide cognitive benefits.

Rather, in as little as seven days, significant reductions in reaction times were observed for groups supplemented with both 100 mg and 200 mg of WCCE versus placebo. These effects were observed for the entire 28-day study period. Specifically, the WCCE groups demonstrated a 41% and 32% reduction in reaction time compared to a 12% decrease in the placebo group at after 28 days compared to baseline. These results suggest that WCCE has a significant impact on reaction time in as little as seven days and these benefits persist throughout a 28-day period. Overall, the reductions in reaction time suggest that, during periods of cognitive challenge, WCCE supports motor response and executive function (performance); reduces mental fatigue; and benefits attention, motivation, focus, and alertness.

### Robinson Study (2021)

The only criticism asserted in the Frank Objection regarding this study is that it is a pilot study. Yet, this is another peer reviewed and published study involving randomized, double-blind, placebo cross-over design. In this clinical study, researchers compared 100 mg of WCCE to placebo and found levels of BDNF increased within 90 minutes, and several relevant brain regions showed increased activation on MRI. Compared to placebo, BDNF led to significantly better results on key mental performance tasks. This study also revealed that BDNF crosses the blood-brain barrier. These results suggest that WCCE is associated with decreased reaction time and may protect against cognitive errors on robust tasks of working memory (i.e., n-back) and response inhibition (i.e., go/no-go). Furthermore, these behavioral results are concomitant with distinct neuro-functional changes within key neural structures involved in decision-making and attention. Decreased reaction time is associated with better mental focus and concentration abilities.

### Reed Study (2019)

Reed and associates (2018) conducted a block-randomized, double-blind, placebo-controlled, cross-over study in 30 healthy adults who took 100 mg or 300 mg doses of WCCE in a ready-to-drink format. This format was compared with a placebo drink and a drink with 75 mg of caffeine (positive control). Contrary to the lay opinions in the Frank Objection, this study demonstrated that WCCE improved cognitive function. In fact, the study results showed positive effects from ingesting 100 mg of WCCE: self-reported alertness increased (p=0.041) and self-reported mental fatigue decreased (p=0.034) after study volunteers completed a series of fatiguing cognitive tasks. Similar results were observed after ingestion of 300 mg of WCCE for self-reported mental fatigue (p= 0.032) and self-reported alertness (p=0.04) (Reed et al, 2018). Mental fatigue is a symptom that has been linked to impaired accuracy and impaired concentration on cognitive testing (Sievertsen et al, 2016; Hancock and McNaughton, 1986).

### Reyes-Izquierdo Studies (2013a; 2013b)

Both of the Reyes-Izquierdo studies showed that participants administered with 100 mg of WCCE had significant increases in BDNF levels. The first study showed increases in plasma BDNF levels by 148% compared to baseline (Reyes-Izquierdo et al, 2013a) while the second study, conducted to confirm and further investigate this effect, similarly resulted in an increase of plasma BDNF by 91% compared to placebo (Reyes-Izquierdo et al, 2013b). As detailed in my Declaration and above, BDNF is an important neuroprotein involved in cognitive function and is the most prevalent growth factor in the central nervous system. BDNF, which can be detected via blood samples, is critical for the survival, growth, and maintenance of neurons, and is involved in learning, memory, emotions, and overall cognitive function. It also increases neurotransmission (Ng et al, 2019) and supports

-8-

development and growth of dendritic connections in the brain (Yamada et al, 2002). It is also involved in neuronal maturation during development (Grande et al, 2010; Kowianski et al, 2018), as well as memory and learning (Grande et al, 2010). As discussed in my declarations, increased levels of BDNF does leads to significantly better results on key mental performance tasks (Robinson et al, 2021).

### V.      Clinical Studies of Phosphatidylserine (PS)

Several studies have revealed that soybean-derived PS is beneficial for cognitive function in humans of various age groups.

#### Crook (1998)

Review articles can serve as helpful resources in identifying and summarizing scientific evidence.  The Crook (1998) article does just that. It summarizes the clinical study performed by Crook and associates in 1997 demonstrating that soybean-derived PS (100 mg/day and 300 mg/day for 3 weeks or 12 weeks) improved memory functions, such as memorizing names and faces, in elderly people with age-associated memory impairment. Cognitive benefits were seen at both doses examined (Crook 1998).

#### Kato-Kataoka Study (2010)

The Frank Objection includes two errant statements relating to this study. First, the fact that this study was conducted in Japan does not, in of itself, affect the significance of the test results.  What is critical is the study's design, implementation and quality. This study was a double-blind, placebo-controlled clinical trial of 78 elderly subjects with mild cognitive impairment. So, this study utilized the gold standard for an intervention study. Second, the PS group did in fact demonstrate a significant influence of soybean-derived PS on cognitive function and greater accuracy of responses on neuropsychological testing following 6 months

of administration versus baseline. Moreover, at the 3-month post-treatment follow-up, there was a significant difference on neuropsychological testing between the PS and placebo groups (Kato-Kataoka et al, 2010). Cognitive improvements were observed in delayed verbal recall, a sensitive memory measure.

### Yong Study (2011)

This study randomized 120 young adults into two groups: one receiving 250 ml of milk and the other receiving 250 ml of milk with 100 mg of PS per day for 40 days. The investigators reported that PS led to significant ($p<0.05$) improvements in several measures of cognitive performance, including directed memory, associative learning, free memory of images, recognition of meaningless figures, and portrait-features linked to memory (Yong et al, 2011). These mental skills assist with everyday memory challenges, such as recalling names and faces. The fact that the PS group received 100 mg of PS with 250 ml of milk does not invalidate the results of this study, particularly given that both the placebo and PS groups received equal amounts of milk at baseline.

### VI. Clinical Studies on Melon Concentrate (SuperOxide Dismutase)

A growing body of evidence demonstrates that a daily intake of melon juice concentrate rich in SOD may have a positive effect on several signs and symptoms of stress and fatigue. (Milesi et al, 2009; Carillon et al, 2014). These studies suggest that melon concentrate (with 140 IU SOD) supplementation is an effective and natural way to reduce stress and fatigue, supporting the SOD ingredient claims in Neuriva De-Stress.

The only relevant objection proffered by Mr. Frank regarding the SOD studies is that they are referenced as pilot studies. The mere reference to a clinical trial as a pilot study does not invalidate the statistical significance of that that study for a myriad of reasons, as discussed above.

That is particularly true when multiple pilot studies involving randomized, double blind, placebo-controlled tests reach similar results and conclusions as is the case with the clinical studies supporting the SOD ingredient claims.

## VII. The Qualified Health Claim Studies Cited in Frank's Objection

The Frank Objection cites to purported "negative" studies on PS. However, three of the four studies examine qualified health claims, for instance relating to dementia. The Neuriva ingredient claims are not qualified health claims, but rather structure/function claims. Therefore, those studies are not applicable and should not be considered in the totality of the scientific evidence relating to PS ingredient claims.

The one non-qualified health claim study referenced in the Frank Objection should also not be considered in examining Neuriva's PS ingredient claim. (Jorissen et al, 2000). First, the dosage of PS administered to the test subjects in that study vary significantly from the dosage of PS contained in Neuriva, therefore the study is inapplicable. Further, the study itself concedes that it suffered from a number of issues which may have influenced the results of the study including: (1) sampling error, (2) sensitivity of the cognitive tests to detect treatment effects, defined as the test-retest reliability, (3) inadequate sample size; and (4) presence of other phospholipids in the capsules administered to the test subjects. Regarding this last critical issue, the authors admit that the presence of three other phospholipids including: phosphatidylcholine, phosphatidylethanolamine and phosphatidylinositol may have influenced the treatment effect of the Soy-PS.

## VIII. Conclusions

Despite the misguided lay opinions expressed in the Frank Objection, the totality of the scientific evidence supports Neuriva's ingredient claims that individuals who take Neurofactor and PS, experience a noticeable improvement in cognitive function including

focus, concentration, memory, learning, reasoning, and accuracy. These ingredients were shown in clinical studies, utilizing the gold standard for intervention tests, to increase BDNF and help with mental focus, accuracy memory, learning and concentration which contribute to reasoning and accuracy. Meanwhile, clinical studies have shown that supplementation with melon concentrate containing high levels of SOD decreases stress and fatigue.

I declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct and of my personal knowledge.

Executed this __7th___ day of August, 2021, at 11:00 AM, Weehawken, NJ_____.

*[signature: Gary Small]*

_____
Gary W. Small, M.D.

**References**

Aimone JB, Li Y, Lee SW, et al. Regulation and function of adult neurogenesis: From genes to cognition. Physiol Rev. 2014;94:991–1026

Autry AE, Monteggia LM (2012) Brain-derived neurotrophic factor and neuropsychiatric disorders Pharmacological reviews 64:238-258 doi:10.1124/pr.111.005108

Bathina S, Das UN (2015) Brain-derived neurotrophic factor and its clinical implications Archives of medical science: AMS 11:1164-1178 doi:10.5114/aoms.2015.56342

Binder DK, Scharfman HE (2004) Brain-derived neurotrophic factor Growth factors (Chur, Switzerland) 22:123-131

Borson S (2010) Cognition, aging, and disabilities: conceptual issues Physical medicine and rehabilitation clinics of North America 21:375-382 doi:10.1016/j.pmr.2010.01.001

Calabrese F, Rossetti AC, Racagni G, Gass P, Riva MA, Molteni R (2014) Brain-derived neurotrophic factor: a bridge between inflammation and neuroplasticity Frontiers in cellular neuroscience 8:430 doi:10.3389/fncel.2014.00430

Cenacchi T. Bertoldin T, Farina C. Cognitive decline in the elderly: A double-blind, placebo-controlled multicenter study on efficacy of phosphatidylserine administration. Aging (Milano) 1993;5:123-33

Crook TH. Treatment of Age-Related Cognitive Decline: Effects of Phosphatidylserine, in Anti-Aging Medical Therapeutics, Vol II, edited by R.M. Klatz, Health Quest Publications, Chicago, 1998, 20-29

D'Esposito M, Postle BR (2015) The cognitive neuroscience of working memory Annual review of psychology 66:115-142 doi:10.1146/annurev-psych-010814-015031

Eberhardt KA, Irintchev A, Al-Majed AA, Simova O, Brushart TM, Gordon T, Schachner M

(2006) BDNF/TrkB signaling regulates HNK-1 carbohydrate expression in regenerating motor nerves and promotes functional recovery after peripheral nerve repair. Experimental Neurology 198:500-510 doi:10.1016/j.expneurol.2005.12.018)

Giese M, Unternaehrer E, Brand S, Calabrese P, Holsboer-Trachsler E, Eckert A (2013) The interplay of stress and sleep impacts BDNF level PloS one 8:e76050 doi:10.1371/journal.pone.0076050

Glade MJ, Smith K (2015) Phosphatidylserine and the human brain Nutrition (Burbank, Los Angeles County, Calif) 31:781-786 doi:10.1016/j.nut.2014.10.014

Gordon T (2009) The role of neurotrophic factors in nerve regeneration. Neurosurgical Focus 26:E3 doi:10.3171/foc.2009.26.2.E3

Grande I, Fries GR, Kunz M, Kapczinski F (2010) The role of BDNF as a mediator of neuroplasticity in bipolar disorder Psychiatry investigation 7:243-250 doi:10.4306/pi.2010.7.4.243

Hancock S, McNaughton L. Effects of fatigue on ability to process visual information by experienced orienteers. Perceptual and Motor Skills. 1986;62:491-98

Henry RA, Hughes SM, Connor B. AAV-mediated delivery of BDNF augments neurogenesis in the normal and quinolinic acid-lesioned adult rat brain. Eur J Neurosci. 2007;25:3513-25

Hinton KE et al, (2018) Right Fronto-Subcortical White Matter Microstructure Predicts Cognitive Control Ability on the Go/No-go Task in a Community Sample Frontiers in human neuroscience 12:127 doi:10.3389/fnhum.2018.00127

Jaeggi SM, Buschkuehl M, Jonides J, Perrig WJ. Improving fluid intelligence with training on working memory. Proc Natl Acad Sci U S A. 2008;105:6829-33

152533646.1
153300572.1

Janke KL, Cominski TP, Kuzhikandathil EV, Servatius RJ, Pang KC (2015) Investigating the Role of Hippocampal BDNF in Anxiety Vulnerability Using Classical Eyeblink Conditioning. Frontiers in Psychiatry 6:106 doi:10.3389/fpsyt.2015.00106

Jeon YK, Ha CH (2017) The effect of exercise intensity on brain derived neurotrophic factor and memory in adolescents. Environmental Health and Preventive Medicine 22:27 doi:10.1186/s12199-017-0643-6

Kato-Kataoka A, Sakai M, Ebina R, Nonaka C, Asano T, Miyamori T (2010) Soybean-derived phosphatidylserine improves memory function of the elderly Japanese subjects with memory complaints J Clin Biochem Nutr 47:246-255 doi:10.3164/jcbn.10-62

Kidd PM. Phosphatidylserine; Membrane nutrient for memory. A clinical and mechanistic assessment. Alternative Medicine Reviews. 1996;1:70-84

Kowianski P, Lietzau G, Czuba E, Waskow M, Steliga A, Morys J (2018) BDNF: A Key Factor with Multipotent Impact on Brain Signaling and Synaptic Plasticity. Cellular and Molecular Neurobiology 38:579-593 doi:10.1007/s10571-017-0510-4

Loprinzi PD, Frith E (2019) A brief primer on the mediational role of BDNF in the exercise-memory link. Clinical Physiology and Functional Imaging 39:9-14 doi:10.1111/cpf.12522

Meule A (2017) Reporting and Interpreting Working Memory Performance in n-back Tasks. Frontiers in Psychology 8:352 doi:10.3389/fpsyg.2017.00352

Miller KM, Price CC, Okun MS, Montijo H, Bowers D (2009) Is the n-back task a valid neuropsychological measure for assessing working memory? Archives of Clinical Neuropsychology: the official journal of the National Academy of Neuropsychologists 24:711-717 doi:10.1093/arclin/acp063

Mitchelmore C, Gede L (2014) Brain Derived Neurotrophic Factor: epigenetic regulation in

psychiatric disorders. Brain Research 1586:162-172 doi:10.1016/j.brainres.2014.06.037

Mozzi R, Buratta S, Goracci G (2003) Metabolism and functions of phosphatidylserine in mammalian brain. Neurochemical Research 28:195-214

Murman DL (2015) The Impact of Age on Cognition. Seminars in Hearing 36:111-121 doi:10.1055/s-0035-1555115

Nee DE, D'Esposito M (2018) The Representational Basis of Working Memory. Current Topics in Behavioral Neurosciences 37:213-230 doi:10.1007/7854_2016_456

Ng TKS, Ho CSH, Tam WWS, Kua EH, Ho RC (2019) Decreased Serum Brain-Derived Neurotrophic Factor (BDNF) Levels in Patients with Alzheimer's Disease (AD): A Systematic Review and Meta-Analysis. International Journal of Molecular Sciences 20 doi:10.3390/ijms20020257

Numakawa T, Odaka H, Adachi N. Actions of brain-derived neurotrophic factor and glucocorticoid stress in neurogenesis. Int J Mol Sci. 2017;18:2312

Peatfield N, Caulfield J, Parkinson J, Intriligator J (2015) Brands and Inhibition: A Go/No-Go Task Reveals the Power of Brand Influence. PloS One 10:e0141787 doi:10.1371/journal.pone.0141787

Pillai A (2008) Brain-derived neurotropic factor/TrkB signaling in the pathogenesis and novel pharmacotherapy of schizophrenia. Neuro-Signals 16:183-193 doi:10.1159/000111562

Reed RA, Siobhan ES, Saunders C, O'Connor PJ (2018) Low and Moderate Doses of a Caffeine-Free Polyphenol-Rich Coffeeberry Extract Improve Feelings of Alertness and Fatigue Resulting from the Performance of Fatiguing Cognitive Tasks. Journal of Cognitive Enhancement:1-14

Reyes-Izquierdo T, Argumedo R, Shu C, Nemzer B, Pietrzkowski Z (2013a) Stimulatory Effect of Whole Coffee Fruit Concentrate Powder on Plasma Levels of Total and Exosomal Brain-Derived Neurotrophic Factor in Healthy Subjects: An Acute Within-Subject Clinical Study. Food and Nutrition Sciences 4:984-990

Reyes-Izquierdo T, Nemzer B, Shu C, Huynh L, Argumedo R, Keller R, Pietrzkowski Z (2013b) Modulatory effect of coffee fruit extract on plasma levels of brain-derived neurotrophic factor in healthy subjects. The British Journal of Nutrition 110:420-425 doi:10.1017/s0007114512005338

Robinson J., Hunter J, Reyes-Izquierdo T, et al, (2019) Cognitive short- and long-term effects of coffee cherry extract in older adults with mild cognitive decline. Aging, Neuropsychology, and Cognition 12;1-17. doi: 10.1080/13825585.2019.1702622

Schmitt K, Holsboer-Trachsler E, Eckert A (2016) BDNF in sleep, insomnia, and sleep deprivation. Annals of Medicine 48:42-51 doi:10.3109/07853890.2015.1131327

Sievertsen HH, Gino F, Piovesan M. Cognitive fatigue influences students' performance on standardized tests. Proc Netl Acad Sci U S A. 2016;113:2621-4

Simmonds DJ, Pekar JJ, Mostofsky SH (2008) Meta-analysis of Go/No-go tasks demonstrating that fMRI activation associated with response inhibition is task-dependent. Neuropsychologia 46:224-232 doi:10.1016/j.neuropsychologia.2007.07.015

Sleiman SF et al, (2016) Exercise promotes the expression of brain derived neurotrophic factor (BDNF) through the action of the ketone body beta-hydroxybutyrate, Elife 5 doi:10.7554/eLife.15092

Small GW. What we need to know about age related memory loss. British Medical Journal 2002;324:1502-1505

Villardita C, et al, Multicentre clinical trial of brain phosphatidylserine in elderly patients with intellectual deterioration. Clin Trials J. 1987;24:84-93

Von Bernhardi R, Bernhardi LE, Eugenin J. What Is neural plasticity? Adv Exp Med Biol. 2017;1015:1-15

Yamada K, Mizuno M, Nabeshima T (2002) Role for brain-derived neurotrophic factor in learning and memory. Life Sciences 70:735-744

Yamada K, Nabeshima T (2003) Brain-derived neurotrophic factor/TrkB signaling in memory processes. Journal of Pharmacological Sciences 91:267-270

Yong T, Zhang Q, Mi M, al. e (2011) Research on human memory enhancement by phosphatidylserine fortified milk. Chongqing Medicine 40:3022-3023