# EXHIBIT B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| DAVID WILLIAMS, CAROLL ANGLADE, THOMAS MATTHEWS, MARITZA ANGELES, and HOWARD CLARK, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | CASE NO. 1:20-cv-23564-MGC<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT, ESQ. OF ANGEION GROUP REGARDING THE SUPPLEMENTAL NOTICE PROGRAM** |

I, Steven Weisbrot, Esq., declare under penalty of perjury as follows:

1. I am the President and Chief Innovation Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2. My credentials were previously reported in my Declaration filed with *Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement and Certification of the Settlement Class* (Dkt. No. 52-3).

3. In my previous Declaration, I described in detail the proposed Notice Program, which included a combination of social media, paid search, and programmatic display advertising. In addition to these methods, the Notice Program in this matter also provided for the creation of a dedicated website as well as toll-free telephone support to further inform Settlement Class Members of their rights and options under the Settlement.

4.  The purpose of this Supplemental Declaration is to provide the Court with additional information regarding the notice measures that will be implemented in this matter to supplement the Notice Program. The additional notice measures described in this Declaration were based on (1) the independent analysis of the data collected in this case concerning the Notice Program thus far that was performed by my team and I, (2) an assessment of what form of supplemental notice would be mostly likely to stimulate additional claims, and (3) mine and my team's expertise and experience in designing and implementing notice programs for class actions, including supplemental notice programs like the one described herein.

5.  It is important to note that the notice efforts described herein are in addition to (not in lieu of) the notice efforts described in my previous Declaration and are designed to use the modes of advertising which proved to be most impactful during the initial Notice Program. The Supplemental Notice program described here is being undertaken voluntarily and is not otherwise required by the Settlement agreed to between the Parties or the existing Notice Plan that is a component of that Settlement.

## ADDITIONAL SOCIAL MEDIA NOTICE

6.  In addition to the notice efforts described in my previous Declaration, we will now implement a Supplemental Notice program consisting of a second social media campaign to provide additional notice to Settlement Class Members.

7.  As described in my initial Declaration, the existing Notice Program consisted of multiple forms of Notice: (1) media notice; (2) social media notice; and (3) a paid search campaign. *See* Dkt. No. 52-3 at 7-11. To determine the form of supplemental notice most likely to be effective, we analyzed the data already collected from the existing Notice Program as to each of these forms of notice to design a Supplemental Notice that we believe would lead to increased claims. In reviewing the data already collected, my team and I considered specifically those forms or notice in the existing Notice Plan that had generated to a high conversion rate, with the goal of designing the Supplemental Notice that would be likely to increase the claims filing rate by using targeted notice that capitalized on our assessment of that data.

8.  Following a review of the notice data from the original notice campaign, it was determined social media advertising, especially advertising on Facebook and displayed on a desktop rather than a mobile device, was the most effective form of notice in creating conversions i.e. causing class members to file claims. So, we designed the Supplemental Notice plan to focus primarily on serving Facebook ads on desktops, i.e., deploying the supplemental notice in the setting most likely to generate additional claims.

## REDESIGN OF ADVERTISEMENT

9.  The Supplemental Notice includes additional measures to further increase the likelihood of generating additional claims. In implementation of notice plans there is a phenomenon known as viewer fatigue, sometimes called "banner blindness." Viewer fatigue or banner blindness suggests that if a particular format of banner advertisement is seen initially and not acted upon or ignored, it is more likely that an identically-presented banner advertisement will be similarly ignored on repeat viewings. I am aware of this phenomenon through my experience in designing and implementing notice programs.

10. So, the Supplemental Notice plan contains an additional element intended to mitigate the effects of banner blindness and to garner the attention of Settlement Class Members who saw but did not necessarily act upon the prior Notice. Angeion will redesign the Facebook ads, focusing on new attention-grabbing visuals and advertising copy. A copy of the re-designed advertisement is attached to this Declaration as Exhibit A.

11. We believe that a simple redesign of the ad, coupled with the purchase of additional display Facebook placements will increase the number of claims.

12. The Supplemental Notice plan calls for these re-designed advertisements to be deployed such that they will deliver an estimated 1.1 million additional paid media impressions in the channel that the existing Notice Plan data suggests is likely to have the highest conversion rate. Again, these are in addition to the impressions already implemented via the initial Notice Plan.

13. The Supplemental Notice plan will be implemented throughout the remainder of the claims period, which runs through October 1, 2021, based on the currently scheduled August 17, 2021, date of the Final Approval Hearing (i.e. 45 days after Final Approval).

## CONCLUSION

14. In my professional opinion, the Notice Program has already provided full and proper notice to Settlement Class Members. The Supplemental Notice program described above is being implemented by Angeion at the request of the Parties to increase claims filing rates by coupling a strategic redesign of the Facebook ads, and utilizing the highest converting media formats from the initial program. I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2021

STEVEN WEISBROT, ESQ.

# Exhibit A

