# EXHIBIT A



---

## Williams v. Reckitt Benckiser

---

**Melissa C. Pallett-Vasquez** <mpallett@bilzin.com>                                   Fri, Jul 23, 2021 at 6:00 PM
To: Lori Lustrin <llustrin@bilzin.com>
Cc: Laura Smith <lsmith@truthinadvertising.org>, "DBiderman@perkinscoie.com" <DBiderman@perkinscoie.com>,
"jonathan@gregcolemanlaw.com" <jonathan@gregcolemanlaw.com>, "martha@whitfieldbryson.com"
<martha@whitfieldbryson.com>, "mschultz@levinlaw.com" <mschultz@levinlaw.com>, "nicksuciu@bmslawyers.com"
<nicksuciu@bmslawyers.com>, "jshub@shublawyers.com" <jshub@shublawyers.com>, "ltfisher@bursor.com"
<ltfisher@bursor.com>, "Sipos, Charles (Perkins Coie)" <CSipos@perkinscoie.com>, "Akinaka, Carrie (Perkins Coie)"
<CAkinaka@perkinscoie.com>

Laura:

Thank you for your email.   We are able to consent to your request provided you are able to reciprocally consent to a
filing by Defendants in response (should Defendants choose to do so).  Please let us know.


Have a nice weekend,
Melissa


Sent from my iPhone

> On Jul 22, 2021, at 4:48 PM, Lori Lustrin <llustrin@bilzin.com> wrote:


> Laura, Thanks for your email.  I am looping in my colleagues Melissa Pallett-Vasquez, Charles Sipos, and
> Carrie Akinaka.

---

<image001.jpg>

|                                                    | Tel 305.350.2385     |
| Lori Lustrin                                       | Cell 954.649.3451    |
| Partner                                            |                      |
| **Bilzin Sumberg Baena Price & Axelrod LLP**       | Direct Fax 305.351.2208 |
| 1450 Brickell Avenue, 23rd Floor                   |                      |
| Miami, Florida 33131                               |                      |
| www.bilzin.com                                     | llustrin@bilzin.com  |

---

**From:** Laura Smith <lsmith@truthinadvertising.org>
**Sent:** Thursday, July 22, 2021 11:03 AM
**To:** Lori Lustrin <llustrin@bilzin.com>; dbiderman@perkinscoie.com;
jonathan@gregcolemanlaw.com; martha@whitfieldbryson.com; mschultz@levinlaw.com;

nicksuciu@bmslawyers.com; jshub@shublawyers.com; ltfisher@bursor.com

**Subject:** Williams v. Reckitt Benckiser

All,

In connection with the settlement agreement reached in the Williams v. Reckitt Benckiser case, we intend to file a motion for leave to file an amicus brief to assist the Court in understanding some of the issues presented by the proposed settlement, as we do from time to time in cases that pertain to deceptive marketing.  We are <u>not</u> filing a motion to intervene as a party objector.

May we have your consent to our filing the motion and brief? If you wish to discuss further, please let me know.

Thank you.

Laura Smith

Legal Director

203-421-6210 | lsmith@truthinadvertising.org

truthinadvertising.org | @TruthinAd | facebook.com/truthinad

<~WRD308.jpg>

[Quoted text hidden]

**2 attachments**

**~WRD308.jpg**
1K

 **image001.jpg**
3K