**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 20-cv-23564-MGC

|   |   |
|---|---|
| DAVID WILLIAMS, et al., | : |
| Plaintiffs, | : |
| vs. | : |
| RECKITT BENCKISER LLC, et al., | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL**

Truth in Advertising, Inc. ("TINA.org") gives notice of withdrawing its Opposition to Motion to Strike (D.E. 87), and Supplemental Brief (D.E. 88). The wrong exhibits were attached to those submissions. TINA.org will file the corrected motion and the brief.

Dated: August 13, 2021                    Respectfully,

By: */s/ Jon Polenberg*
Jon Polenberg, Esq.
Florida Bar No.: 653306
Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 987-7550
jpolenberg@beckerlawyers.com

Laura Smith, Legal Director
(District of Conn. Bar No. ct28002, not admitted in Florida)
Truth in Advertising, Inc.
115 Samson Rock Drive, Suite 2
Madison, CT 06443
Telephone: (203) 421-6210
lsmith@truthinadvertising.org

## CERTIFICATE OF SERVICE

I certify on August 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to all parties registered to receive electronic notices via the Court's CM/ECF System.

*/s/ Jon Polenberg*
Jon Polenberg
