**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 20-cv-23564-MGC

| | |
|---|---|
| DAVID WILLIAMS, et al., | : |
| Plaintiffs, | : |
| vs. | : |
| RECKITT BENCKISER LLC, et al., | : |
| Defendants. | : |

**OPPOSITION TO MOTION TO STRIKE**

Truth in Advertising, Inc. ("TINA.org") respectfully opposes defendants' Motion to Strike (D.E. 86). On July 23, 2021, defendants provided their consent to TINA.org filing a motion for leave to file an amicus curiae brief in this case, as well as the accompanying brief. *See* July 23, 2021 email from M. Pallett-Vasquez to L. Smith (attached hereto as Exhibit A). For this reason, as well as those stated in TINA.org's July 26, 2021 Motion for Leave, TINA.org urges this Court to deny defendants' Motion to Strike TINA.org's amicus curiae brief opposing the terms of the proposed settlement.

Dated: August 13, 2021       Respectfully,

By: */s/ Jon Polenberg*
Jon Polenberg, Esq.
Florida Bar No.: 653306
Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 987-7550
jpolenberg@beckerlawyers.com

Laura Smith, Legal Director
(District of Conn. Bar No. ct28002, not admitted in Florida)
Truth in Advertising, Inc.
115 Samson Rock Drive, Suite 2
Madison, CT 06443
Telephone: (203) 421-6210
lsmith@truthinadvertising.org

Attorneys for Truth in Advertising, Inc.

## CERTIFICATE OF SERVICE

I certify on August 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to all parties registered to receive electronic notices via the Court's CM/ECF System.

*/s/ Jon Polenberg*
Jon Polenberg