UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-23564-MGC

DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

RECKITT BENCKISER LLC and RB HEALTH (US) LLC,

    Defendants.

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE**

    Truth in Advertising, Inc. ("TINA.org") opposes Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("RB Health")'s Motion to Strike on the grounds that "defendants provided their consent to TINA.org filing a motion for leave to file an amicus curiae brief in this case, as well as the accompanying brief." RB Health files this Reply to correct the record to accurate reflect RB Health's position and provide the Court with the complete exchange between the parties.[1]

    RB Health consented to TINA's request to file an amicus brief "**provided [TINA] are able to reciprocally consent to a filing by Defendants in response** (should Defendants choose to do so)." TINA responded "**Yes, of course - we consent to you filing a response**." Exhibit A (July 23, 2021 email chain between M. Pallett-Vasquez and L. Smith) (emphasis added).

---

[1] In any event, parties cannot consent to subject matter jurisdiction where it is improper. As stated in RB Health's Motion to Strike, TINA lacks Article III standing and any agreement between the parties cannot circumvent that requirement. *See Belleri v. United States*, 712 F.3d 543, 547 (11th Cir. 2013) ("Under the law of this circuit, [] parties cannot waive subject matter jurisdiction, and we may consider subject matter jurisdiction claims at any time during litigation.") (citing and quoting *Scarfo v. Ginsberg*, 175 F.3d 957, 960 (11th Cir.1999)).

Dated: August 13, 2021                                  Respectfully Submitted,

                                                    */s/ Lori P. Lustrin*
Melissa C. Pallett-Vasquez, Esq.
Florida Bar No.: 715816
Lori P. Lustrin, Esq.
Florida Bar. No.: 59228
**BILZIN SUMBERG BAENA PRICE**
 **& AXELROD LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: mpallett@bilzin.com
Email: llustrin@bilzin.com

*/s/ David T. Biderman*
David T. Biderman, *Pro Hac Vice*
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
Email: DBiderman@perkinscoie.com

Charles C. Sipos, *Pro Hac Vice*
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-3983
Facsimile: (206) 359-4983
Email: CSipos@perkinscoie.com

*Counsel for Defendants*
*Reckitt Benckiser LLC and RB Health (US) LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                   */s/ Lori P. Lustrin*
                                                   Lori P. Lustrin