# EXHIBIT A

**From:** Laura Smith <lsmith@truthinadvertising.org>
**Date:** July 23, 2021 at 6:16:48 PM EDT
**To:** "Melissa C. Pallett-Vasquez" <mpallett@bilzin.com>
**Cc:** Lori Lustrin <llustrin@bilzin.com>, DBiderman@perkinscoie.com, jonathan@gregcolemanlaw.com, martha@whitfieldbryson.com, mschultz@levinlaw.com, nicksuciu@bmslawyers.com, jshub@shublawyers.com, ltfisher@bursor.com, "Sipos, Charles (Perkins Coie)" <CSipos@perkinscoie.com>, "Akinaka, Carrie (Perkins Coie)" <CAkinaka@perkinscoie.com>
**Subject: Re: Williams v. Reckitt Benckiser**

Thank you, Melissa. Yes, of course - we consent to you filing a response.

On Fri, Jul 23, 2021 at 6:00 PM Melissa C. Pallett-Vasquez <mpallett@bilzin.com> wrote:
> Laura:
>
> Thank you for your email. We are able to consent to your request provided you are able to reciprocally consent to a filing by Defendants in response (should Defendants choose to do so). Please let us know.
>
> Have a nice weekend,
> Melissa
>
> Sent from my iPhone
>
>> On Jul 22, 2021, at 4:48 PM, Lori Lustrin <llustrin@bilzin.com> wrote:
>>
>> Laura, Thanks for your email. I am looping in my colleagues Melissa Pallett-Vasquez, Charles Sipos, and Carrie Akinaka.

Lori Lustrin
Partner
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
www.bilzin.com

Tel 305.350.2385
Cell 954.649.3451
Direct Fax 305.351.2208
llustrin@bilzin.com

**From:** Laura Smith <lsmith@truthinadvertising.org>
**Sent:** Thursday, July 22, 2021 11:03 AM
**To:** Lori Lustrin <llustrin@bilzin.com>; dbiderman@perkinscoie.com; jonathan@gregcolemanlaw.com; martha@whitfieldbryson.com; mschultz@levinlaw.com; nicksuciu@bmslawyers.com; jshub@shublawyers.com; ltfisher@bursor.com
**Subject:** Williams v. Reckitt Benckiser

All,

In connection with the settlement agreement reached in the Williams v. Reckitt Benckiser case, we intend to file a motion for leave to file an amicus brief to assist the Court in understanding some of the issues presented by the proposed settlement, as we do from time to time in cases that pertain to deceptive marketing. We are not filing a motion to intervene as a party objector.

May we have your consent to our filing the motion and brief? If you wish to discuss further, please let me know.

Thank you.

Laura Smith

Legal Director

203-421-6210 | lsmith@truthinadvertising.org

truthinadvertising.org | @TruthinAd | facebook.com/truthinad

2

> <~WRD308.jpg>

**CAUTION:** Please be aware of the increase in cybercrime and fraud. Bilzin Sumberg personnel will not ordinarily provide wire transfer or other payment instructions by email relating to the payment of Bilzin Sumberg invoices or advance fee deposits. Although payment instructions may be provided by email in connection with client matters such as closings, please contact us to obtain verbal verification prior to initiating any payments.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.