UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| DAVID WILLIAMS, CAROLL ANGLADE, THOMAS MATTHEWS, MARITZA ANGELES, and HOWARD CLARK, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | CASE NO. 1:20-cv-23564-MGC |

## NOTICE OF FILING

Pursuant to the Court's July 27, 2021 Order, Plaintiffs give notice of the filing of the Supplemental Declaration of Daniel K. Bryson in Support of Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Expenses, and Service Awards.

| | |
|---|---|
| Dated: August 13, 2021 | Respectfully submitted,<br><br>/s/ *Jonathan B. Cohen*<br>Jonathan B. Cohen (Fla. Bar No. 27620)<br>Rachel Soffin (Fla. Bar No. 18054)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>First Tennessee Plaza<br>800 S. Gay Street, Suite 1100<br>Knoxville, TN 37929<br>Telephone: (865) 247-0080<br>Facsimile: (865) 522-0049<br>jcohen@milberg.com<br>rsoffin@milberg.com<br><br>Daniel K. Bryson*<br>Martha A. Geer*<br>Patrick M. Wallace* |

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: 919-600-5035
dbryson@milberg.com
mgeer@milberg.com
pwallace@milberg.com

Matthew D. Schultz (Fla. Bar No. 640326)
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, PA**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140
mschultz@levinlaw.com

Jonathan Shub*
**SHUB LAW FIRM LLC**
134 Kings Highway East, Second Floor
Haddonfield, NJ 08033
Telephone: 856-772-7200
jshub@shublawyers.com

Nick Suciu*
**BARBAT, MANSOUR, & SUCIU PLLC**
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Telephone:(313) 303-3472
nicksuciu@bmslawyers.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2021, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

/s/ *Jonathan B. Cohen*

Jonathan B. Cohen