# EXHIBIT 1

**Living Essentials—Chaser.**

National Advertising Division. NAD Case Reports No. 4365. Closed July 8, 2005.

**Back reference:** |[nlcite]¶3020|[nl/cite].

### [NAD Headnote]

When reviewing advertising that impacts the health of consumers, NAD strives to ensure that advertising claims do not overstate the scientific findings or exaggerate the product performance benefits.

### [Summary]

**Industry Self-Regulation—Performance—Dietary Supplement—Hangover Prevention.**—A dietary supplement marketer established a reasonable basis for claiming that its Chaser product could help prevent hangovers and hangover symptoms and that Chaser was "America's #1 Hangover Prevention," the National Advertising Division determined. The advertiser voluntarily undertook to make the following modifications in its advertising:

- Eliminating the claim "No headache, no nausea, no regrets."

- Changing the claim "clinically proven" to "clinically *tested*" (emphasis added)

- Changing the claim "Chaser has been tested and *proven* effective for 17 common symptoms" to "Chaser has been tested and *shown* effective for 17 common symptoms." (emphasis added).

- Eliminating the claim "you can completely counteract the negative effects of alcohol abuse."

NAD appreciated the modifications made by the advertiser to its performance claims and determined that these changes were necessary and appropriate to avoid communicating an advertising message that overstated the scientific findings or exaggerated the performance benefits of the product. NAD also determined that the advertiser provided reasonable basis for claiming the product was "safe" but, to avoid the potential dissemination of an unsafe message, recommended that the cautionary disclosure that appeared on the website and product packaging (i.e., "Please drink responsibly. Never drink and drive" and "Chaser does not prevent intoxication.") also be clearly and conspicuously disclosed in other advertising for the product that made safety claims for Chaser, including radio and television advertising.

The advertiser stated that it accepted NAD's decision and agreed to add the cautionary disclosures to its television and radio advertising.

*Full text of the decision is available in NAD/CARU Case Reports, Vol. 35, No. 7, August 2005. For further information, contact the National Advertising Division, 70 West 36th Street, 13th Floor, New York, New York 10018; http: www.nadreview.org.*

*Abstracts drafted by Commerce Clearing House, Inc. (CCH)*
*For information about CCH please visit, http://www.cch.com*

*Case #4365 (07/08/05)*
**LIVING ESSENTIALS**
**Chaser**
*Advertising Agency:*   Undisclosed
*Challenger:*   National Advertising Division

- **When reviewing advertising that impacts the health of consumers, NAD strives to ensure that advertising claims do not overstate the scientific findings or exaggerate the product performance benefits.**

**Basis of Inquiry:** Television, print and website advertising claims made by Living Essentials for Chaser, a dietary supplement and hangover prevention product were reviewed by NAD in the course of its ongoing monitoring program. NAD requested substantiation for the following health-related performance claims:

- "America's #1 Hangover Prevention."

- "Clinical Studies show it takes just two Chaser caplets to help prevent one. No headache, no nausea, no regrets."

- "Chaser pills are the all natural, clinically tested method of hangover treatment before they happen."

- "Today there's Chaser, the first hangover prevention product clinically proven safe and effective."

- "It stops hangovers from happening in the first place."

- "Chaser has been tested and proven effective for 17 common symptoms"

- "Our natural ingredients help prevent hangovers by attracting and absorbing congeners using activated calcium carbonate and charcoal. You can completely counteract the negative effects of alcohol abuse."

**Advertiser's Position:**

*America's #1 Hangover Prevention*

As support for its claim "America's #1 Hangover Prevention", Living Essentials provided sales data from Information Resources, Inc., ("IRI") indicating that Chaser is the leading hangover prevention product sold in drug stores. Additionally, the advertiser submitted a recent USA Today article describing Chaser as the category leader among hangover prevention products.

*Performance Claims*

In response to NAD's inquiry regarding product performance claims, Living Essentials explained that it conducted a review of its advertising and discovered that an outside marketing firm had

**LIVING ESSENTIALS**
**Chaser**
Page: 2

modified its website to include certain unapproved claims. The unapproved claims were removed within 24 hours and the website was modified to include the following claims:

- "America's #1 Hangover Prevention."

- "Clinical Studies show it takes just two Chaser caplets to help prevent one."

- "Chaser pills are the all natural, clinically tested method of hangover treatment before they happen."

- "Today there's Chaser, the first hangover prevention product clinically tested safe and effective."

- "It helps prevent hangovers from happening in the first place."

- "Chaser has been tested and shown effective for 17 common symptoms"

- "Our natural ingredients help prevent hangovers by attracting and absorbing congeners using activated calcium carbonate and charcoal."

The advertiser also explained that it marketed its Chaser product in radio and television advertising. Below is an example of the copy for one of the radio advertisements for Chaser:

> "Hey, guess what. You don't have to get hammered to get a hangover. For a lot of us it takes just two or three drinks. Think about that next time you order wine with dinner. Now think about this. Taking two Chaser caplets will help you avoid hangovers, so you can have your drink and enjoy your morning too. That's because Chaser absorbs harmful elements. SO before you reach for that beer, reach for the Chaser. You may never drink without it again."

Living Essentials explained that Chaser's ingredients, Calcium Carbonate and Activated Charcoal (derived from burnt peat or cellulose), are of natural origin. Calcium Carbonate, the advertiser explained, is an ingredient used for over-indulgence in food and drink. Activated Charcoal possesses adsorptive properties and is commonly used in water filtration and alcohol filtration to remove congeners, a known cause of alcohol symptoms.

The advertiser commissioned two clinical trials to evaluate the product. The first trial was a small pilot study conducted at the University of Chicago, Department of Psychiatry by Harriet deWit. The study was an IRB-approved[1] randomized, double-blinded, placebo-controlled, cross-over clinical trial. The purpose of the study was to examine the effects of a mixture of charcoal and calcium carbonate on alcohol absorption, subjective feelings, and psychomotor performance

---

[1] Institutional Review Board. According to FDA regulation, an IRB, is an appropriately constituted group that has been formally designated to review and monitor biomedical research involving human subjects. http://www.fda.gov/oc/ohrt/irbs/faqs.html

LIVING ESSENTIALS
Chaser
Page: 3

during and after alcohol consumption. The study had a secondary purpose of assessing the effects of charcoal and calcium carbonate on managing the symptoms of alcohol induced hangovers. The secondary endpoint, argued Living Essentials, demonstrated a statistical trend demonstrating the product to be helpful in reducing hangovers and symptoms associated with hangovers.

Living Essentials contracted for a comprehensive study of the product and second trial that was conducted by Marshall-Blum LLC. This second trial was an IRB approved, randomized, double blinded, placebo-controlled, cross-over clinical trial. The report of the trial and relevant data was submitted to NAD in confidence pursuant to Section 2.4(D) of NAD Procedures. Test subjects participated in a series of drinking episodes (between four and 12 drinks). They received doses of either Chaser or placebo and, after each episode, researchers measured the subjects' hangover symptoms. The results, according to the advertiser, showed statistically significant improvement in the preventing or reducing 17 common hangover symptoms including headache and nausea, red eyes, gastrointestinal upsets, dizziness and lack of concentration.

As further support, the advertiser provided scientific references and articles demonstrating that Chaser's ingredient's, calcium carbonate and activated charcoal have a long history of safe use and have demonstrated benefits for reducing the potential adverse effects of alcohol intake.[2] Living Essentials also noted that Bottom Line, a Chicago-based TV news magazine, scrutinized Chaser and concluded that the product works. The advertiser also shared examples of positive feedback from consumers about the product.

Lastly, Living Essentials maintained that the product is marketed responsibly. It is not marketed to college students and all advertising includes the cautionary language "Please drink responsibly. Never drink and drive." Additionally, the product packaging and certain point-of-purchase displays include the following advisory language:

> *Chaser does not prevent intoxication.*
>
> *Please drink responsibly. Never drink and drive.*
>
> *Not intended for use by minors.*
>
> *Not intended to treat or prevent the consequences of excessive alcohol consumption.*

**DECISION:**

For as long as individuals have indulged in the consumption of alcohol they have sought out remedies for eliminating or mitigating its deleterious effects on the body. Symptoms of hangovers include fatigue, headache, dizziness, nausea and other unpleasant physical and mental conditions. According to a report by the National Institute of Alcohol Abuse and Alcoholism,

---

[2] For example: Hulten, Does Alcohol Absorb to Activated Charcoal<, *Human Toxicol* (1985), 5, 211-212; Nuotto, Evaluation of a New Computerized Psychomotor Test Battery: Effects of Alcohol, *Pharmacology & Toxicology,* 1991, 68, 360-365.

**LIVING ESSENTIALS**
**Chaser**
**Page: 4**

productivity losses attributed to alcohol in the U.S. were recently estimated at $119 billion in one year. A promise of hangover prevention or relief is a controversial claim, first because such claims are required to be supported by competent and reliable scientific evidence. But moreover, the product and its claims impact the public health. A product that promises to help prevent hangovers may be attractive to those who indulge in alcohol, however, responsible advertisers must also consider the potential harm should such claims suggest to consumers that they may use (or abuse) alcohol without the usual consequences.[3] With these considerations in mind, NAD reviewed the advertising for Chaser as part of its ongoing routine monitoring program.

*America's #1 Hangover Prevention*

NAD first reviewed the claim that Chaser is "America's #1 Hangover Prevention." Momentarily putting aside the issue of performance (i.e., whether Chaser prevents hangovers), NAD considered the impact of the "#1" designation. Language that refers to a product as "#1" typically signals to consumers that the product is a leader, in sales or other measurable criteria.[4] As support for the claim, Living Essentials produced market data and recent news reports identifying Chaser as the market leader in the category of hangover prevention products. NAD concluded that, based on this evidence, Living Essentials provided a reasonable basis for the #1 designation in its advertising claims.

*Performance Claims*

Advertising claims that state a product can prevent hangovers or relieve hangover symptoms are claims that directly relate to the health of consumers and, as such they should be supported competent and reliable scientific evidence.[5] "Competent and reliable scientific evidence" is defined by the Federal Trade Commission ("FTC") as:

> "tests, analyses, research, studies, or other evidence based on the expertise of professionals in the relevant area, that have been conducted and evaluated in an objective manner by persons qualified to do so, using procedures generally accepted in the profession to yield accurate and reliable results."[6]

As support for its claims regarding the efficacy of its product, the advertiser submitted published studies and articles relating to the applicability and general efficacy of Calcium Carbonate and Activated Charcoal in relieving symptoms of alcohol overindulgence. Activated Charcoal, in particular, has been identified as a substance with adsorptive properties that absorbs toxins and congeners, chemical impurities that are believed by scientists to cause certain hangover symptoms.[7] Moreover, the advertiser provided the results of two double-blind clinical trials.

---

[3] See e.g., A.D. Pharma, Inc., (Notox), Case #4163 *NAD Case Reports* (March 2004).
[4] Lesaffre Yeast Corporation , Case Report #4076 *NAD Case Reports* (July 2003).
[5] Cannon Avent Group PLC, NAD Case Report #3552, *NAD Case Reports* (June 1999); *Thane International, Inc.,* Case Report #4129, *NAD Case Reports* (December 2003)
[6] *Dietary Supplements: An Advertising Guide for Industry*, Federal Trade Commission, at 10 http://www.ftc.gov/bcp/conline/pubs/buspubs/dietsupp.htm.
[7] In 1991, the U.S. Food and Drug Administration ("FDA") tentatively determined that the

LIVING ESSENTIALS
**Chaser**
Page: 5

The first was a controlled pilot study suggesting that activated charcoal and calcium carbonate can reduce hangovers and symptoms related to hangovers. The second was an IRB-approved randomized, double-blinded, placebo-controlled, cross-over clinical trial which demonstrated that Chaser was effective in preventing or reducing 17 symptoms associated with hangovers. NAD determined that the scientific data submitted by the advertiser established a reasonable basis for the general efficacy of Chaser as a product which can help prevent or reduce hangovers and symptoms of hangovers.

When reviewing claims that impact the health of consumers, NAD strives to ensure that advertising claims do not overstate the scientific findings or exaggerate the product's performance benefits.[8] NAD was particularly concerned that the claims be narrowly drawn and carefully reflective of the underlying scientific because of three considerations. First, the clinical findings, although both significant and promising, represent "emerging science" rather than a finding upon which there is consensus or significant scientific agreement.[9] Second, hangovers remain the subject of speculation and scientific debate. There are many variables that can impact the onset of a hangover and the severity of the symptoms, including the type and amount of alcohol intake, the kind of food that was eaten, and a host of variations and biological differences between individual drinkers. Because of these variables, NAD was unable to conclude that *all* performance claims for Chaser (including establishment claims) could be substantiated when the record includes only a single clinical trial in which the actual product was tested.[10] Scientists agree that the only surefire way of preventing hangovers is by avoiding alcohol. The only guaranteed cure of hangover symptoms is time. Finally, in appropriateness of the "fit" between the advertising claim and the supporting evidence, NAD considers the harm to consumers if a claim is overstated or exaggerated. Here, because of the dangers of alcohol abuse, the potential harm is considerable.

Because of these concerns, NAD appreciated the voluntary modifications undertaken by the advertiser. Significantly the advertiser made the following modifications:

- Eliminating the claim "No headache, no nausea, no regrets."

- Changing the claim "clinically proven" to "clinically *tested*" (emphasis added)

- Changing the claim "Chaser has been tested and *proven* effective for 17 common symptoms" to "Chaser has been tested and *shown* effective for 17 common symptoms." (emphasis added).

---

available scientific data on activated charcoal are insufficient to determine whether it is effective for treating hangovers. http://www.fda.gov/bbs/topics/ANSWERS/ANS00369.html. NAD notes that this tentative determination was rendered prior to the passage of the Dietary Supplement Health and Education Act of 1994 ("DSHEA") and prior to certain clinical findings, including the testing of the Chaser product.
[8] Bayer Health Care LLC (One-A-Day Men's Health Formula), Case # 4205, *NAD Case Reports* (July 2004).
[9] NAD has referenced FTC's observation that "although emerging science can sometimes be the basis for a carefully qualified claim, advertisers must make consumers aware of any significant limitations or inconsistencies in the literature; *Dietary Supplements: An Advertising Guide for Industry*, Federal Trade Commission, at 10 http://www.ftc.gov/bcp/conline/pubs/buspubs/dietsupp.htm.
[10] See, e.g., Patient Health LLC, (Fluid Joint, Case # 4335, *NAD Case Reports* (May 2005).

**LIVING ESSENTIALS**
**Chaser**
Page: 6

- Eliminating the claim "you can completely counteract the negative effects of alcohol abuse."

NAD appreciated the voluntary action of the advertiser and determined that these modifications were necessary and proper to avoid overstating the scientific findings or exaggerating the product performance of Chaser.

*Safety Claims*

The claims reviewed by NAD including the claim that the product contains "natural ingredients" and is "…*safe* and effective." (emphasis added). The advertiser established that the product's two ingredients, calcium carbonate and activated charcoal are "natural" and, have been "Generally Recognized As Safe" (GRAS) by the FDA. Accordingly, NAD determined that the advertiser had a reasonable basis for its "safe" claims. However, as NAD previously noted, a product marketed for preventing hangovers carries with it additional risks because of the potential for such claims to encourage over-indulgence of alcohol.

The advertiser explained that it sought to address these potential risks by including prominent language cautioning consumers as follows: "Please drink responsibly. Never drink and drive" and "Chaser does not prevent intoxication." NAD appreciated the disclosure of this language on the advertiser's website and product packaging and determined that this cautionary language was appropriate most obviously because of the risk that consumers will take away a message that they by preventing hangover symptoms, the product may also limit the effect of intoxication and they may be encouraged to overindulge in drinking alcohol. Additionally, NAD believed that this cautionary language was necessary, to prevent the claim that the product is "safe" from being misleading. Accordingly, NAD recommended that this cautionary also be clearly and prominently disclosed in any Living Essentials radio and television advertisements that make safety claims for Chaser.

**Conclusion:**

NAD determined that based upon the record before it, the advertiser established a reasonable basis for claiming that Chaser can help prevent hangovers and hangover symptoms and that Chaser is "America's #1 Hangover Prevention." NAD appreciated the modifications made by the advertiser to its performance claims and determined that these changes were necessary and appropriate to avoid communicating an advertising message that overstates the scientific findings or exaggerates the performance benefits of the product. NAD also determined that the advertiser provided reasonable basis for claiming the product is "safe," but to avoid the potential dissemination of an unsafe message, recommended that the cautionary disclosure that appears on the Website and product packaging, (i.e., "Please drink responsibly. Never drink and drive" and "Chaser does not prevent intoxication.") also be clearly and conspicuously disclosed in other advertising for the product that makes safety claims for Chaser, including radio and television advertising.

**LIVING ESSENTIALS**
**Chaser**
**Page: 7**

**Advertiser's Statement:**

Living Essentials appreciates the NAD's efforts and supports the industry's self-regulatory process. Living Essentials accepts the NAD's decision and in the future will include the cautionary disclosure that appears on its website and product packaging in radio and television advertising. Specifically, the statements "Please drink responsibly," "Never drink and drive" and "Chaser does not prevent intoxication" will be included in Living Essentials' television and radio advertising. (#4365 DGM, closed 07/08/2005)