# EXHIBIT 2

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA MIAMI DIVISION

| | |
|---|---|
| DAVID WILLIAMS, CAROLL ANGLADE, THOMAS MATTHEWS, MARITZA ANGELES, and HOWARD CLARK, *individually, and on behalf of other similarly situated individuals*, | CASE NO. 1:20-cv-23564-MGC |
| Plaintiffs, | |
| v. | **DECLARATION OF RACHEL SEXTON** |
| RECKITT BENCKISER LLC and RB HEALTH (US) LLC, | |
| Defendants. | |

I, Rachel Sexton, declare under penalty of perjury as follows:

## PROFESSIONAL AND EDUCATIONAL BACKGROUND

1.      I am currently employed at Reckitt Benckiser ("RB") where my job title is Innovation & Strategy Director, Vitamins Minerals and Supplements. RB is the parent entity of the Defendants in this case, Reckitt Benckiser LLC and RB Health (US) LLC (these three entities are referred to collectively herein as "RB"). I am fully familiar with the facts contained herein, which are based upon my personal knowledge.

2.      I have over twenty (20) years of education and professional experience in marketing and economics. I attended the University of Massachusetts in Amherst from 2000 to 2004, graduating with a B.A. in economics and an emphasis in mathematics.

3.      I then worked for four years as a researcher and analyst at NERA Economic Consulting, a global economic consulting firm. My work there included statistical and financial analyses

concerning complex business and legal challenges including securities, product liability, and risk management. NERA is one of the nation's most well-respected economic consulting firms, and I worked with and trained under some of the most respected professionals and academics in the country.

4.       In 2008, I enrolled in the Leonard N. Stern School of Business at New York University, where I graduated with distinction in 2010 with an MBA with an emphasis in marketing and management.

5.       After receiving my MBA, I accepted a position at RB in August 2010 where I have been employed continuously for the past eleven (11) years. I have held several positions at the company since that time.

6.       From the period between August 2010 and September 2016 I worked both as an Assistant Brand Manager and then Brand Manager for various brands and divisions within RB. My job duties at that time included developing and implementing effective brand strategies for RB products. These duties often included review of consumer research and learnings to provide input to the business on what marketing strategies—including decisions around what claim or claims should be used on product labeling—would be most effective.

7.       In September 2016 I accepted a promotion at RB to the position of Innovation Director, Vitamin Minerals and Supplements ("VMS"). After an intervening promotion, in January 2019, I accepted a role in my current position as Innovation & Strategic Director, VMS.

8.       For the past five years, first as Innovation Director, VMS, and currently as Innovation & Strategic Director, VMS, my principal job responsibilities have been to conceive, lead, and execute effective marketing strategies for RB's VMS business. Because the VMS business includes supplements that are consumer packaged goods solid in a highly competitive marketplace, these marketing strategies nearly always involve decisions concerning what claims to place on product labeling, with an overarching and consistent goal of identifying and using those claims that will be the most effective with the respective product's target consumers.

9.      The VMS supplement business that I oversee includes RB Health's Brain Health Supplement Neuriva.

10.     RB Health launched Neuriva in April 2019, and I have been substantially involved in the development and execution of the marketing strategy for that product. More generally, as a result of my position as Innovation Director and Innovation, VMS and Strategic Director, VMS, I am extensively familiar with the marketing techniques and strategies used in the supplement industry generally.

### RB'S USE OF MARKET RESEARCH TO INFORM MARKETING STRATEGY

11.     In developing effective marketing strategies for supplements and other products, RB frequently relies on consumer research or market testing. This market testing typically involves conducting surveys of potential consumers of RB's products. While the specific techniques involved may vary, in general these surveys will test consumer reaction to a proposed claim or claims for certain products, gauging consumers' interests in those claims both as a function of likelihood to purchase (and related behavior) and as to the overall impact of the claim itself on consumer perception of the product.

12.     This survey data is then tabulated and synthesized—frequently into a PowerPoint presentation format—either by the consultants RB hires to do the work, RB itself, or both. Over the course of my decade-long career at RB I estimate I have reviewed hundreds of such PowerPoints summarizing the results of consumer research. Throughout that time, I have consistently referred to and relied on such information in informing marketing strategy.

13.     This consumer research is used and relied upon by RB to inform marketing decisions, including decisions about what claim or claims might be most effective among potential RB consumers, and constructing an accompanying marketing strategy that incorporates these claims.

14.     While there are a variety of factors that might inform an ultimate decision as to what claim or claims to place on product labeling, the results of consumer research are critically important to RB when developing marketing strategies.

15.     So, for example, if consumer research tested a number of different potential marketing claims—as the type of research referred to above often does—if certain of those claims outperformed others in terms of consumer response, then RB would take that information into account when developing the accompanying marketing strategy.

16.     Thus, while individual product-level decisions can and do sometimes vary, RB would generally select the claim or claims that ranked highest in consumer preference, versus those that ranked lower. Unless other variables suggested some compelling business-based reason for doing so, RB would not voluntarily select a claim for part of its marketing strategy that, as informed by market research, consumers indicated was less motivating or effective than an alternative claim.

**RB CONSUMER RESEARCH INDICATES THAT THE CLAIM "CLINICALLY PROVEN" IS MORE MEANINGFUL TO CONSUMERS OF BRAIN HEALTH SUPPLEMENTS THAN THE CLAIM "CLINICALLY TESTED"**

17.     In April of 2019, RB commissioned consumer research on behalf of the VMS division designed specifically to evaluate the impact on consumers of certain marketing claims used in connection with the marketing of dietary supplements specifically. The purpose of the study was to learn from consumers the claim or claims that were most likely to be impact purchase intent and perceived product efficacy for such supplements. Relatedly, the research also examined the product characteristics most important to consumers in deciding what supplement products to purchase generally.

18.     The study was survey-based and conducted on RB's behalf by Hauser & Associates, Inc., a third-party marketing research and consulting firm. Hauser & Associates is a firm that RB has used in the past, including for other market research conducted for RB under my supervision, and with whom I was familiar through that past usage. Hauser & Associates is and was qualified to undertake the consumer research requested.

19.     The results of this research on behalf of RB's VMS division was ultimately summarized and provided to RB in a PowerPoint presentation dated July 12, 2019 and entitled "RB VMS Rapid Results 2019 Program: VMS Drivers of Efficacy." A true and correct copy of this PowerPoint is

attached to my declaration as Exhibit A (referred to hereinafter as "VMS Driver Study"). The VMS Driver Study was conducted among 1,050 consumers who reported as having purchased supplement products on a regular basis.

20.     The purpose of the PowerPoint was to summarize the results of Hauser & Associates' research, although discretion and authority with how to interpret the results and apply them to actual marketing decisions was at all times with RB.

21.     One of the VMS Driver Study's principal conclusions was that supplement consumers considered "Efficacy (the product does what it [is] supposed to do)" and "Benefit" to be the most important characteristics when deciding what supplement product to buy. *See* VMS Driver Study 7. Within the study population, 91% of consumers identified "Efficacy" as either "Extremely Important" or "Very Important," and 93% of consumers identified "Benefit" as either "Extremely Important" or "Very Important." VMS Driver Study at 7. These characteristics ranked significantly higher than other characteristics such as "Brand Name" (41%) or "Natural" (49%). Thus, RB interpreted the VMS Driver Study to mean that claims pertaining to a supplement product's health benefits and efficacy were those consumers likely considered more important than these other characteristics.

22.     Because the supplement market is segmented into product categories that address different bodily systems and functions, the VMS Driver Study was correspondingly segmented as well. Specifically, claims were tested for usage on supplements with and advertised benefit in the following key segments: (1) Heart Health; (2) Joint Health; (3) Immunity; (4) Digestive Health; (5) Brain Health; (6) General Health; and (7) Aging / Longevity. *See* VMS Driver Study at 2.

23.     The study participants responded to questions concerning claims for these particular segments only after having responded affirmatively to qualifying questions for that segment. Thus, to qualify to respond to questions concerning potential claims for brain health supplements, VMS Study Participants had to identify "Brain Health" as an area those consumers looked to support when shopping for supplements. So, the data collected for the Brain Health segment was provided by consumers who affirmatively indicated they shop for brain health supplement products. VMS

Driver Study at 3 (study participants qualified as to particular segments via screening criteria); *id.* at 4 (same). There were 150 participants assigned to each of the Study's seven segments, including the Brain Health segment.

24.     Within each segment, the VMS Driver Study tested consumer response to thirty-eight (38) different potential claims. VMS Driver Study at 2. For each of these 38 claims, consumers were then asked two questions assuming it was "displayed on a VMS product" (i.e. on the label). First, consumers were asked "If this claim was on a vitamin, mineral or supplement product, how likely do you feel it would work like it is supposed to?" Second, consumers were asked, "How likely would you be to buy a vitamin, mineral or supplement product if it was described in this manner?" *Id.* at 3. Consumers were then asked to express agreement or disagreement with those questions for each of the presented claims. *Id.*

25.     Among the claims specifically tested for the Brain Health segment tested in this fashion were the claims "Clinically Proven" and "Clinically Tested." VMS Driver Study at 2. So, consumers in the Brain Health segment were asked whether the claims "Clinically Proven" or "Clinically Tested" indicated that the product "would work like it is supposed to." *Id.* at 3.

26.     The VMS Driver Study revealed that 33% of those surveyed in the Brain Health segment said that the claim "Clinically Proven" would communicate to them that the product is "Extremely Likely" to work as it is supposed to. *Id.* at 8 (summarizing results of "Likelihood to Work" question). Of the 38 claims surveyed, at 33% the "Clinically Proven" claim was the second highest-ranking claim for the Likelihood to Work measure. *Id.* The "Average Claim Rating" was only 28% for the Likelihood to Work measure (i.e., among the 38 claims tested the average percentage of consumers who marked those claims as "Extremely Likely" was just 28%). "Clinically Proven" was thus classified in the VMS Driver Study as one of the few claims that ranked "significantly higher" than the Average Claim Rating, at a 90% confidence level. *Id.*

27.     By contrast, only 26% of consumers in the Brain Health segment said that the claim "Clinically Tested" would communicate to them that product is "Extremely Likely" to work as it

is supposed to. *Id.* "Clinically Tested" was thus among the lower-ranking claims on the Likelihood to Work measure.

28.     The VMS Driver study also showed a difference between "Clinically Proven" and "Clinically Tested" on the "Likelihood of Buying" measure, which evaluated the claims presented by asking consumers if those claims would make the consumer likely to buy the product. For the Brain Health segment, 32% of consumers surveyed responded that they "Definitely would buy" a supplement labeled "Clinically Proven," while only 30% answered that way for the claim "Clinically Tested." So, while the difference was not as significant in the Likelihood of Buying measure versus the Likelihood to Work measure, there was still a quantifiable difference that favored the "Clinically Proven" claim. And as noted, the study determined that "Efficacy" and "Benefit" were the most important factors for consumers decision-making.

**BASED ON THE VMS DRIVER STUDY, RB WOULD CHOOSE TO LABEL NEURIVA AS "CLINICALLY PROVEN" VERSUS "CLINICALLY TESTED"**

29.     I am aware of the fact of this pending class action litigation concerning the labeling of RB Health's Neuriva supplement. I am also aware of the fact that, as a result of the settlement that is now being considered by the Court, RB will be required to remove the claim "Clinically Proven" on the labels of Neuriva products and to replace it with the claim "Clinically Tested."

30.     Based on my professional background at RB,  my experience in determining claims for RB to use on its products, and my evaluation of the VMS Driver Study, which was conducted under my supervision and is the type of consumer research with which I have significant familiarity and experience, RB would not willingly or voluntarily remove the claim "Clinically Proven" and replace it with "Clinically Tested," absent the settlement requiring us to do so. The VMS Driver Study shows that removing that claim will meaningfully impact Neuriva consumers' perception of the product.

31.     Specifically, the VMS Driver Study convincingly shows that for the brain health segment the claim "Clinically Proven" is significantly more persuasive to potential consumers of brain health supplements than the claim "Clinically Tested." This is borne out first by the quantitative

data reported in the VMS Driver Study. As previously noted, "Clinically Proven" was the second most well-performing claim on the Likelihood to Work measure evaluated in the Study, and the VMS Driver Study classified that claim as being a statistically significant improvement over the "Average" tested claim. This alone would be sufficient for me to conclude that "Clinically Proven" would be the preferred claim for Neuriva.

32.     But here, the superiority of the "Clinically Proven" claim is corroborated by the fact that the alternative "Clinically Tested" claim ranked significantly lower (seven percentage points less) than the "Clinically Proven" claim. "Clinically Tested" was, at 26% for the Likelihood to Work measure, lower even than the average claim score of 28%. I interpret these results to mean that, as to the measure of Likelihood to Work, that "Clinically Tested" would be among the least likely of the claims tested that RB would ever voluntarily choose to use in its marketing or labeling. It would, in my professional experience, be very unusual and unlikely for RB to affirmatively select a claim that performed poorer than the average claim score in a test designed the way the VMS Driver Study was designed (i.e. designed to evaluate a large number of claims for superiority across a given measure).

33.     Other aspects of the VMS Driver Study support this conclusion. Specifically, the VMS Driver Study showed that "Efficacy" and "Benefit" were, overwhelmingly, the two most important characteristics to consumers shopping for supplements. VMS Driver Study at 7. So, in selecting what claims to use or not use on a supplement label, RB would place particular importance on claims that were directed to those characteristics. Thus, insofar as the "Clinically Proven" and "Clinically Tested" claims are both directed at product efficacy and benefit, selecting the most impactful claims for those qualities would be of heightened importance for Neuriva.

34.     The VMS Driver Study reported a smaller difference between "Clinically Proven" and "Clinically Tested" on the Likelihood of Buying measure. But that would not affect the ultimate determination on what claim is superior from a marketing perspective, especially in light of how "Clinically Proven" outperformed "Clinically Tested" on the Likelihood to Work measure. Moreover, Neuriva is marketed and sold in a highly competitive marketplace. Thus, predicted

gains in single-digit percentages would still be considered significant by RB and worth incorporating into any marketing strategy and decision.

35.     In conclusion, based on my own marketing expertise and as informed by the VMS Driver Study, I would consider "Clinically Proven" to be among the most preferable and motivating claims to consumers in the Brain Health supplement segment and thus for Neuriva purchasers. I conclude from the VMS Driver Study that there is a meaningful difference between those two claims perceived by consumers, and that "Clinically Tested" is unlikely to be as effective as "Clinically Proven." Thus, the injunctive relief agreed to in the proposed settlement stands as a considerable concession by RB in its marketing strategy for Neuriva, as informed by the kind of market research that guides other marketing strategies and decisions made by the company.

I hereby declare under penalty of perjury under the laws of the state of New Jersey that the foregoing is true and correct and of my personal knowledge

Executed this 13th day of August, 2021, at Parsippany, New Jersey.

Rachel Sexton

Exhibit A



# RB VMS Rapid Results 2019 Program
## *VMS Drivers of Efficacy*

Topline Report

*July 12, 2019*



140 Route 17 North • Paramus, New Jersey 07652 • T: 201.599.9559 • www.hauserandassociates.com

- The VMS team would like to learn more about the impact of language in communication for RB's vitamin, mineral and supplement brands. Specifically the team is curious about the appeal of "clinical" language and possible alternative language that may connote efficacy in a superior way.  To this end, the following 38 claims have been developed for consumer testing:

| | | |
|---|---|---|
| Clinically proven | Traditionally used | Powered by nature |
| Clinically Tested | Trusted by generations | Proven with published human clinical studies |
| Clinically Studied | Based on Ancient Wisdom | Works naturally with your body |
| Clinically researched | Formulated with science in mind | 100% natural ingredients |
| Clinically tested & proven | Clinically formulated | Pure ingredients |
| Scientifically proven | Developed by nutritionists | All natural |
| Proven natural ingredients | Carefully formulated by scientists | Wholefood nutrition |
| Proven active ingredients | Recommended by doctors | Made with whole foods |
| Nature made it, science proved it | Recommended by pharmacists | Organic |
| Science based approach | Recommended by nutritionists | Non GMO |
| Backed by science | Trusted by health care professionals | Made with naturally sourced ingredients |
| Rooted in science | Natural alternative | Nothing artificial |
| Has been trusted around the world for more than 100 years | | |

- The objective of this research is to assess the performance of each claim on an overall basis as well as for several key segments including Heart Health, Joint Health, Immune Health, Digestive Health, Brain Health, General Health, Longevity/Aging Health.

HAUSER & ASSOCIATES, INC.
market research & consulting

rb
HEALTH · HYGIENE · HOME

- A modified Hauser & Associates *Rapid Results* test was conducted for this study.

- A seven-cell monadic claims evaluation was conducted in June 2019.

- Consumers were recruited via online panels to participate in this study. Once qualified, respondents were assigned to one of the seven cells, depending on screening criteria.

- In each cell, consumers were first asked to indicate the importance of various characteristics of VMS products.

- Next, they were exposed to the 38 claims and asked to rate them on several qualities, assuming the statement was displayed on a VMS product:

  ➢ *If this claim was on a vitamin, mineral or supplement product, how likely do you feel it would work like it is supposed to?*

  ➢ *How likely would you be to buy a vitamin, mineral or supplement product if it was described in this manner?*

  ➢ *Thinking about a vitamin, mineral or supplement product described by this claim, how natural do you think this product would be?*

- Once this series of questions was completed, it was repeated for one of the seven key segments investigated (e.g., Thinking about Joint Health supplements, Heart Health supplements, Immune System Health supplements, etc.)

- Then respondents were exposed to a series of products, one at a time (i.e. VMS, RX, OTC, Homeopathic, Nutritional Supplements, & Food) and asked, "*how natural do you think these product would be?*"

- Classification and demographic questions were administered at the end of the interview.



HAUSER & ASSOCIATES, INC.
market research & consulting

3

- Total sample size: n = 1,050 (150 per cell)

  – Male and Female consumers, 18+ years old

  – Regular users of Vitamins, Minerals or Supplements

  – Interested in supporting at least one of the following key segments:

    » Heart Health

    » Joint Health

    » Immune Health

    » Digestive Health

    » Brain Health

    » General Health

    » Longevity/Aging Health

- Among total sample, the data shows that **Efficacy** and **Benefit** are the most important characteristics for consumers when deciding which VMS product to purchase.

- **"Clinically tested & proven"** is the top scoring claim among VMS in general and at the top or near the top among most key segments. It scores very well on *efficacy* and *likelihood of purchasing* and this claim is seen as the *most natural* of the clinical based statements.

- Other top performing claims include:
  - ❑ **100% natural ingredients**
  - ❑ **Clinically proven**
  - ❑ **Scientifically proven**
  - ❑ **Recommended by doctors**

- It should be noted that **VMS products** are perceived as natural in line with **Food**. They are seen as <u>more</u> natural then **Rx**, **OTC**, and **Nutritional Replacements**, but <u>less</u> natural than **Homeopathic products**.

HAUSER & ASSOCIATES, INC.
market research & consulting

HEALTH · HYGIENE · HOME

5

# Research Results

# Importance of Characteristics (Q1) When Deciding Which VMS Product to Purchase

| | Extremely Important | Very Important | Extremely + Very Important | Not very + Not at all Important |
|---|---|---|---|---|
| Base: Respondents looking for Joint Health | (1,050) % | (1,050) % | (1,050) % | (1,050) % |
| Efficacy (the product does what it supposed to) | 57 | 34 | 91 | 2 |
| Benefit | 55 | 38 | 93 | 1 |
| Ingredients | 43 | 40 | 83 | 4 |
| Format (i.e. tablet, capsule, gummy etc.) | 26 | 32 | 58 | 14 |
| Natural/Clean label packaging design | 19 | 30 | 49 | 24 |
| Brand Name | 15 | 26 | 41 | 25 |
| Flavor | 15 | 24 | 38 | 32 |
| *AVERAGE CHARACTERSITIC RATING* | *33* | *32* | *65* | *15* |



Most impact on Purchasing of a VMS product

7

# Summary of Results: Q5 Likelihood to Work (Top-Box Ratings "Extremely Likely")

| Base: Total respondents | VMS Total (Q2) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | % | % | % | % | % | % | % | % |
| Clinically tested & proven | 33 | 22 | 33 | 27 | 25 | 28 | 15 | 26 |
| 100% natural ingredients | 30 | 23 | 27 | 25 | 24 | 34 | 17 | 30 |
| Clinically proven | 29 | 20 | 31 | 23 | 19 | 33 | 16 | 23 |
| Scientifically proven | 29 | 19 | 31 | 22 | 21 | 32 | 13 | 24 |
| Recommended by doctors | 28 | 29 | 33 | 24 | 19 | 33 | 18 | 26 |
| Proven active ingredients | 28 | 23 | 30 | 27 | 22 | 30 | 14 | 16 |
| Clinically Tested | 28 | 19 | 29 | 23 | 23 | 26 | 13 | 17 |
| Pure ingredients | 28 | 17 | 23 | 25 | 24 | 28 | 11 | 19 |
| Proven with published human clinical studies | 27 | 26 | 29 | 25 | 25 | 30 | 16 | 25 |
| All natural | 27 | 21 | 24 | 25 | 25 | 32 | 19 | 26 |
| Nature made it, science proved it | 27 | 20 | 22 | 24 | 23 | 26 | 11 | 26 |
| Nothing artificial | 27 | 17 | 23 | 22 | 21 | 28 | 13 | 26 |
| Trusted by health care professionals | 26 | 23 | 33 | 23 | 20 | 28 | 13 | 22 |
| Proven natural ingredients | 26 | 23 | 28 | 23 | 27 | 26 | 15 | 25 |
| Works naturally with your body | 26 | 21 | 28 | 22 | 28 | 30 | 14 | 28 |
| Clinically researched | 26 | 14 | 27 | 21 | 16 | 30 | 15 | 20 |
| Has been trusted around the world for more than 100 years | 25 | 19 | 24 | 17 | 24 | 29 | 11 | 19 |
| Clinically Studied | 25 | 16 | 27 | 18 | 16 | 29 | 12 | 17 |
| Carefully formulated by scientists | 25 | 14 | 27 | 21 | 21 | 26 | 11 | 18 |
| Made with naturally sourced ingredients | 24 | 21 | 26 | 24 | 25 | 28 | 11 | 21 |
| Carefully formulated by nutritionists | 24 | 14 | 24 | 21 | 21 | 25 | 13 | 20 |
| Recommended by nutritionists | 23 | 17 | 28 | 20 | 18 | 30 | 12 | 16 |
| Recommended by pharmacists | 23 | 17 | 27 | 20 | 15 | 22 | 13 | 23 |
| Clinically formulated | 23 | 14 | 25 | 25 | 25 | 25 | 13 | 19 |
| *AVERAGE CLAIM RATING* | *24* | *18* | *26* | *21* | *21* | *28* | *13* | *21* |





Significantly **higher** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

Significantly **lower** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

HAUSER & ASSOCIATES, INC.
market research & consulting

HEALTH · HYGIENE · HOME

8

| | VMS Total (Q2) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | % | % | % | % | % | % | % | % |
| Backed by science | 22 | 19 | 28 | 15 | 19 | 26 | 12 | 16 |
| Non GMO | 22 | 18 | 23 | 19 | 21 | 29 | 10 | 19 |
| Trusted by generations | 22 | 17 | 22 | 13 | 23 | 24 | 12 | 18 |
| Made with whole foods | 22 | 17 | 21 | 21 | 24 | 31 | 11 | 22 |
| Science based approach | 22 | 15 | 23 | 17 | 19 | 28 | 11 | 17 |
| Developed by nutritionists | 22 | 15 | 21 | 15 | 17 | 24 | 13 | 21 |
| Organic | 21 | 19 | 24 | 25 | 23 | 25 | 13 | 24 |
| Natural alternative | 21 | 17 | 25 | 25 | 23 | 28 | 14 | 25 |
| Wholefood nutrition | 21 | 15 | 20 | 25 | 23 | 20 | 13 | 19 |
| Formulated with science in mind | 21 | 14 | 21 | 14 | 15 | 24 | 13 | 16 |
| Powered by nature | 20 | 16 | 27 | 17 | 22 | 28 | 13 | 15 |
| Rooted in science | 19 | 13 | 21 | 17 | 17 | 26 | 11 | 14 |
| Traditionally used | 18 | 17 | 24 | 15 | 23 | 23 | 11 | 19 |
| Based on Ancient Wisdom | 15 | 11 | 22 | 14 | 17 | 28 | 10 | 14 |
| *AVERAGE CLAIM RATING* | *24* | *18* | *26* | *21* | *21* | *28* | *13* | *21* |





Significantly **higher** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

Significantly **lower** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

| | VMS Total (Q3) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | % | % | % | % | % | % | % | % |
| Clinically tested & proven | 31 | 16 | 35 | 29 | 24 | 34 | 15 | 33 |
| 100% natural ingredients | 30 | 29 | 32 | 29 | 25 | 35 | 19 | 28 |
| Clinically proven | 28 | 20 | 35 | 21 | 29 | 32 | 12 | 27 |
| Scientifically proven | 27 | 21 | 31 | 22 | 22 | 30 | 15 | 28 |
| Recommended by doctors | 29 | 29 | 35 | 19 | 24 | 35 | 16 | 28 |
| Proven active ingredients | 27 | 20 | 31 | 25 | 25 | 31 | 16 | 21 |
| Clinically Tested | 25 | 17 | 28 | 25 | 19 | 30 | 11 | 23 |
| Pure ingredients | 25 | 20 | 29 | 25 | 21 | 30 | 15 | 23 |
| Proven with published human clinical studies | 27 | 27 | 25 | 17 | 23 | 34 | 17 | 25 |
| All natural | 27 | 28 | 24 | 29 | 24 | 32 | 15 | 28 |
| Nature made it, science proved it | 24 | 25 | 29 | 27 | 25 | 30 | 9 | 26 |
| Nothing artificial | 25 | 23 | 25 | 25 | 29 | 32 | 14 | 28 |
| Trusted by health care professionals | 26 | 24 | 28 | 21 | 23 | 31 | 15 | 23 |
| Proven natural ingredients | 27 | 22 | 27 | 30 | 27 | 31 | 13 | 26 |
| Works naturally with your body | 26 | 21 | 26 | 23 | 25 | 29 | 11 | 26 |
| Clinically researched | 24 | 19 | 27 | 21 | 17 | 32 | 15 | 23 |
| Has been trusted around the world for more than 100 years | 23 | 18 | 24 | 22 | 21 | 25 | 11 | 25 |
| Clinically Studied | 25 | 16 | 27 | 21 | 18 | 32 | 13 | 20 |
| Carefully formulated by scientists | 23 | 17 | 27 | 23 | 20 | 30 | 11 | 21 |
| Made with naturally sourced ingredients | 24 | 21 | 27 | 23 | 25 | 31 | 11 | 25 |
| Carefully formulated by nutritionists | 23 | 19 | 25 | 22 | 21 | 32 | 15 | 19 |
| Recommended by nutritionists | 25 | 13 | 23 | 18 | 17 | 29 | 15 | 19 |
| Recommended by pharmacists | 26 | 19 | 30 | 19 | 18 | 28 | 14 | 23 |
| Clinically formulated | 21 | 16 | 24 | 19 | 22 | 30 | 13 | 19 |
| *AVERAGE CLAIM RATING* | *24* | *20* | *27* | *22* | *22* | *29* | *13* | *23* |



HAUSER & ASSOCIATES, INC.
market research & consulting



Significantly **higher** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

Significantly **lower** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

HEALTH · HYGIENE · HOME

| | VMS Total (Q3) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | % | % | % | % | % | % | % | % |
| Backed by science | 22 | 16 | 25 | 21 | 19 | 23 | 13 | 18 |
| Non GMO | 23 | 16 | 22 | 28 | 25 | 25 | 15 | 22 |
| Trusted by generations | 22 | 15 | 23 | 23 | 23 | 26 | 12 | 20 |
| Made with whole foods | 23 | 16 | 25 | 22 | 23 | 24 | 13 | 25 |
| Science based approach | 21 | 17 | 27 | 19 | 19 | 24 | 11 | 15 |
| Developed by nutritionists | 23 | 20 | 27 | 24 | 22 | 24 | 13 | 23 |
| Organic | 25 | 19 | 25 | 25 | 26 | 30 | 15 | 23 |
| Natural alternative | 22 | 18 | 24 | 22 | 21 | 28 | 16 | 23 |
| Wholefood nutrition | 22 | 19 | 25 | 19 | 19 | 28 | 13 | 21 |
| Formulated with science in mind | 21 | 12 | 21 | 16 | 17 | 25 | 11 | 19 |
| Powered by nature | 21 | 21 | 26 | 25 | 26 | 27 | 11 | 24 |
| Rooted in science | 19 | 21 | 26 | 21 | 17 | 23 | 13 | 15 |
| Traditionally used | 19 | 17 | 22 | 15 | 17 | 28 | 13 | 15 |
| Based on Ancient Wisdom | 16 | 15 | 21 | 17 | 17 | 29 | 11 | 19 |
| *AVERAGE CLAIM RATING* | *24* | *20* | *27* | *22* | *22* | *29* | *13* | *23* |





Significantly **higher** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

Significantly **lower** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

HAUSER & ASSOCIATES, INC.
market research & consulting

HEALTH · HYGIENE · HOME

11

# Summary of Results: Q7. How **natural** do you think this product would be? (Mean Rating)

| Base: Total respondents | VMS Total (Q4) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | **Mean** | **Mean** | **Mean** | **Mean** | **Mean** | **Mean** | **Mean** | **Mean** |
| Clinically tested & proven | 61.6 | 63.2 | 63.2 | 61.7 | 62 | 65 | 57.3 | 62.4 |
| 100% natural ingredients | 80.9 | 76.2 | 81 | 78.8 | 80 | 79.3 | 79.4 | 82.4 |
| Clinically proven | 61.4 | 62 | 61.3 | 61.4 | 61.3 | 65.4 | 58.8 | 62.9 |
| Scientifically proven | 59.8 | 61 | 62.5 | 59.9 | 61.5 | 65.8 | 55.9 | 61 |
| Recommended by doctors | 61.8 | 62.4 | 61.9 | 62.6 | 62.4 | 64.9 | 59.7 | 62.7 |
| Proven active ingredients | 63.1 | 63.7 | 64.7 | 65.7 | 64 | 67.7 | 60.4 | 66.9 |
| Clinically Tested | 60.8 | 60.9 | 62.4 | 60.7 | 61.2 | 65.6 | 57.1 | 62.3 |
| Pure ingredients | 73.3 | 70.2 | 74.1 | 73.8 | 73.5 | 73.6 | 71.7 | 76.8 |
| Proven with published human clinical studies | 60.5 | 60.1 | 62.2 | 61.3 | 61.8 | 64.9 | 58.9 | 61.7 |
| All natural | 79.7 | 76.9 | 79 | 79.9 | 78.9 | 80 | 79.7 | 81.5 |
| Nature made it, science proved it | 71.1 | 69.7 | 72.2 | 70.9 | 70.4 | 73.7 | 67.3 | 73.2 |
| Nothing artificial | 75.1 | 72.4 | 74.3 | 72.7 | 75 | 75.1 | 74.4 | 77.5 |
| Trusted by health care professionals | 62.7 | 63.2 | 61.5 | 63.3 | 61.8 | 68.4 | 59.4 | 63.4 |
| Proven natural ingredients | 76.8 | 73.1 | 75.9 | 75.6 | 76.5 | 75.1 | 74.1 | 78.8 |
| Works naturally with your body | 70.3 | 69.7 | 69.6 | 70.7 | 69.9 | 73.1 | 67.6 | 75.4 |
| Clinically researched | 60.1 | 62 | 61.4 | 59.9 | 62.9 | 62.7 | 57.6 | 62.6 |
| Has been trusted around the world for more than 100 years | 64.5 | 65.3 | 65.4 | 66.8 | 64.2 | 70.6 | 60.2 | 68.9 |
| Clinically Studied | 60.3 | 61.7 | 62 | 60.4 | 60.4 | 65 | 58.8 | 61.3 |
| Carefully formulated by scientists | 58.2 | 60.4 | 58.9 | 58.4 | 60.2 | 63.4 | 55.6 | 59.3 |
| Made with naturally sourced ingredients | 74.1 | 72.3 | 74 | 75.6 | 73.2 | 74.9 | 69.9 | 75.6 |
| Carefully formulated by nutritionists | 65.7 | 65.5 | 65.9 | 65.6 | 64.9 | 70.2 | 62.6 | 66.7 |
| Recommended by nutritionists | 66.5 | 66.2 | 65.1 | 66.6 | 66.5 | 70.3 | 64.7 | 67.7 |
| Recommended by pharmacists | 60.6 | 61.6 | 61.6 | 61.5 | 61.4 | 64.7 | 60.1 | 61.6 |
| Clinically formulated | 58.2 | 60.3 | 60.1 | 58.4 | 60.7 | 63.6 | 56.6 | 58.7 |
| *AVERAGE CLAIM RATING* | *65.9* | *65.4* | *66.6* | *66.4* | *66.4* | *69.0* | *63.1* | *68.0* |


HAUSER & ASSOCIATES, INC.
market research & consulting

 Most Natural

12

# Summary of Results: Q7 How ***natural*** do you think this product would be? (Mean Rating) Cont.

| | VMS Total (Q4) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | **Mean** | **Mean** | **Mean** | **Mean** | **Mean** | **Mean** | **Mean** | **Mean** |
| Backed by science | 59 | 59.5 | 59.8 | 59.2 | 59.5 | 63 | 56.6 | 60.4 |
| Non GMO | 68.4 | 66.8 | 67.9 | 69.9 | 69.5 | 69.5 | 62.5 | 70 |
| Trusted by generations | 63.6 | 64.1 | 66 | 65.5 | 63.3 | 68.4 | 60.1 | 65.3 |
| Made with whole foods | 70.9 | 69 | 71 | 71 | 72.4 | 73.2 | 66.8 | 73.3 |
| Science based approach | 57.7 | 58.1 | 59.4 | 58.7 | 59 | 62.4 | 55.2 | 60.1 |
| Developed by nutritionists | 66.3 | 65.2 | 68.2 | 66.4 | 66.3 | 70.4 | 63 | 68.5 |
| Organic | 74.3 | 72.9 | 73.7 | 74.2 | 76.3 | 74.9 | 71.9 | 77.5 |
| Natural alternative | 72.1 | 69.4 | 72.2 | 73.7 | 73.1 | 73.8 | 70.6 | 76.4 |
| Wholefood nutrition | 70.6 | 67.9 | 72.7 | 72 | 73.1 | 72.6 | 65.9 | 74.5 |
| Formulated with science in mind | 57.5 | 56.9 | 58.4 | 57.9 | 59.1 | 60.5 | 56.2 | 61 |
| Powered by nature | 72.5 | 70.5 | 73.5 | 72.4 | 71.2 | 73.5 | 68.8 | 75.1 |
| Rooted in science | 57.5 | 59.1 | 57.9 | 56.7 | 59.2 | 61.4 | 54.5 | 59.2 |
| Traditionally used | 64.9 | 64 | 65.2 | 67.2 | 63.7 | 69.5 | 60.8 | 68.2 |
| Based on Ancient Wisdom | 62.5 | 63.2 | 63.2 | 64.3 | 62.5 | 66 | 56.3 | 64.1 |
| *AVERAGE CLAIM RATING* | *65.9* | *65.4* | *66.6* | *66.4* | *66.4* | *69.0* | *63.1* | *68.0* |



HAUSER & ASSOCIATES, INC.
market research & consulting

13

HEALTH · HYGIENE · HOME

**Summary of Results: Q8 to Q13 How natural do you think this product would be? (Mean Rating)**

| | TOTAL |
|---|---|
| Base: Total respondents | (1,050) |
| | **Mean** |
| Homeopathic | 68.5 |
| VMS | 64.7 |
| Food | 63.9 |
| Nutritional Replacements *(such as protein shakes, bars, etc.)* | 58.5 |
| OTC | 49.5 |
| RX | 45.4 |
| *AVERAGE PRODUCT RATING* | *58.4* |





14

**Thank you for the opportunity to provide this research.**
**Questions? Please do not hesitate to contact us at any time.**



**Mike Becker**
*senior vice president*
Direct: 201.599.9559 • Mobile 201.966.3681
mbecker@hauserandassociates.com



**Adrienne Schmitt**
*senior vice president*
Direct: 201.599.9559 • Mobile 201.341.0043
aschmitt@hauserandassociates.com



HAUSER & ASSOCIATES, INC.

market research & consulting

*"Results on time, every time"*

140 Route 17 North
Paramus, NJ 07652
info@hauserandassociates.com
www.hauserandassociates.com

15