# EXHIBIT 3

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA MIAMI DIVISION

| | |
|---|---|
| DAVID WILLIAMS, CAROLL ANGLADE, THOMAS MATTHEWS, MARITZA ANGELES, and HOWARD CLARK, *individually, and on behalf of other similarly situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | CASE NO. 1:20-cv-23564-MGC<br><br>**AUTHENTICATION DECLARATION OF MICHAEL BECKER** |

I, Michael Becker, declare under penalty of perjury as follows:

1. This declaration is being made for the purpose of authenticating certain documents, as set forth below. I have personal knowledge of the matters set forth herein, and if called upon, I could and would testify competently thereto.

2. I am Senior Vice President at Hauser & Associates, a consumer insights and market research firm. I have been employed continuously at Hauser & Associates since April 1998 and have held the position of Senior Vice President since January 2013.

3. In approximately April of 2019, Reckitt Benckiser ("RB") commissioned Hauser & Associates to conduct consumer research on behalf of the RB's Vitamin, Minerals & Supplements ("VMS") division to evaluate the impact on consumers of certain marketing claims used in connection with the marketing of dietary supplements. The purpose of the study was to learn from consumers the claim or claims that were most likely to be impact purchase intent and perceived

product efficacy for such supplements. Relatedly, the research also examined the product characteristics most important to consumers in deciding what supplement products to purchase generally.

4. The results of this research conducted by Hauser & Associates on behalf of RB's VMS division was ultimately summarized and provided to RB in a PowerPoint presentation dated July 12, 2019 and entitled "RB VMS Rapid Results 2019 Program: VMS Drivers of Efficacy." A true and correct copy of this PowerPoint is attached to my declaration as Exhibit A (referred to hereinafter as "VMS Driver Study").

5. The VMS Driver Study attached as Exhibit A was prepared and maintained in the ordinary course of business by Hauser & Associates and was provided to RB on or about July 12, 2019.

6. The VMS Driver study was conducted in accordance with techniques and principles used in the field of consumer research and consistent with the standards applicable in that profession.

I hereby declare under penalty of perjury under the laws of the state of New Jersey that the foregoing is true and correct and of my personal knowledge

Executed this 13th day of August, 2021, at Paramus, New Jersey.

_____
Michael Becker

# Exhibit A



# RB VMS Rapid Results 2019 Program
## *VMS Drivers of Efficacy*

### Topline Report

*July 12, 2019*



# HAUSER & ASSOCIATES, INC.
market research & consulting

140 Route 17 North • Paramus, New Jersey 07652 • T: 201.599.9559 • www.hauserandassociates.com

# Background & Objectives

- The VMS team would like to learn more about the impact of language in communication for RB's vitamin, mineral and supplement brands. Specifically the team is curious about the appeal of "clinical" language and possible alternative language that may connote efficacy in a superior way. To this end, the following 38 claims have been developed for consumer testing:

| | | |
|---|---|---|
| Clinically proven | Traditionally used | Powered by nature |
| Clinically Tested | Trusted by generations | Proven with published human clinical studies |
| Clinically Studied | Based on Ancient Wisdom | Works naturally with your body |
| Clinically researched | Formulated with science in mind | 100% natural ingredients |
| Clinically tested & proven | Clinically formulated | Pure ingredients |
| Scientifically proven | Developed by nutritionists | All natural |
| Proven natural ingredients | Carefully formulated by scientists | Wholefood nutrition |
| Proven active ingredients | Recommended by doctors | Made with whole foods |
| Nature made it, science proved it | Recommended by pharmacists | Organic |
| Science based approach | Recommended by nutritionists | Non GMO |
| Backed by science | Trusted by health care professionals | Made with naturally sourced ingredients |
| Rooted in science | Natural alternative | Nothing artificial |
| Has been trusted around the world for more than 100 years | | |

- The objective of this research is to assess the performance of each claim on an overall basis as well as for several key segments including Heart Health, Joint Health, Immune Health, Digestive Health, Brain Health, General Health, Longevity/Aging Health.

HAUSER & ASSOCIATES, INC.
market research & consulting

2

- A modified Hauser & Associates **Rapid Results** test was conducted for this study.

- A seven-cell monadic claims evaluation was conducted in June 2019.

- Consumers were recruited via online panels to participate in this study. Once qualified, respondents were assigned to one of the seven cells, depending on screening criteria.

- In each cell, consumers were first asked to indicate the importance of various characteristics of VMS products.

- Next, they were exposed to the 38 claims and asked to rate them on several qualities, assuming the statement was displayed on a VMS product:

  - *If this claim was on a vitamin, mineral or supplement product, how likely do you feel it would work like it is supposed to?*
  - *How likely would you be to buy a vitamin, mineral or supplement product if it was described in this manner?*
  - *Thinking about a vitamin, mineral or supplement product described by this claim, how natural do you think this product would be?*

- Once this series of questions was completed, it was repeated for one of the seven key segments investigated (e.g., Thinking about Joint Health supplements, Heart Health supplements, Immune System Health supplements, etc.)

- Then respondents were exposed to a series of products, one at a time (i.e. VMS, RX, OTC, Homeopathic, Nutritional Supplements, & Food) and asked, *"how natural do you think these product would be?"*

- Classification and demographic questions were administered at the end of the interview.



HAUSER & ASSOCIATES, INC.
market research & consulting

3

# Target Sample

- Total sample size: n = 1,050 (150 per cell)
    - Male and Female consumers, 18+ years old
    - Regular users of Vitamins, Minerals or Supplements
    - Interested in supporting at least one of the following key segments:
        » Heart Health
        » Joint Health
        » Immune Health
        » Digestive Health
        » Brain Health
        » General Health
        » Longevity/Aging Health

HAUSER & ASSOCIATES, INC.
market research & consulting

4

# Key Findings

- Among total sample, the data shows that **Efficacy** and **Benefit** are the most important characteristics for consumers when deciding which VMS product to purchase.

- **"Clinically tested & proven"** is the top scoring claim among VMS in general and at the top or near the top among most key segments. It scores very well on *efficacy* and *likelihood of purchasing* and this claim is seen as the *most natural* of the clinical based statements.

- Other top performing claims include:
  - **100% natural ingredients**
  - **Clinically proven**
  - **Scientifically proven**
  - **Recommended by doctors**

- It should be noted that **VMS products** are perceived as natural in line with **Food**. They are seen as <u>more</u> natural then **Rx**, **OTC**, and **Nutritional Replacements**, but <u>less</u> natural than **Homeopathic products**.

HAUSER & ASSOCIATES, INC.
market research & consulting

5

# Research Results

| | Extremely Important | Very Important | Extremely + Very Important | Not very + Not at all Important |
|---|---|---|---|---|
| Base: Respondents looking for Joint Health | (1,050) % | (1,050) % | (1,050) % | (1,050) % |
| Efficacy (the product does what it supposed to) | 57 | 34 | 91 | 2 |
| Benefit | 55 | 38 | 93 | 1 |
| Ingredients | 43 | 40 | 83 | 4 |
| Format (i.e. tablet, capsule, gummy etc.) | 26 | 32 | 58 | 14 |
| Natural/Clean label packaging design | 19 | 30 | 49 | 24 |
| Brand Name | 15 | 26 | 41 | 25 |
| Flavor | 15 | 24 | 38 | 32 |
| *AVERAGE CHARACTERSITIC RATING* | *33* | *32* | *65* | *15* |


HAUSER & ASSOCIATES, INC.
market research & consulting

Most impact on Purchasing of a VMS product

7

# Summary of Results: Q5 Likelihood to Work (Top-Box Ratings "Extremely Likely")

| | VMS Total (Q2) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) % | (150) % | (150) % | (150) % | (150) % | (150) % | (150) % | (150) % |
| Clinically tested & proven | 33 | 22 | 33 | 27 | 25 | 28 | 15 | 26 |
| 100% natural ingredients | 30 | 23 | 27 | 25 | 24 | 34 | 17 | 30 |
| Clinically proven | 29 | 20 | 31 | 23 | 19 | 33 | 16 | 23 |
| Scientifically proven | 29 | 19 | 31 | 22 | 21 | 32 | 13 | 24 |
| Recommended by doctors | 28 | 29 | 33 | 24 | 19 | 33 | 18 | 26 |
| Proven active ingredients | 28 | 23 | 30 | 27 | 22 | 30 | 14 | 16 |
| Clinically Tested | 28 | 19 | 29 | 23 | 23 | 26 | 13 | 17 |
| Pure ingredients | 28 | 17 | 23 | 25 | 24 | 28 | 11 | 19 |
| Proven with published human clinical studies | 27 | 26 | 29 | 25 | 25 | 30 | 16 | 25 |
| All natural | 27 | 21 | 24 | 25 | 25 | 32 | 19 | 26 |
| Nature made it, science proved it | 27 | 20 | 22 | 24 | 23 | 26 | 11 | 26 |
| Nothing artificial | 27 | 17 | 23 | 22 | 21 | 28 | 13 | 26 |
| Trusted by health care professionals | 26 | 23 | 33 | 23 | 20 | 28 | 13 | 22 |
| Proven natural ingredients | 26 | 23 | 28 | 23 | 27 | 26 | 15 | 25 |
| Works naturally with your body | 26 | 21 | 28 | 22 | 28 | 30 | 14 | 28 |
| Clinically researched | 26 | 14 | 27 | 21 | 16 | 30 | 15 | 20 |
| Has been trusted around the world for more than 100 years | 25 | 19 | 24 | 17 | 24 | 29 | 11 | 19 |
| Clinically Studied | 25 | 16 | 27 | 18 | 16 | 29 | 12 | 17 |
| Carefully formulated by scientists | 25 | 14 | 27 | 21 | 21 | 26 | 11 | 18 |
| Made with naturally sourced ingredients | 24 | 21 | 26 | 24 | 25 | 28 | 11 | 21 |
| Carefully formulated by nutritionists | 24 | 14 | 24 | 21 | 21 | 25 | 13 | 20 |
| Recommended by nutritionists | 23 | 17 | 28 | 20 | 18 | 30 | 12 | 16 |
| Recommended by pharmacists | 23 | 17 | 27 | 20 | 15 | 22 | 13 | 23 |
| Clinically formulated | 23 | 14 | 25 | 25 | 25 | 25 | 13 | 19 |
| AVERAGE CLAIM RATING | 24 | 18 | 26 | 21 | 21 | 28 | 13 | 21 |

Significantly **higher** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.
Significantly **lower** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.


HAUSER & ASSOCIATES, INC.
market research & consulting



8

# Summary of Results: Q5 Likelihood to Work (Top-Box Ratings "Extremely Likely") Continued

| | VMS Total (Q2) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | % | % | % | % | % | % | % | % |
| Backed by science | 22 | 19 | 28 | 15 | 19 | 26 | 12 | 16 |
| Non GMO | 22 | 18 | 23 | 19 | 21 | 29 | 10 | 19 |
| Trusted by generations | 22 | 17 | 22 | 13 | 23 | 24 | 12 | 18 |
| Made with whole foods | 22 | 17 | 21 | 21 | 24 | 31 | 11 | 22 |
| Science based approach | 22 | 15 | 23 | 17 | 19 | 28 | 11 | 17 |
| Developed by nutritionists | 22 | 15 | 21 | 15 | 17 | 24 | 13 | 21 |
| Organic | 21 | 19 | 24 | 25 | 23 | 25 | 13 | 24 |
| Natural alternative | 21 | 17 | 25 | 25 | 23 | 28 | 14 | 25 |
| Wholefood nutrition | 21 | 15 | 20 | 25 | 23 | 20 | 13 | 19 |
| Formulated with science in mind | 21 | 14 | 21 | 14 | 15 | 24 | 13 | 16 |
| Powered by nature | 20 | 16 | 27 | 17 | 22 | 28 | 13 | 15 |
| Rooted in science | 19 | 13 | 21 | 17 | 17 | 26 | 11 | 14 |
| Traditionally used | 18 | 17 | 24 | 15 | 23 | 23 | 11 | 19 |
| Based on Ancient Wisdom | 15 | 11 | 22 | 14 | 17 | 28 | 10 | 14 |
| *AVERAGE CLAIM RATING* | *24* | *18* | *26* | *21* | *21* | *28* | *13* | *21* |




Significantly **higher** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.
Significantly **lower** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

9

# Summary of Results: Q6 Likelihood of Buying (Top-Box Ratings "Definitely would buy")

| | VMS Total (Q3) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) % | (150) % | (150) % | (150) % | (150) % | (150) % | (150) % | (150) % |
| Clinically tested & proven | 31 | 16 | 35 | 29 | 24 | 34 | 15 | 33 |
| 100% natural ingredients | 30 | 29 | 32 | 29 | 25 | 35 | 19 | 28 |
| Clinically proven | 28 | 20 | 35 | 21 | 29 | 32 | 12 | 27 |
| Scientifically proven | 27 | 21 | 31 | 22 | 22 | 30 | 15 | 28 |
| Recommended by doctors | 29 | 29 | 35 | 19 | 24 | 35 | 16 | 28 |
| Proven active ingredients | 27 | 20 | 31 | 25 | 25 | 31 | 16 | 21 |
| Clinically Tested | 25 | 17 | 28 | 25 | 19 | 30 | 11 | 23 |
| Pure ingredients | 25 | 20 | 29 | 25 | 21 | 30 | 15 | 23 |
| Proven with published human clinical studies | 27 | 27 | 25 | 17 | 23 | 34 | 17 | 25 |
| All natural | 27 | 28 | 24 | 29 | 24 | 32 | 15 | 28 |
| Nature made it, science proved it | 24 | 25 | 29 | 27 | 25 | 30 | 9 | 26 |
| Nothing artificial | 25 | 23 | 25 | 25 | 29 | 32 | 14 | 28 |
| Trusted by health care professionals | 26 | 24 | 28 | 21 | 23 | 31 | 15 | 23 |
| Proven natural ingredients | 27 | 22 | 27 | 30 | 27 | 31 | 13 | 26 |
| Works naturally with your body | 26 | 21 | 26 | 23 | 25 | 29 | 11 | 26 |
| Clinically researched | 24 | 19 | 27 | 21 | 17 | 32 | 15 | 23 |
| Has been trusted around the world for more than 100 years | 23 | 18 | 24 | 22 | 21 | 25 | 11 | 25 |
| Clinically Studied | 25 | 16 | 27 | 21 | 18 | 32 | 13 | 20 |
| Carefully formulated by scientists | 23 | 17 | 27 | 23 | 20 | 30 | 11 | 21 |
| Made with naturally sourced ingredients | 24 | 21 | 27 | 23 | 25 | 31 | 11 | 25 |
| Carefully formulated by nutritionists | 23 | 19 | 25 | 22 | 21 | 32 | 15 | 19 |
| Recommended by nutritionists | 25 | 13 | 23 | 18 | 17 | 29 | 15 | 19 |
| Recommended by pharmacists | 26 | 19 | 30 | 19 | 18 | 28 | 14 | 23 |
| Clinically formulated | 21 | 16 | 24 | 19 | 22 | 30 | 13 | 19 |
| AVERAGE CLAIM RATING | 24 | 20 | 27 | 22 | 22 | 29 | 13 | 23 |

Significantly **higher** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.

Significantly **lower** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.


HAUSER & ASSOCIATES, INC.
market research & consulting


rb HEALTH · HYGIENE · HOME

10

# Summary of Results: Q6 Likelihood of Buying (Top Box Ratings – "Definitely would buy") Cont.

| | VMS Total (Q3) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | % | % | % | % | % | % | % | % |
| Backed by science | 22 | 16 | 25 | 21 | 19 | 23 | 13 | 18 |
| Non GMO | 23 | 16 | 22 | 28 | 25 | 25 | 15 | 22 |
| Trusted by generations | 22 | 15 | 23 | 23 | 23 | 26 | 12 | 20 |
| Made with whole foods | 23 | 16 | 25 | 22 | 23 | 24 | 13 | 25 |
| Science based approach | 21 | 17 | 27 | 19 | 19 | 24 | 11 | 15 |
| Developed by nutritionists | 23 | 20 | 27 | 24 | 22 | 24 | 13 | 23 |
| Organic | 25 | 19 | 25 | 25 | 26 | 30 | 15 | 23 |
| Natural alternative | 22 | 18 | 24 | 22 | 21 | 28 | 16 | 23 |
| Wholefood nutrition | 22 | 19 | 25 | 19 | 19 | 28 | 13 | 21 |
| Formulated with science in mind | 21 | 12 | 21 | 16 | 17 | 25 | 11 | 19 |
| Powered by nature | 21 | 21 | 26 | 25 | 26 | 27 | 11 | 24 |
| Rooted in science | 19 | 21 | 26 | 21 | 17 | 23 | 13 | 15 |
| Traditionally used | 19 | 17 | 22 | 15 | 17 | 28 | 13 | 15 |
| Based on Ancient Wisdom | 16 | 15 | 21 | 17 | 17 | 29 | 11 | 19 |
| *AVERAGE CLAIM RATING* | *24* | *20* | *27* | *22* | *22* | *29* | *13* | *23* |

Significantly **higher** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.
Significantly **lower** score than AVERAGE GENERAL CLAIM RATING at the 90% confidence level.


HAUSER & ASSOCIATES, INC.
market research & consulting


rb
HEALTH • HYGIENE • HOME

11

# Summary of Results: Q7 How <u>natural</u> do you think this product would be? (Mean Rating)

| | VMS Total (Q4) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | Mean | Mean | Mean | Mean | Mean | Mean | Mean | Mean |
| Clinically tested & proven | 61.6 | 63.2 | 63.2 | 61.7 | 62 | 65 | 57.3 | 62.4 |
| 100% natural ingredients | 80.9 | 76.2 | 81 | 78.8 | 80 | 79.3 | 79.4 | 82.4 |
| Clinically proven | 61.4 | 62 | 61.3 | 61.4 | 61.3 | 65.4 | 58.8 | 62.9 |
| Scientifically proven | 59.8 | 61 | 62.5 | 59.9 | 61.5 | 65.8 | 55.9 | 61 |
| Recommended by doctors | 61.8 | 62.4 | 61.9 | 62.6 | 62.4 | 64.9 | 59.7 | 62.7 |
| Proven active ingredients | 63.1 | 63.7 | 64.7 | 65.7 | 64 | 67.7 | 60.4 | 66.9 |
| Clinically Tested | 60.8 | 60.9 | 62.4 | 60.7 | 61.2 | 65.6 | 57.1 | 62.3 |
| Pure ingredients | 73.3 | 70.2 | 74.1 | 73.8 | 73.5 | 73.6 | 71.7 | 76.8 |
| Proven with published human clinical studies | 60.5 | 60.1 | 62.2 | 61.3 | 61.8 | 64.9 | 58.9 | 61.7 |
| All natural | 79.7 | 76.9 | 79 | 79.9 | 78.9 | 80 | 79.7 | 81.5 |
| Nature made it, science proved it | 71.1 | 69.7 | 72.2 | 70.9 | 70.4 | 73.7 | 67.3 | 73.2 |
| Nothing artificial | 75.1 | 72.4 | 74.3 | 72.7 | 75 | 75.1 | 74.4 | 77.5 |
| Trusted by health care professionals | 62.7 | 63.2 | 61.5 | 63.3 | 61.8 | 68.4 | 59.4 | 63.4 |
| Proven natural ingredients | 76.8 | 73.1 | 75.9 | 75.6 | 76.5 | 75.1 | 74.1 | 78.8 |
| Works naturally with your body | 70.3 | 69.7 | 69.6 | 70.7 | 69.9 | 73.1 | 67.6 | 75.4 |
| Clinically researched | 60.1 | 62 | 61.4 | 59.9 | 62.9 | 62.7 | 57.6 | 62.6 |
| Has been trusted around the world for more than 100 years | 64.5 | 65.3 | 65.4 | 66.8 | 64.2 | 70.6 | 60.2 | 68.9 |
| Clinically Studied | 60.3 | 61.7 | 62 | 60.4 | 60.4 | 65 | 58.8 | 61.3 |
| Carefully formulated by scientists | 58.2 | 60.4 | 58.9 | 58.4 | 60.2 | 63.4 | 55.6 | 59.3 |
| Made with naturally sourced ingredients | 74.1 | 72.3 | 74 | 75.6 | 73.2 | 74.9 | 69.9 | 75.6 |
| Carefully formulated by nutritionists | 65.7 | 65.5 | 65.9 | 65.6 | 64.9 | 70.2 | 62.6 | 66.7 |
| Recommended by nutritionists | 66.5 | 66.2 | 65.1 | 66.6 | 66.5 | 70.3 | 64.7 | 67.7 |
| Recommended by pharmacists | 60.6 | 61.6 | 61.6 | 61.5 | 61.4 | 64.7 | 60.1 | 61.6 |
| Clinically formulated | 58.2 | 60.3 | 60.1 | 58.4 | 60.7 | 63.6 | 56.6 | 58.7 |
| *AVERAGE CLAIM RATING* | *65.9* | *65.4* | *66.6* | *66.4* | *66.4* | *69.0* | *63.1* | *68.0* |



Most Natural



12

# Summary of Results: Q7 How **natural** do you think this product would be? (Mean Rating) Cont.

| | VMS Total (Q4) | Heart Health | Joint Health | Immunity | Digestive Health | Brain Health | General Health | Aging/Longevity |
|---|---|---|---|---|---|---|---|---|
| Base: Total respondents | (1,050) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | Mean | Mean | Mean | Mean | Mean | Mean | Mean | Mean |
| Backed by science | 59 | 59.5 | 59.8 | 59.2 | 59.5 | 63 | 56.6 | 60.4 |
| Non GMO | 68.4 | 66.8 | 67.9 | 69.9 | 69.5 | 69.5 | 62.5 | 70 |
| Trusted by generations | 63.6 | 64.1 | 66 | 65.5 | 63.3 | 68.4 | 60.1 | 65.3 |
| Made with whole foods | 70.9 | 69 | 71 | 71 | 72.4 | 73.2 | 66.8 | 73.3 |
| Science based approach | 57.7 | 58.1 | 59.4 | 58.7 | 59 | 62.4 | 55.2 | 60.1 |
| Developed by nutritionists | 66.3 | 65.2 | 68.2 | 66.4 | 66.3 | 70.4 | 63 | 68.5 |
| Organic | 74.3 | 72.9 | 73.7 | 74.2 | 76.3 | 74.9 | 71.9 | 77.5 |
| Natural alternative | 72.1 | 69.4 | 72.2 | 73.7 | 73.1 | 73.8 | 70.6 | 76.4 |
| Wholefood nutrition | 70.6 | 67.9 | 72.7 | 72 | 73.1 | 72.6 | 65.9 | 74.5 |
| Formulated with science in mind | 57.5 | 56.9 | 58.4 | 57.9 | 59.1 | 60.5 | 56.2 | 61 |
| Powered by nature | 72.5 | 70.5 | 73.5 | 72.4 | 71.2 | 73.5 | 68.8 | 75.1 |
| Rooted in science | 57.5 | 59.1 | 57.9 | 56.7 | 59.2 | 61.4 | 54.5 | 59.2 |
| Traditionally used | 64.9 | 64 | 65.2 | 67.2 | 63.7 | 69.5 | 60.8 | 68.2 |
| Based on Ancient Wisdom | 62.5 | 63.2 | 63.2 | 64.3 | 62.5 | 66 | 56.3 | 64.1 |
| AVERAGE CLAIM RATING | 65.9 | 65.4 | 66.6 | 66.4 | 66.4 | 69.0 | 63.1 | 68.0 |


HAUSER & ASSOCIATES, INC.
market research & consulting

13

# Summary of Results: Q8 to Q13 How natural do you think this product would be? (Mean Rating)

|  | TOTAL |
|---|---|
| Base: Total respondents | (1,050) |
|  | **Mean** |
| Homeopathic | 68.5 |
| VMS | 64.7 |
| Food | 63.9 |
| Nutritional Replacements *(such as protein shakes, bars, etc.)* | 58.5 |
| OTC | 49.5 |
| RX | 45.4 |
| *AVERAGE PRODUCT RATING* | *58.4* |





HAUSER & ASSOCIATES, INC.
market research & consulting

14

# Thank you for the opportunity to provide this research.
# Questions? Please do not hesitate to contact us at any time.



**Mike Becker**
*senior vice president*
Direct: 201.599.9559 • Mobile 201.966.3681
mbecker@hauserandassociates.com



**Adrienne Schmitt**
*senior vice president*
Direct: 201.599.9559 • Mobile 201.341.0043
aschmitt@hauserandassociates.com



HAUSER & ASSOCIATES, INC.

market research & consulting

*"Results on time, every time"*

140 Route 17 North
Paramus, NJ 07652
info@hauserandassociates.com
www.hauserandassociates.com

15