**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 20-cv-23564-MGC

|   |   |
|---|---|
| DAVID WILLIAMS, et al., | : |
|   | : |
|   | : |
|   | : |
| Plaintiffs, | : |
|   | : |
| vs. | : |
|   | : |
| RECKITT BENCKISER LLC, et al., | : |
|   | : |
|   | : |
| Defendants. | : |
|   | : |

**NOTICE OF WITHDRAWAL OF**
**TRUTH IN ADVERTISING, INC.'S SUPPLEMENTAL BRIEF**
**IN RESPONSE TO COURT'S AUGUST 18, 2021 ORDER [D.E. 113]**

I, Jon Polenberg, on behalf of Truth in Advertising, Inc., withdraw the Supplemental

Brief in Response to Court's August 18, 2021 Order [D.E. 113] filed on September 9, 2021,

due to errors in the filing.  Undersigned refiled the Supplemental Brief in Response with the

errors corrected [D.E. 114] on September 9, 2021 as a supplemental filing.

Dated: September 13, 2021              Respectfully,

                                       By: _____*s/ Jon Polenberg*_____
                                       Jon Polenberg, Esq.
                                       Florida Bar No.: 653306
                                       Becker & Poliakoff
                                       1 East Broward Blvd., Suite 1800
                                       Ft. Lauderdale, FL 33301
                                       Telephone: (954) 987-7550
                                       jpolenberg@beckerlawyers.com

                                           and

                                       Laura Smith, Legal Director
                                       (District of Conn. Bar No. ct28002, not admitted
                                       in Florida)
                                       Truth in Advertising, Inc.

115 Samson Rock Drive, Suite 2
Madison, CT 06443
Telephone: (203) 421-6210
lsmith@truthinadvertising.org

*Attorneys for Truth in Advertising, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which sent notification to all parties registered to

receive electronic notices via the Court's CM/ECF System.

*/s/ Jon Polenberg*
By:   Jon Polenberg, Esq.

15660594v.1