# Exhibit B

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA MIAMI DIVISION

| | |
|---|---|
| DAVID WILLIAMS, CAROLL ANGLADE, THOMAS MATTHEWS, MARITZA ANGELES, and HOWARD CLARK, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | CASE NO. 1:20-cv-23564-MGC<br><br>**SUPPLEMENTAL DECLARATION OF RACHEL SEXTON** |

I, Rachel Sexton, declare under penalty of perjury as follows:

1. I submit this Declaration as a supplement to my prior declaration submitted in this case, which was executed on August 13, 2021 (Dkt. No. 98-2). My experience, background and credentials, along with details of my employment with Reckitt Benckiser ("RB"), are as set forth in that previous Declaration. I am fully familiar with the facts contained herein, which are based upon my personal knowledge.

2. As I stated in my prior Declaration, I am aware of the pending Settlement in this action and the fact that it includes certain restrictions as to the marketing and labeling of RB's Neuriva Original, Neuriva Plus, and Neuriva De-Stress (collectively, "Neuriva") products.

3. The Settlement's principal requirement as to Neuriva's labeling and marketing is for Neuriva to no longer use the term "Clinically Proven" to refer to the product's ingredients and to instead state that the ingredients are "Clinically Tested." While RB was, and remains, of the view

that the "Clinically Proven" claim was true, substantiated, and non-misleading, in order to comply with the Settlement RB undertook the process of changing the label to remove that claim and replace it with the "Clinically Tested" language.

4. The lead time to revise product labeling is typically four to six months. This time is needed in order for the label to be designed, reviewed, approved by various stakeholders within the company and then printed. RB thus began the process to revise Neuriva labels in anticipation of the expected approval of the Settlement in this case on or about January 2021.

5. At the time that this label re-design took place, RB understood that the Settlement would permit the company to use the term "clinically shown" on the products' label—e.g. "clinical studies have shown" or words to that effect.

6. However, in re-designing the labels of Neuriva, RB elected to instead use the term "clinically tested" on the products' label in lieu of any reference to "clinically shown." So, while RB understood that it was permitted to use the term "clinically shown" under the terms of the Settlement—a claim that it believes is truthful and substantiated, and that RB does not consider to be in any way false or misleading— it elected not to do so in order for the "clinically tested" language to be used consistently on the label. Thus, the "clinically tested" language appears both on the front panel of Neuriva labels and on the products' side panels.

7. A true and correct copy of the revised Neuriva label described above is attached to this Declaration as Exhibit 1. As noted, the design process for this label begun on or about January 2021. The side-panel language for the label, which previously referred to "clinically proven" effects of the products' ingredients now refer to "clinically tested." So, for example, the side-panel of the revised Neuriva label states that Neurofactor® is "clinically tested to increase levels of the vital neuroprotein BDNF." The label likewise states that "Plant Sourced Sharp PS® is a phospholipid that is clinically tested to support memory and learning." The Neuriva label attached as Exhibit A is for the Neuriva Plus variety of Neuriva, but the labels for Neuriva Original and Neuriva De-Stress will be revised in the same fashion as the Neuriva Plus exemplar as to the use of the term "clinically tested."

8. As reflected on Exhibit 1, the revised Neuriva label was completed on June 25, 2021. The notation on the right-hand side of the full pre-production proof of the label stating "Date Work Performed: 06-25-21" refers to the completion of the label's design. There is a similar notation on the lower portion of the label itself, stating "062521." This also refers to the label's completion date. The label attached as Exhibit A is in a finished format that is scheduled to go into production later this year.

9. At the time the work on the redesigned Exhibit 1 Neuriva label was performed, RB was unaware that any person or entity had objected to the Settlement in this case and so RB's decision to use the term "clinically tested" throughout the label was not motivated, influenced or affected in any way by any such objectors. The first time I became aware of potential objectors to the Settlement was approximately the week of August 9, 2021, and thus well after this work to revise the Neuriva labels was completed.

10. I understand RB has agreed, in a revised version of the Settlement, to not use the term "shown" in reference to clinical studies on Neuriva labels or in ancillary marketing (e.g., "clinically shown") nor the term "Clinically Tested and Shown." RB has agreed to do so because the independently conducted label revision process referred to above had already determined not to use the term "shown."

I hereby declare under penalty of perjury under the laws of the state of New Jersey that the foregoing is true and correct and of my personal knowledge

Executed this 7th day of September, 2021, at Parsippany, New Jersey.

Rachel Sexton
RB Innovation & Strategy Director

# Exhibit 1

## Nature made it. Brains love it.

Our naturally sourced ingredients are GMO-free and clinically tested to help support brain health.* Disclaimer: **Neuriva**® won't make you a genius, but others might think you are.

**NEUROFACTOR® (COFFEE CHERRY)**
Made from the nutrient-rich fruit of the coffee cherry, this whole fruit extract is decaffeinated and clinically tested to increase levels of the vital neuroprotein BDNF, known to strengthen connections between brain cells.*

**PLANT-SOURCED SHARP PS® (PHOSPHATIDYLSERINE)**
60% of our brain's weight is lipids. Lipids are essential for proper brain function and our Plant-Sourced Sharp PS® is a phospholipid that is clinically tested to support memory and learning.*

**VITAMINS B6, B12 & FOLIC ACID**
Key nutrients to support brain health & cognitive function*

**Neuriva is:**
- Decaffeinated
- GMO-Free
- Vegetarian
- Gluten-Free

**Do more for your brain**

Download on the App Store | Get it on Google Play

Get Braining! Download our FREE Neuriva® Brain Gym app to start assessing your skills and building your brain fitness routine. Use the redemption code on the top of the bottle for premium access and to receive rewards points!

★ THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

**CLINICALLY TESTED**
NATURALLY SOURCED INGREDIENTS‡

Schiff

ANTI-THEFT PACKAGE

# neuriva®

BRAIN HEALTH*

FUELS 6 INDICATORS OF BRAIN HEALTH*

## Plus

+Vitamins B6, B12 & Folic Acid
✓ Focus ✓ Memory ✓ Learning ✓ Accuracy ✓ Concentration ✓ Reasoning

**36 CAPSULES** ONE CAPSULE A DAY DIETARY SUPPLEMENT

062521 3202230

6 47865 99622 4

**DIRECTIONS:** Adults (18 years and older) take one (1) capsule daily.

**Supplement Facts**
Serving Size 1 Capsule

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin B6 (as pyridoxine hydrochloride) | 1.7 mg | 100% |
| Folate | 680 mcg DFE (400 mcg folic acid) | 170% |
| Vitamin B12 (as cyanocobalamin) | 2.4 mcg | 100% |
| Coffee Fruit Extract (*Coffea arabica*) | 200 mg | † |
| Phosphatidylserine | 100 mg | † |

†Daily Value not established.

**Other Ingredients:** capsule (hydroxypropyl methylcellulose, carrageenan, titanium dioxide, pectin), microcrystalline cellulose, rice bran, silicon dioxide, magnesium stearate

**CONTAINS SOY.**

**Distributed by:**
RB Health (US), LLC
Parsippany, NJ
07054-0224

HEALTH • HYGIENE • HOME
Patents: www.rb.com/patents

©2021 RB Health

For information call: 1-800-526-6251
**www.neuriva.com**

**Do not take if pregnant, breastfeeding, on medication, or with a known medical condition unless you have consulted a physician.**

**KEEP OUT OF REACH OF CHILDREN.**

Protected with a tamper evident seal. Do not use if seal under cap is broken or missing. Store in a cool, dry place with lid tightly closed and protected from light.
‡Coffee Cherry & Plant-Sourced Sharp PS®

★ THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

## Fuels 6 indicators of brain health*

1. **FOCUS** Zoom in and filter out distractions
2. **MEMORY** Record and recall stored information better
3. **LEARNING** Retain and integrate new information
4. **ACCURACY** React with greater speed and precision
5. **CONCENTRATION** Stay on task longer
6. **REASONING** Think and understand things in a logical way

## Do more for your brain

We're the brain's biggest fan, so we're on a mission to help all brains be the best they can be. Which is why we didn't just stop with an awesome supplement. Our holistic brain-health regimen includes tips, tools and training designed to help you do more for your brain.

**Because when your brain wins, you win.**

Learn more at neuriva.com

NO VARNISH GLUE AREA

NO VARNISH GLUE AREA

NO VARNISH GLUE AREA

9.094

9.969

JOB# 7468

KIELCOM GROUP, INC
tel: 212.737.1463
linda@kielcom.com

**FILE INFORMATION**

**Description:** Neuriva Plus 36ct Capsules Carton for Walmart - 2021 (21.0233)

**Drawing #:** D8219974

**Size (Flat):** 9.969” w x 9.094” h

**Software:** Adobe Illustrator CC 2019

**Date Work Performed:** 06-25-21

**Colors Used:** PROCESS CYAN, PROCESS MAGENTA, PROCESS YELLOW, PROCESS BLACK, PANTONE 7220, PANTONE 8381, UV GLOSS VARNISH, UV MATTE VARNISH, EMBOSS

**Fonts Used:** Butler, Effra, Helvetica, Helv Neue, Helv Neue Cond, Knockout, OCRB, Zapf Dingbats

**Additional Information:** RB Item #: 3202230 PO#: 4501625442
TDS #: 3075817

**Printer:** Olympak **Print Method:** Litho

**Printer is responsible for the printability of the bar code given the specific press conditions.**

**Minimum Point Size And Height**

| Supplement Facts | Height | Point Size |
|---|---|---|
| Amount per serving / % Daily Value | 0.06 in | 6 pt |
| Ingredients | 0.08 in | 8 pt |
| Text relating to ingredients | 0.08 in | 8 pt |
| All text under Supplement Facts table | 0.06 in | 6 pt |
| **Body Text** | **Height** | **Point Size** |
| Minimum size of all other copy | 0.06 in | 6 pt |
| **Net Contents** | **Height** | **Point Size** |
| | .19/.11 in | 18.2/12 pt |
| **Statement of Identity** | **Height** | **Point Size** |
| | .11 in | 12 pt |

This box is 1/2 x 1/2 inch square

Front PDP in square inches: 14.28
Rear PDP in square inches: 14.28

