**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-23564-MGC**

DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

RECKITT BENCKISER LLC and RB HEALTH (US) LLC,

    Defendants.

**DEFENDANTS' NOTICE REGARDING FULLY EXECUTED
FIRST AMENDED SETTLEMENT AGREEMENT**

On September 13, 2021, Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("RB") filed a Notice Regarding First Amended Settlement Agreement, which included as Exhibit A the parties' First Amended Settlement Agreement and Release ("Amended Settlement Agreement") containing "[a]ll relevant signatures . . . with the exception of one (of two) remaining signature from RB, which was unavailable at time of filing for logistical reasons." ECF No. 116, n. 1. The Notice stated that "RB will update its filing promptly with that final signature as soon as it is received," *id.*, and RB hereby submits as Exhibit A to this filing the final remaining signature, which was received on September 15, 2021. The Amended Settlement Agreement is therefore deemed fully executed as of September 15, 2021.

Dated:  September 15, 2021                     Respectfully Submitted,

*/s/ Lori P. Lustrin*
Melissa C. Pallett-Vasquez, Esq.
Florida Bar No.: 715816
Lori P. Lustrin, Esq.
Florida Bar. No.: 59228
**BILZIN SUMBERG BAENA PRICE**
 **& AXELROD LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida  33131-3456
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593
Email:  mpallett@bilzin.com
Email:  llustrin@bilzin.com

*/s/ David T. Biderman*
David T. Biderman, *Pro Hac Vice*
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California  90067-1721
Telephone:  (310) 788-9900
Facsimile:  (310) 788-3399
Email:  DBiderman@perkinscoie.com

Charles C. Sipos, *Pro Hac Vice*
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101-3099
Telephone:  (206) 359-3983
Facsimile:  (206) 359-4983
Email:  CSipos@perkinscoie.com

*Counsel for Defendants*
*Reckitt Benckiser LLC and RB Health (US) LLC*

-2-

-3-

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Lori P. Lustrin*
Lori P. Lustrin
