# Exhibit A

By: _____ 9/15/2021
    Yuri Hermida
E. Yuri Hermida
Defendant Reckitt Benckiser LLC

By: _____ 9/13/2021
Greg Chabidon
Defendant RB Health (US) LLC

By: _____

David T. Biderman
Counsel for Defendants Reckitt Benckiser
LLC and RB Health (US) LLC

27