# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| DAVID WILLIAMS, CAROLL ANGLADE, THOMAS MATTHEWS, MARITZA ANGELES, and HOWARD CLARK, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | CASE NO. 1:20-cv-23564-MGC |

### SUPPLEMENTAL DECLARATION OF DANIEL K. BRYSON REGARDING UPDATED CLAIMS INFORMATION AS OF JANUARY 10, 2022

I, DANIEL K. BRYSON, hereby declare as follows:

1. I am Co-Lead Settlement Class Counsel for Plaintiffs in this action. I make this Supplemental Declaration to update the Court on the status of submitted claims in this matter. I have actively participated in the conduct of this litigation, have personal knowledge of the matters set forth herein, and if called to testify, could and would testify competently thereto.

2. My firm, Milberg Coleman Bryson Phillips Grossman, PLLC,[1] along with Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., Shub Law Firm LLC, and Bursor & Fisher, P.A. (collectively "Class Counsel") have principally litigated this case.

3. On August 13, 2021, Plaintiffs submitted my Supplemental Declaration that notified the Court that, as of August 13, 2021, there were 22,706 claims submitted to the Settlement Administrator. DE 94-1 at ¶ 18.

---

[1] The firms Whitfield Bryson LLP, and Greg Coleman Law, PC, recently merged to form Milberg Coleman Bryson Phillips Grossman, PLLC. Additionally, during the pendency of this case Nick Suciu left Barbat Mansour Suciu & Tomina PLLC and joined Milberg Coleman Bryson Phillips Grossman, PLLC.

4. On August 16, 2021, Plaintiffs gave notice of filing the Declaration of Brian Devery, Esq., of Angeion Group. DE 101. The Devery Declaration identified that a total of 23,569 claims had been filed as of August 16, 2021, and provided the total value requested. DE 101-1, ¶ 10.

5. On October 21, 2021, Plaintiffs filed, with permission from Magistrate Judge Goodman, the Supplemental Declaration of Daniel K. Bryson Regarding Updated Claims Information. [DE 130] As of October 14, 2021, the Settlement Administrator had received a total of 50,634 claims requestion a maximum monetary benefit of $935,332.50

6. Since October 14, 2021, Settlement Class Members continue to file claims. To update the Court as to current claims totals, a member of Class Counsel requested that the Settlement Administrator supply updated claims data, which is produced below.

7. As of January 10, 2022, the Settlement Administrator has received a total of 59,877 claims. Of the submitted claims, 58,915 claims were submitted through the settlement website (https://www.rbsettlement.com) and 962 claims were submitted via USPS. For the reasons stated in the Devery Declaration (DE 101-1, ¶ 4), the submitted claims have not yet been reviewed for completeness, deduplication, or fraud determination.

[continued on following page]

8. Under the Settlement, class members with proof of purchase may submit a claim for two purchased products for a maximum benefit of $65.00 (up to $32.50 per product), while class members without proof of purchase may file a claim for up to four purchased products for a maximum benefit of $20.00 ($5.00 per product). After applying the requested benefits per claim, the currently requested claims total approximately $1,109,182.50. A summary chart is below:

| Claims Types | Total Claims | Total Neuriva Products[2] | Maximum Monetary Benefits Requested To Date |
|---|---|---|---|
| With Documentation | 962 | 1,719 | $55,867.50 |
| Without Documentation | 58,915 | 210,663 | $1,053,315.00 |
| Total | 59,877 | 212,382 | $1,109,182.50 |

[continued on following page]

---

[2] As reflected below, some claims have been submitted listing "0" products purchased. These claims have been included in the "total claims" column, but these claims do not contribute to either the "Total Neuriva Products" or "Maximum Monetary Benefits Requested To Date" columns.

**Claims Without Proof of Purchase – As of January 10, 2022**

9. As of January 10, 2022, the Settlement Administrator has received 58,915 claims that do not purport to include proof of purchase. A chart reflecting the categories[3] of submitted claims without proof of purchase is provided below.

| Number of Products Purchased | Claims | Percentage of Claims | Maximum Total Value Requested |
|---|---|---|---|
| 4 | 46,431 | 79% | $928,620.00 |
| 3 | 5,039 | 9% | $75,585.00 |
| 2 | 3,875 | 7% | $38,750.00 |
| 1 | 2,072 | 4% | $10,360.00 |
| 0 | 1,498 | 3% | $0.00 |
| Total[4] | 58,915 | 100% | $1,053,315.00 |

10. As reflected in the chart above, there have been 1,498 claimants who selected "0" for the number of products purchased. As explained in the Devery Declaration (DE 101-1, ¶ 7), these claimants likely will cure the deficiency, or the claims will represent duplicate submissions.

---

[3] The total number of products claimed for the claims submitted via USPS ("paper claims") have not yet been determined. To provide a good faith estimate, the Settlement Administrator applied the percentage of claims submitted online to those submitted as paper claims. For example, 78% of the total claims submitted online for those without proof of purchase reflected purchases of four products or more. Accordingly, the Settlement Administrator estimated that 78% of paper claims submitted without proof of purchase also involved purchases of four products.

[4] The total reflected in the table for claims without proof of purchase is eight (8) claims higher than the actual total of claims without proof of purchase shown in the immediately preceding summary chart. The reason for this discrepancy is due to the estimating described in footnote 3 for paper claims.

**Claims With Proof of Purchase – As of January 10, 2022**

11.     As of January 10, 2022, the Settlement Administrator has received 962 claims that purport to include proof of purchase. A chart reflecting the categories of submitted claims with proof of purchase is provided below.

| Number of Products Purchased | Claims | Percentage of Claims | Maximum Total Value Requested |
|---|---|---|---|
| 2 or More | 786 | 82% | $51,090.00 |
| 1 | 147 | 15% | $4,777.50 |
| 0 | 29 | 3% | $0.00 |
| Total | 962 | 100% | $55,867.50 |

12.     As with the previous chart, some claimants selected "0" for the number of products purchased. As explained in the Devery Declaration (DE 101-1, ¶ 9), the Settlement Administrator will review and determine whether to submit deficiency notices, deduplicate claims, or take other appropriate action.

13.     I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 12th day of January, 2022.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
