UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23564-Civ-COOKE/GOODMAN

DAVID WILLIAMS, *et al.*,

    Plaintiffs,

vs.

RECKITT BENCKISER LLC, and
RB HEALTH (US) LLC,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

    THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 133), on Plaintiffs' motion for final approval of a class settlement (ECF No. 69).

    In his thorough and well-reasoned R&R, Judge Goodman recommends that this Court approve the proposed national class settlement and grant Plaintiffs' motion. Theodore Frank filed objections to the R&R, and Plaintiffs and Defendants filed responses to the objections.

    The Court has considered Judge Goodman's Order, Theodore Frank's objections thereto, and conducted a *de novo* review—even though Defendants are of the opinion that a *de novo* review is unwarranted. Upon review, Judge Goodman's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. The motion for final approval of settlement is **GRANTED** in the manner set forth in the R&R.

    **DONE and ORDERED** in Chambers, in Miami, Florida, this 16th day of March 2022.

*[Signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*