UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-cv-23564-MGC

DAVID WILLIAMS and CAROLL
ANGLADE, THOMAS MATTHEWS,
MARTIZA ANGELES, and HOWARD
CLARK, *on behalf of himself and all others similarly situated*,

 Plaintiffs,

v.

RECKITT BENCKISER LLC and
RB HEALTH (US) LLC,

 Defendants.

Theodore H. Frank,

Objector.

_____/

## NOTICE OF APPEAL

Objector Theodore H. Frank appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Adopting Magistrate's Report and Recommendation (Dkt. No. 140), entered on March 17, 2022; and all opinions and orders that merge therein.

Date: April 15, 2022                    Respectfully submitted,

                                        */s/ John M. Andren*
                                        John M. Andren
                                        HAMILTON LINCOLN LAW INSTITUTE
                                        CENTER OF CLASS ACTION FAIRNESS
                                        1629 K Street, NW
                                        Washington, DC 20006
                                        Phone: 703-582-2499
                                        Email: john.andren@hlli.org

1

M. Frank Bednarz (*pro hac vice*)
IL ARDC No. 6299073
HAMILTON LINCOLN LAW INSTITUTE
CENTER OF CLASS ACTION FAIRNESS
1145 E. Hyde Park Blvd. Unit 3A
Chicago, IL 60615
Phone: 801-706-2690
Email: frank.bednarz@hlli.org

Matthew Seth Sarelson
DHILLON LAW GROUP, INC.
2100 Ponce De Leon Blvd. Ste 1290
Coral Gables, FL 33134
Telephone: 305-773-1952
Email: Msarelson@dhillonlaw.com

*Attorneys for Objector Theodore H. Frank*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed with the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                  */s/ John M. Andren*
                                                  John M. Andren