UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:20-cv-23564-RS**

DAVID WILLIAMS, CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

RECKITT BENCKISER LLC and RB HEALTH (US) LLC,

    Defendants.

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Plaintiffs David Williams, Caroll Anglade, Thomas Matthews, Martiza Angeles, and Howard Clerk request a status conference with the Court with respect to the decision of the 11th Circuit vacating the Court's final approval of the class action settlement entered into by the parties and remanding for further proceedings.

1. This case, brought as a class action by Plaintiffs David Williams, Caroll Anglade, Thomas Matthews, Martiza Angeles, and Howard Clark, alleged that defendants Reckitt Benckiser LLC and RB Health (US) LLC engaged in false and misleading advertising of their Neuriva line of products, including Neuriva Original, Neuriva Plus, and Neuriva De-Stress.

2. The parties entered into a settlement agreement that provided the settlement class with both monetary benefits and injunctive relief requiring changes to Defendants' advertising. Magistrate Judge Jonathan Goodman recommended final approval of the settlement in a Report and Recommendations filed December 15, 2021. An objector to the

settlement, Theodore Frank, opposed adoption of the Report and Recommendation. On March 17, 2022, Judge Marcia G. Cooke entered an order adopting the Report and Recommendations and granting final approval of the settlement. Mr. Frank filed a notice of appeal on April 15, 2022.

3. Notice to the settlement class members of the settlement was provided and claims were received by the court-appointed settlement class administrator through the deadline set forth in finally approved settlement.

4. On April 12, 2023, the Eleventh Circuit entered an opinion concluding that Plaintiffs lacked Article III standing to seek injunctive relief and that the District Court, consequently, lacked jurisdiction to grant the injunctive relief included in the parties' settlement. The Eleventh Circuit, therefore, vacated the District Court's approval of the settlement agreement and remanded the case to this Court for further proceedings, including analysis of whether any new settlement agreement reached by the parties is "fair, reasonable, and adequate" under Federal Rule of Civil Procedure 23(e)(2). The opinion also identified issues unrelated to the injunctive relief that the District Court should consider on remand. On August 16, 2023, the Eleventh Circuit denied Plaintiffs' petition for rehearing en banc (with panel rehearing), and the mandate issued on August 24, 2023. Plaintiffs ultimately decided not to seek review by the Supreme Court.

5. This case has been reassigned to Judge Rodney Smith. While the parties intend to enter into a new settlement agreement, it would be helpful to have a status conference with the Court to confirm how the Court would prefer to proceed in light of the issues identified by the Eleventh Circuit and the notice previously provided to the proposed settlement class members. Plaintiffs, therefore, respectfully request that the Court schedule a status conference

when convenient for the Court.

Dated: December 20, 2024          Respectfully submitted,

By:   /s/ Jonathan B. Cohen
Jonathan B. Cohen (Fla. Bar No. 27620)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
3833 Central Avenue
St. Petersburg, FL 33713
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
jcohen@milberg.com

Daniel K. Bryson
Martha A. Geer
Patrick M. Wallace
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: 919-600-5035
dbryson@milberg.com
mgeer@milberg.com
pwallace@milberg.com

Nick Suciu
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Telephone:(313) 303-3472
nsuciu@milberg.com

Matthew D. Schultz (Fla. Bar No. 640326)
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140
mschultz@levinlaw.com

3

L. Timothy Fisher
**BURSOR & FISHER, P.A.**
1990 North California Blvd, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
ltfisher@bursor.com

Sarah N. Westcot
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
swestcot@bursor.com

Jonathan Shub
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
jshub@shublawyers.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

/s/ Jonathan B. Cohen
Jonathan B. Cohen