UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-23564-SMITH

DAVID WILLIAMS, *et al.*,

    Plaintiffs,

v.

RECKITT BENCKISER LLC, *et al.*,

    Defendants.
_____/

## ORDER OF REFERENCE

This cause is before the Court on Plaintiffs' Motion for Status Conference [DE 148] and the Eleventh Circuit's Mandate [DE 146]. Upon consideration, it is

**ORDERED** that Plaintiffs' Motion for Status Conference **[DE 148]** is **REFERRED** to Magistrate Judge Goodman for appropriate ruling.

DONE and ORDERED in Fort Lauderdale, Florida, this 11th day of February, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record