IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-23564-RS

**DAVID WILLIAMS, CAROLL ANGLADE,
THOMAS MATTHEWS, MARITZA
ANGELES, HOWARD CLARK**

    Plaintiffs,

v.

**RECKITT BENCKISER LLC,
RB HEALTH (US) LLC**

    Defendants,

**THEODORE H. FRANK,**

    Objector.

_____/

**NOTICE OF CHANGE OF ADDRESS**

Please note undersigned counsel's new address at 1601 Forum Place, Suite 403, West Palm Beach, Florida 33401. All other information remains unchanged.

                                                                  */s/ Matthew Sarelson, Esq.*
                                                                  Matthew S. Sarelson
                                                                  **DHILLON LAW GROUP, INC.**
                                                                  1601 Forum Place, Suite 403
                                                                  West Palm Beach, Florida 33401
                                                                  305-773-1952
                                                                  Florida Bar No.: 888281
                                                                  Email: msarelson@dhillonlaw.com