UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23564-CIV-SMITH/GOODMAN

DAVID WILLIAMS, et al.,

    Plaintiffs,

v.

RECKITT BENCKISER LLC, et al.,

    Defendants.
_____/

## POST-HEARING ADMINISTRATIVE ORDER

On February 25, 2025, the Undersigned held a status conference via Zoom [ECF No. 151] to coordinate a filing schedule pursuant to the Eleventh Circuit's mandate [ECF No. 146] and the parties' Joint Motion for Status Conference Hearing [ECF No. 148]. United States District Judge Rodney Smith referred the matter to me "for an appropriate ruling." [ECF No. 149].

**IT IS ORDERED AND ADJUDGED** that the parties must adhere to the following deadlines absent further Court Order:

    1.    If Plaintiffs are going to amend their Complaint, then they must file a motion to amend their Complaint **by March 27, 2025**.

    2.    The parties must file their fully executed revised settlement agreement on CM/ECF **45 days after** Plaintiffs' Amended Complaint is filed.

3.   The parties shall submit memoranda (either joint or separate) on whether the Court should first (and separately) evaluate a class certification motion *before* addressing a motion to approve a class settlement. This memoranda must be filed **within seven days after** the fully executed revised settlement agreement is filed on CM/ECF.

4.   Depending on how the Court rules following review of the parties' memoranda, the parties must file either a motion for class certification **only** or a motion for approval of settlement agreement with an incorporated motion to certify the class. The motion(s) will be due **30 days after** the Court issues a ruling on whether the parties should *first* and *separately* file a motion for class certification.

5.   The parties shall jointly file a motion for a status conference hearing to determine future deadlines **within seven days after** the Court files its ruling on the issue discussed in numbered paragraph 3.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on February 25, 2025.

Jonathan Goodman
CHIEF UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Rodney Smith
All Counsel of Record