UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | CASE NO. 1:20-cv-23564-RS |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court on Defendants Reckitt Benckiser LLC and RB Health (US) LLC's ("Defendants") Unopposed Motion for Extension of Time to Respond to the Second Amended Consolidated Amended Class Action Complaint [DE 161] (the "Motion"), and this Court having considered the Motion and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that the Motion [DE 161] is **GRANTED**. Defendants shall have through and including May 15, 2025, to respond to the Second Amended Consolidated Amended Class Action Complaint. Alternatively, if the parties file an amended nationwide class action settlement agreement on or before May 15, 2025, Defendants are therefore relieved from the requirement to answer or otherwise respond to the Second Amended Consolidated Amended Class Action Complaint.

**DONE AND ORDERED** in Fort Lauderdale, FL this 10th day of April, 2025.

**RODNEY SMITH
UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record