**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

DAVID WILLIAMS and CAROLL
ANGLADE, THOMAS MATTHEWS,
MARTIZA ANGELES, and HOWARD
CLARK, *individually, and on behalf of other*
*similarly situated individuals*,

        Plaintiffs,

v.

RECKITT BENCKISER LLC and RB
HEALTH (US) LLC,

        Defendants.

CASE NO. 1:20-cv-23564-RS

---

**DEFENDANTS RECKITT BENCKISER LLC AND RB HEALTH (US) LLC'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE**
**<u>SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Defendants Reckitt

Benckiser LLC and RB Health (US) LLC ("Defendants") respectfully request an extension of time

to respond to the Second Consolidated Amended Class Action Complaint filed by Plaintiffs David

Williams, Carroll Anglade, Thomas Matthews, Martiza Angeles, and Howard Clark, individually

and on behalf of other similarly situated individuals ("Plaintiffs"). In support, Defendants state:

1.      Plaintiffs filed their initial Complaint in this action on August 26, 2020.

2.      After Defendants filed a motion to dismiss, Plaintiffs filed an Amended Class

Action Complaint on December 1, 2020.

3.      After Defendants responded again with a motion to dismiss, Plaintiffs sought and

were granted leave to file a Consolidated Amended Class Action Complaint, consolidating several

similar matters pending outside this District. The Consolidated Amended Class Action Complaint

was filed on January 27, 2021.

4.      In lieu of Defendants filing another motion to dismiss or otherwise responding to the operative complaint, the parties entered into a nationwide class action settlement. Plaintiffs filed an unopposed motion for preliminary approval of that settlement agreement.

5.      After extensive briefing, the Court granted final approval of the parties' operative nationwide class action settlement agreement on March 17, 2022.

6.      The final approval order was appealed, and the Eleventh Circuit Court of Appeals reversed the order and remanded the matter in a ruling dated August 24, 2023.

7.      On remand, the Court held a status conference in which the parties shared their intent to file an amended nationwide class action settlement agreement in line with instructions in the Eleventh Circuit's ruling. The Court then ordered Plaintiffs to file a motion for leave to amend, which motion the Court granted on March 28, 2025.

8.      On March 31, 2025, Plaintiffs filed the Second Consolidated Amended Class Action Complaint (ECF No. 160), now the operative complaint in this Action.

9.      Defendants' response to the Second Consolidated Amended Class Action Complaint is due on April 14, 2025.

10.     Given that the parties are currently negotiating an amended nationwide class action settlement agreement, which will be filed on or before May 15, 2025, pursuant to court order, Defendants request that the deadline to respond to the Second Consolidated Amended Class Action Complaint be due the same day—May 15, 2025—or, alternatively, that the Court vacate the requirement to respond to the Second Consolidated Amended Class Action Complaint should the parties file an amended nationwide class action settlement agreement by May 15, 2025.

11.     This Motion is brought in good faith and not with the purpose of delay, the granting of this extension of time will not prejudice the parties or the litigation, and Plaintiffs have agreed to the requested relief.[1]

**WHEREFORE**, Defendants respectfully request that the Court enter the proposed Order filed concurrently herewith, granting Defendants an extension of time to respond to the Second Consolidated Amended Class Action Complaint by May 15, 2025, or alternatively, vacating the requirement to respond to the Second Consolidated Amended Class Action Complaint should the parties file an amended nationwide class action settlement agreement by May 15, 2025.

## CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

I HEREBY CERTIFY that on April 9, 2025, Defendants' counsel conferred with Plaintiffs' counsel in a good-faith effort to resolve by agreement the issues raised in this Motion. Plaintiffs' counsel does not object to the relief sought.

Dated: April 10, 2025

Respectfully Submitted,

*/s/ Melissa Pallett-Vasquez*
Melissa C. Pallett-Vasquez
Florida Bar No.715816
MPallett@bilzin.com
Lori P. Lustrin
Florida Bar No.: 59228
LLustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL  33131
Telephone:  (305) 374-7580

---

[1] This motion is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction pursuant to Rule 12(b)(2).

Facsimile:  (305) 351-2195

David T. Biderman, *pro hac vice*
DBiderman@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:  (310) 788-9900
Facsimile:  (310) 788-3399

Charles C. Sipos, *pro hac vice*
CSipos@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Ave, Suite 4900
Seattle, WA 98101
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000

*Counsel for Defendants Reckitt Benckiser LLC
and RB Health (US) LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's EM/ECF system.

/s/ *Melissa Pallett-Vasquez*
Melissa C. Pallett-Vasquez