IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *individually, and on behalf of other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER LLC and RB HEALTH (US) LLC, <br><br> Defendants. | CASE NO. 1:20-cv-23564-RS |

**DEFENDANTS RECKITT BENCKISER LLC AND RB HEALTH (US) LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED NATIONWIDE CLASS ACTION SETTLEMENT AGREEMENT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants") respectfully request an extension of time to file an amended nationwide class action settlement agreement and a second extension of time to, in the alternative if a settlement cannot be reached, respond to the Second Consolidated Amended Class Action Complaint filed by Plaintiffs David Williams, Carroll Anglade, Thomas Matthews, Martiza Angeles, and Howard Clark, individually and on behalf of other similarly situated individuals ("Plaintiffs"). In support, Defendants state:

1. On April 11, 2025, the Court entered an Order [D.E. 162] granting Defendants' Unopposed Motion for Extension of Time [D.E. 161] and provided Defendants through and including May 15, 2025, to respond to Plaintiffs' Second Amended Consolidated Class Action Complaint or, alternatively, to file an amended nationwide class action settlement agreement,

1

which would relieve Defendants from the requirement to respond to the Second Amended Consolidated Class Action Complaint.

2. Over the past several weeks, the parties have continued to meaningfully and productively negotiate the amended nationwide class action settlement agreement. However, the parties are in need of additional time to finalize the same, due in part to the complexity of the settlement agreement and history in this matter as well as the number of parties and their respective counsel involved who need to sign off on such agreement.

3. Accordingly, Defendants request a thirty-day extension of time to file an amended nationwide class action settlement agreement, through and including June 13, 2025, or to respond to the Second Amended Consolidated Class Action Complaint should the parties not file an amended nationwide class action settlement agreement by June 13, 2025.

4. This Motion is brought in good faith and not with the purpose of delay, the granting of this extension of time will not prejudice the parties or the litigation, and Plaintiffs have agreed to the requested relief.[1]

**WHEREFORE**, Defendants respectfully request that the Court enter the proposed Order filed concurrently herewith, granting Defendants an extension of time to file an amended nationwide class action settlement agreement, through and including June 13, 2025, or to respond to the Second Amended Consolidated Class Action Complaint should the parties not file an amended nationwide class action settlement agreement by June 13, 2025.

---

[1] This motion is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction pursuant to Rule 12(b)(2).

## CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

I HEREBY CERTIFY that on May 14, 2025, Defendants' counsel conferred with Plaintiffs' counsel in a good-faith effort to resolve by agreement the issues raised in this Motion. Plaintiffs' counsel does not object to the relief sought.

Dated: May 14, 2025

Respectfully Submitted,

/s/ DRAFT
Melissa C. Pallett-Vasquez (Bar No. 715816)
MPallett@bilzin.com
Lori P. Lustrin (Bar No.: 59228)
LLustrin@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL  33131
Telephone:  (305) 374-7580
Facsimile:  (305) 351-2195

David T. Biderman, *pro hac vice*
DBiderman@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:  (310) 788-9900
Facsimile:  (310) 788-3399

Charles C. Sipos, *pro hac vice*
CSipos@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Ave, Suite 4900
Seattle, WA 98101
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000

*Counsel for Defendants Reckitt Benckiser LLC and RB Health (US) LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's EM/ECF system.

                                                  /s/ *Melissa Pallett-Vasquez*
                                                  Melissa C. Pallett-Vasquez