UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | CASE NO. 1:20-cv-23564-RS |

**[PROPOSED] ORDER GRANTING DEFENDANTS RECKITT BENCKISER LLC AND RB HEALTH (US) LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED NATIONWIDE CLASS ACTION SETTLEMENT AGREEMENT**

THIS MATTER having come before the Court on Defendants Reckitt Benckiser LLC and RB Health (US) LLC's ("Defendants") Unopposed Motion for Extension of Time to File an Amended Nationwide Class Action Settlement Agreement (the "Motion"), and this Court having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that the Motion is **GRANTED**. The Parties shall have through and including June 13, 2025, to file an amended nationwide class action settlement agreement, which shall relieve Defendants from the requirement to respond to the Second Amended Consolidated Class Action Complaint. Alternatively, if the parties do not file an amended nationwide class action settlement agreement on or before June 13, 2025, Defendants shall have through and including June 13, 2025, to respond to the Second Amended Consolidated Class Action Complaint.

**DONE AND ORDERED** this ____ day of _____, 2025 in Miami, Florida.

_____
THE HONORABLE RODNEY SMITH
U.S. DISTRICT COURT JUDGE

cc: All Counsel of Record