**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-CV-23564-RS**

DAVID WILLIAMS, CAROLL
ANGLADE, THOMAS
MATTHEWS, MARTIZA
ANGELES, and HOWARD
CLARK, individually and on behalf
of all others similarly situated,

     Plaintiffs,

     v.

RECKITT BENCKISER LLC and
RB HEALTH (US) LLC,

     Defendants.

## MOTION TO WITHDRAW AS COUNSEL

1.     Pursuant to Local Rule 11.1(d)(3)(A), Attorney Rachel Soffin respectfully moves this Court for an Order to withdraw as counsel of record for Plaintiffs David Williams, Caroll Anglade, Thomas Matthews, Martiza Angeles, and Howard Clerk ("Plaintiffs") in the above-captioned action and to be removed from the CM/ECF notification list in this matter. The undersigned is no longer employed at the firm Milberg Coleman Bryson Phillips Grossman PLLC ("Milberg").

2.     No substitution of counsel is necessary, and the undersigned's withdrawal will not cause any delay or prejudice in the case, because Plaintiffs will continue to be represented by the remaining Counsel as reflected in the signature block below.

DATED: May 20, 2025

                                      **MILBERG COLEMAN BRYSON**
                                      **PHILLIPS GROSSMAN PLLC**
                                      Rachel Soffin

                                        By: */s/ Rachel Soffin*

Rachel Soffin
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
3833 Central Avenue
St. Petersburg, Florida 33713
T: 865-247-0080
rsoffin@milberg.com

Jonathan B. Cohen (Fla. Bar No. 27620)
MILBERG    COLEMAN    BRYSON
PHILLIPS GROSSMAN, PLLC
3833 Central Avenue
St. Petersburg, FL 33713
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
jcohen@milberg.com

Daniel K. Bryson
Martha A. Geer
Patrick M. Wallace
MILBERG    COLEMAN    BRYSON
PHILLIPS GROSSMAN, PLLC
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: 919-600-5035
dbryson@milberg.com
mgeer@milberg.com
pwallace@milberg.com

Nick Suciu
MILBERG    COLEMAN    BRYSON
PHILLIPS GROSSMAN, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Telephone:(313) 303-3472
nsuciu@milberg.com

Matthew   D.   Schultz   (Fla.   Bar   No.
640326)
LEVIN,  PAPANTONIO,  PROCTOR,
BUCHANAN,  O'BRIEN,  BARR  &
MOUGEY, P.A.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140

Facsimile: (850) 436-6140
mschultz@levinlaw.com

L. Timothy Fisher
BURSOR & FISHER, P.A.
1990 North California Blvd, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
ltfisher@bursor.com

Sarah N. Westcot
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
swestcot@bursor.com

Jonathan Shub
SHUB & JOHNS LLC
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
jshub@shublawyers.com

## CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

I HEREBY CERTIFY that on May 20, 2025, Plaintiffs' counsel conferred with Defendants'

counsel in a good-faith effort to resolve by agreement the issues raised in this Motion. Defendants'

counsel does not object to the relief sought.

Dated: May 20, 2025                                    */s/ Rachel Soffin*
                                                       Rachel Soffin

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, I caused the foregoing to be filed via the Court's

electronic filing system which will notify all counsel of record of the same.

/s/ *Rachel Soffin*
Rachel Soffin