# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-CV-23564-RS

DAVID WILLIAMS, CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

RECKITT BENCKISER LLC and RB HEALTH (US) LLC,

    Defendants.

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**IT IS HEREBY ORDERED** that the Motion of Rachel Soffin of Milberg Coleman Bryson Phillips Grossman PLLC to Withdraw as Counsel in the above-captioned action is granted. Counsel shall be removed from the CM/ECF notification system in this case.

**DONE AND ORDERED** this ___ day of _____, 2025 in Miami Florida.

                                                                 _____
                                                                 THE HONORABLE RODNEY SMITH
                                                                 U.S. DISTRICT COURT JUDGE