**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-23564-MGC**

| | |
|---|---|
| DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | **NOTICE REGARDING SECOND AMENDED SETTLEMENT AGREEMENT** |

Pursuant to this Court's Post-Hearing Administrative Order dated February 25, 2025 (ECF No. 156) and extension order dated May 15, 2025 (ECF No. 165), Plaintiffs David Williams, Carroll Anglade, Thomas Matthews, Martiza Angeles, and Howard Clark, individually and on behalf of other similarly situated individuals ("Plaintiffs"), and Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants") (collectively, the "Parties"), jointly file this Notice regarding the Parties' Second Amended Settlement Agreement ("SASA"). The Parties have reached an agreement regarding the SASA in principle, attached as Exhibit A herewith. As a result of the number of parties involved and the attendant signatories required, the Parties will submit a fully executed version of the SASA within ten (10) days of this Notice.

Dated: June 13, 2025

Respectfully Submitted,

*/s/ Lori P. Lustrin*
Melissa C. Pallett-Vasquez, Esq.
Florida Bar No.: 715816
Lori P. Lustrin, Esq.
Florida Bar. No.: 59228
Bilzin Sumberg Baena Price & Axelrod LLP

-1-

1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: mpallett@bilzin.com,
llustrin@bilzin.com

*/s/ David T. Biderman*
David T. Biderman, *Pro Hac Vice*
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
Email: dbiderman@perkinscoie.com

Charles C. Sipos, *Pro Hac Vice*
Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Telephone: (206) 359-3983
Facsimile: (206) 359-4983
Email: csipos@perkinscoie.com

*Counsel for Defendants*
*Reckitt Benckiser LLC and RB Health (US) LLC*

*/s/ Martha M. Geer (with permission)*
Martha M. Geer
Daniel K. Bryson
Milberg Coleman Bryson Phillips Grossman PLLC
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Email: mgeer@milberg.com,
dbryson@milberg.com

Jonathan B. Cohen
Florida Bar No. 27620
Milberg Coleman Bryson Phillips Grossman, PLLC
3833 Central Avenue
St. Petersburg, FL 33713
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
jcohen@milberg.com

-3-

                Nick Suciu III
                Milberg Coleman Bryson Phillips Grossman PLLC
                One Kennedy Square
                777 Woodward Avenue, Suite 890
                Detroit, MI 48226
                Telephone: (313) 309-1760
                Email: nsuciu@milberg.com

                Matthew D. Schultz, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA
                316 South Baylen Street
                Pensacola, FL 32502
                Telephone: (850) 435-7000
                Email: mschultz@levinlaw.com

                Jonathan Shub
                Shub, Johns & Holbrook LLP
                Four Tower Bridge
                200 Barr Harbor Dr #400
                Conshohocken, PA 19428
                Telephone: (610) 477-8380
                Email: jshub@shublawyers.com

                *Attorneys for Plaintiffs and the Class*

-4-

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Lori P. Lustrin*
Lori P. Lustrin