**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-23564-MGC**

| | |
|---|---|
| DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>　　Defendants. | **DEFENDANTS' NOTICE OF CHANGE OF ADDRESS** |

**DEFENDANTS' NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective June 9, 2025, the Seattle office address for Perkins Coie LLP and the undersigned Washington-based counsel for Defendants has changed to the following:

1301 Second Ave.

Suite 4200

Seattle, WA 98101

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's local telephone and fax numbers will remain the same: 206-359-8000 (telephone) and 206-359-9000 (fax).

| | |
|---|---|
| Dated:  June 17, 2025 | Respectfully Submitted, |
| | /s/ Lori P. Lustrin<br>Melissa C. Pallett-Vasquez, Esq.<br>Florida Bar No.: 715816<br>Lori P. Lustrin, Esq.<br>Florida Bar. No.: 59228<br>Bilzin Sumberg Baena Price & Axelrod LLP<br><br>1450 Brickell Avenue, 23rd Floor<br>Miami, Florida  33131-3456<br>Telephone: (305) 374-7580<br>Facsimile: (305) 374-7593<br>Email: mpallett@bilzin.com,<br>llustrin@bilzin.com<br><br>/s/ David T. Biderman<br>David T. Biderman, Pro Hac Vice<br>Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, California  90067-1721<br>Telephone: (310) 788-9900<br>Facsimile: (310) 788-3399<br>Email: dbiderman@perkinscoie.com<br><br>Charles C. Sipos, Pro Hac Vice<br>Perkins Coie LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, Washington  98101-3099<br>Telephone: (206) 359-3983<br>Facsimile: (206) 359-4983<br>Email: csipos@perkinscoie.com<br><br>Counsel for Defendants<br>Reckitt Benckiser LLC and RB Health (US) LLC |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Lori P. Lustrin*
Lori P. Lustrin