**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-23564-MGC**

| | |
|---|---|
| DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>    Defendants. | **SUPPLEMENTAL NOTICE OF CHANGE OF ADDRESS** |

**SUPPLEMENTAL NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given on behalf of Charles C. Sipos of Perkins Coie LLP, pro hac vice counsel for Defendants, that effective June 9, 2025, the Seattle office address for Perkins Coie LLP has changed to the following:

1301 Second Ave.

Suite 4200

Seattle, WA 98101

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new office address. Perkins Coie LLP's local telephone and fax numbers will remain the same: 206-359-8000 (telephone) and 206-359-9000 (fax).

Dated: June 18, 2025

Respectfully Submitted,

*/s/ Lori P. Lustrin*
Melissa C. Pallett-Vasquez, Esq.
Florida Bar No.: 715816
Lori P. Lustrin, Esq.
Florida Bar. No.: 59228
Bilzin Sumberg Baena Price & Axelrod LLP

1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: mpallett@bilzin.com,
llustrin@bilzin.com

*/s/ David T. Biderman*
David T. Biderman, Pro Hac Vice
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
Email: dbiderman@perkinscoie.com

Charles C. Sipos, Pro Hac Vice
Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Telephone: (206) 359-3983
Facsimile: (206) 359-4983
Email: csipos@perkinscoie.com

Counsel for Defendants Reckitt Benckiser LLC
and RB Health (US) LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Lori P. Lustrin*
Lori P. Lustrin