UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-23564-MGC-JG

DAVID WILLIAMS, CAROLL ANGLADE,
THOMAS MATTHEWS, MARTIZA
ANGELES, and HOWARD CLARK,
*individually and on behalf of all others similarly situated*,

        Plaintiffs,

vs.

RECKITT BENCKISER LLC and
RB HEALTH (US) LLC,

        Defendants.

## NOTICE OF FIRM NAME CHANGE

**TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

    PLEASE TAKE NOTICE that Jonathan Shub, Esq. now works under a different firm name. The address and phone numbers have also changed.

    The new firm name is SHUB JOHNS & HOLBROOK LLP. The address and phone number are Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, Conshohocken, PA 19428, Phone: (610) 477-8380

    Shub Johns & Holbrook LLP, with co-counsel of record, will continue to represent Plaintiffs in this action. Please direct all correspondence to the new firm name and address.

Dated: June 20, 2025

        Respectfully submitted,

        */s/ Jonathan Shub*
        Jonathan Shub (PA ID No. 53965)
        SHUB JOHNS & HOLBROOK LLP
        Four Tower Bridge
        200 Barr Harbor Drive, Suite 400
        Conshohocken, PA 19428
        Phone: (610) 477-8380
        jshub@shublawyers.com

        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Jonathan Shub*
Jonathan Shub