**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-23564-MGC**

| | |
|---|---|
| DAVID WILLIAMS and CAROLL ANGLADE, THOMAS MATTHEWS, MARTIZA ANGELES, and HOWARD CLARK, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER LLC and RB HEALTH (US) LLC, <br><br> Defendants. | **NOTICE REGARDING FULLY EXECUTED SECOND AMENDED SETTLEMENT AGREEMENT** |

Pursuant to this Court's Post-Hearing Administrative Order dated February 25, 2025 (ECF No. 156) and extension order dated May 15, 2025 (ECF No. 166), Plaintiffs David Williams, Carroll Anglade, Thomas Matthews, Martiza Angeles, and Howard Clark, individually and on behalf of other similarly situated individuals ("Plaintiffs"), and Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants") (collectively, the "Parties") jointly filed a Notice Regarding Second Amended Settlement Agreement on June 13, 2025, attaching as Exhibit A an agreement in principal signed by the Parties' counsel ("SASA"). ECF No. 169. The Notice stated that "[a]s a result of the number of parties involved and the attendant signatories required, the Parties will submit a fully executed version of the SASA within ten (10) days of this Notice." *Id.* Defendants hereby submit as Exhibit A to this filing a fully executed copy of the SASA, with all Parties' and counsel's signatures included. The SASA is therefore deemed fully executed as of June 23, 2025.

Dated: June 23, 2025

Respectfully Submitted,

*/s/ Lori P. Lustrin*
Melissa C. Pallett-Vasquez, Esq.
Florida Bar No.: 715816
Lori P. Lustrin, Esq.
Florida Bar. No.: 59228
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: mpallett@bilzin.com,
llustrin@bilzin.com

*/s/ David T. Biderman*
David T. Biderman, *Pro Hac Vice*
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
Email: dbiderman@perkinscoie.com

Charles C. Sipos, *Pro Hac Vice*
Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Telephone: (206) 359-3983
Facsimile: (206) 359-4983
Email: csipos@perkinscoie.com

*Counsel for Defendants Reckitt Benckiser LLC and RB Health (US) LLC*


*/s/ Martha M. Geer (with permission)*
Martha M. Geer
Daniel K. Bryson
Milberg Coleman Bryson Phillips Grossman PLLC
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Email: mgeer@milberg.com,
dbryson@milberg.com

Jonathan B. Cohen
Florida Bar No. 27620
Milberg Coleman Bryson Phillips Grossman, PLLC
3833 Central Avenue
St. Petersburg, FL 33713
Telephone: (865) 247-0080

Facsimile: (865) 522-0049
jcohen@milberg.com

Nick Suciu III
Milberg Coleman Bryson Phillips
Grossman PLLC
One Kennedy Square
777 Woodward Avenue, Suite 890
Detroit, MI 48226
Telephone: (313) 309-1760
Email: nsuciu@milberg.com

Matthew D. Schultz, Levin, Papantonio,
Thomas, Mitchell, Rafferty & Proctor, PA
316 South Baylen Street
Pensacola, FL 32502
Telephone: (850) 435-7000
Email: mschultz@levinlaw.com

Jonathan Shub
Shub, Johns & Holbrook LLP
Four Tower Bridge
200 Barr Harbor Dr #400
Conshohocken, PA 19428
Telephone: (610) 477-8380
Email: jshub@shublawyers.com

*Attorneys for Plaintiffs and the Class*

-4-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Lori P. Lustrin*
Lori P. Lustrin