AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| David Williams et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-23564-MGC |
| Reckitt Benckiser LLC and RB Health (US) LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                 .

Date:      06/03/2026

/s/ Scott C. Harris
*Attorney's signature*

Scott C. Harris (FL Bar No.: 103905)
*Printed name and bar number*

Bryson Harris Suciu & DeMay, PLLC
900 W. Morgan St.
Raleigh, NC 27603

*Address*

sharris@brysonpllc.com
*E-mail address*

(919) 600-5000
*Telephone number*

(919) 600-5035
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing document to be filed with the Court's CM/ECF system which will send notification of filing to all counsel of record.

Date: June 3, 2026

/s/ Scott C. Harris
Scott C. Harrris
Bryson Harris Suciu & DeMay, PLLC